# IN THE UNITED STATES CIRCUIT COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| SMARTSKY NETWORKS, LLC, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | Case: 23-1058 |
| v. | ) | |
| | ) | |
| GOGO BUSINESS AVIATION, LLC | ) | |
| and GOGO INC., | ) | |
| | ) | |
| Defendants - Appellees. | ) | |
| | ) | |

ON APPEAL FROM UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE ORIGINATING CASE NO.: 1:22-CV-00266-GBW

## PLAINTIFF-APPELLANT SMARTSKY NETWORKS, LLC'S SECOND MOTION FOR LEAVE TO SUPPLEMENT RECORD ON APPEAL

Lance A. Lawson, P.E.
BURR & FORMAN, LLP
101 South Tyron Street, Suite 2610
Charlotte, NC 28280
(704) 347-1170
llawson@burr.com

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT &
TUNNELL LLP
1201 North Market Street
Post Office Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

Ryan M. Corbett
BURR & FORMAN, LLP
201 N. Franklin St, Suite 3200
Tampa, Florida 33602
(813) 221-2626
rcorbett@burr.com

*Attorneys for Appellant*
November 9, 2023

FORM 9. Certificate of Interest

Form 9 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 23-1058

**Short Case Caption** SmartSky Networks, LLC v. Gogo Business Aviation, LLC

**Filing Party/Entity** SmartSky Networks, LLC

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/28/2022

Signature: /s/ Lance A. Lawson

Name: Lance A. Lawson

**FORM 9. Certificate of Interest**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| SmartSky Networks, LLC | | SmartSky Networks, LLC is wholly owned by SmartSky MidCo, LLC |
| | | SmartSky MidCo, LLC is wholly owned by SmartSky New HoldCo, LLC |
| | | No publicly held company owns 10% or more stock in SmartSky Networks, LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐  Additional pages attached

**4. Legal Representatives.**  List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities.  Do not include those who have already entered an appearance in this court.  Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| Jack B. Blumenfeld<br>Morris, Nichols, Arsht & Tunnell LLP | Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnell LLP | Sarah Elizabeth Simonetti<br>Morris, Nichols, Arsht & Tunnell LLP |
| | | |
| | | |

**5. Related Cases.**  Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal.  Do not include the originating case number(s) for this case.  Fed. Cir. R. 47.4(a)(5).  See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**.  Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).  Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ............................................................ ii

STATEMENT OF RELATED CASES .............................................1

STATEMENT OF JURISDICTION ..................................................2

INTRODUCTION ...........................................................................3

ARGUMENT ..................................................................................6

I. THE LAW OF THE THIRD CIRCUIT APPLIES TO SUPPLEMENTING THE RECORD IN THIS CASE ..........................................................7

II. THE COURT SHOULD TAKE JUDICIAL NOTICE OF GOGO'S 2023 Q3 8-K, 2023 Q3 10-Q, 2023 Q3 EARNINGS CALL, AND OCTOBER 17 PRESS RELEASE BECAUSE, AS WITH THE DOCUMENTS REFERENCED IN SMARTSKY'S ORIGINAL MOTION TO SUPPLEMENT, THEY ARE ACCURATELY AND READILY DETERMINED FROM PUBLICLY-AVAILABLE SOURCES WHOSE ACCURACY CANNOT BE REASONABLY QUESTIONED. …………………………………………………..……..8

III. GOGO'S NEW FILINGS AND SALES AFFECT THE APPROPRIATENESS OF GRANTING INJUNCTIVE RELIEF…..………………………………..11

CONCLUSION ..............................................................................14

# TABLE OF AUTHORITIES

**Cases**                                                                 **Page(s)**

*ArcelorMittal Atlantique et Lorraine v. AK Steel Corp.*,
    908 F.3d 1267 (Fed. Cir. 2018) ........................................................8

*Astellas United States LLC v. Hospira, Inc.*,
    No. 2022-1878, 2022 U.S. App. LEXIS 35933, 2022 WL 17998229
    (Fed. Cir. Dec. 30, 2022) ..........................................................7

*Bryant v. Avado Brands, Inc.*,
    187 F.3d 1271 (11th Cir. 1999) ................................................9

*Del. Valley Floral Grp., Inc. v. Shaw Rose Nets, LLC*,
    597 F.3d 1374 (Fed. Cir. 2010) ...........................................7, 8

*Eli Lilly & Co. v. Actavis Elizabeth LLC*,
    No. 2010-1500, 2010 U.S. App. LEXIS 18449, 2010 WL 3374123
    (Fed. Cir. Aug. 31, 2010)........................................................10

*FTC v. Shire Viropharma, Inc.*,
    917 F.3d 147 (3d Cir. 2019) .............................................9, 13

*Genentech, Inc. v. Chiron Corp.*,
    112 F.3d 495 (Fed. Cir. 1999) ........................................7, 8, 10

*Glover v. Cohen*,
    No. 2021-2126, 2022 U.S. App. LEXIS 27773, 2022 WL 5082130
    (Fed. Cir. Oct. 5, 2022)...........................................................7

*Golan v. Saada, --- U.S. ---*,
    142 S. Ct. 1880 (2022)...........................................................7

*Hoganas AB v. Dresser Indus., Inc.*,
    9 F.3d 948 (Fed. Cir. 1993) ..................................................10

*Howard v. Arconic Inc.*,
    395 F. Supp. 3d 516 (W.D. Pa. June 21, 2019)............................11

*In re Application of Adan*,
    437 F.3d 381 (3d Cir. 2006) ....................................................7

*In re Morgan Stanley Information Fund Sec. Litig.,*
592 F.3d 347 (2d Cir. 2010) ..............................................................9

*In re NAHC, Inc. Sec. Litig.,*
306 F.3d 1314 (3d Cir. 2002) ...........................................................9

*Kos Pharms., Inc. v. Andrx Corp.,*
369 F.3d 700 (Fed. Cir. 2004) .......................................................10

*Kramer v. Time Warner, Inc.,*
937 F.2d 767 (2d Cir. 1991) ...........................................................10

*Landmark Screens, LLC v. Morgan, Lewis, & Bockius, LLP,*
676 F.3d 1354 (Fed. Cir. 2012) .......................................................7

*Landy v. Fed. Deposit Ins. Corp.,*
486 F.2d 139 (3d Cir. 1973) .............................................................9

*Merck Sharp & Dohme Corp. v. Amneal Pharms. LLC,*
881 F.3d 1376 (Fed. Cir. 2018) .......................................................8

*Oran v. Stafford,*
226 F.3d 275 (3d Cir. 2000) ..............................................7, 8, 9, 10

*Respironics, Inc. v. Invacare Corp.,*
303 F. App'x 865 (Fed. Cir. 2008) ..................................................8

*Samson Energy Res. Co. v. SemCrude, L.P. (In re SemCrude, L.P.),*
728 F.3d 314 (3d Cir. 2013) .....................................................10, 11

*Sapir v. Verback,*
No.: 14-7331, 2016 U.S. Dist. LEXIS 15956, 2016 WL 554581
(D.N.J. Feb. 10, 2016) .....................................................................11

*Schmidt v. Skolas,*
770 F.3d 241 (3d Cir. 2014) .............................................................9

*Smartflash LLC v. Apple Inc.,*
621 F. App'x 995 (Fed. Cir. 2015) ................................................10

*St. Clair Intellectual Prop. Consultants, Inc. v. Canon Inc.,*
412 F. App'x 270 (Fed. Cir. 2011) ................................................10

*VirtualAgility Inc. v. Salesforce.com,*
    759 F.3d 1307 (Fed. Cir. 2014) ....................................................10

*Winer Family Trust v. Queen,*
    503 F.3d 319 (3d Cir. 2007) .........................................................11

## Statutes

28 U.S.C. § 1292 ...............................................................................2

28 U.S.C. § 1295 ...............................................................................2

28 U.S.C. § 1331 ...............................................................................2

28 U.S.C. § 2107 ...............................................................................2

35 U.S.C. § 271 .................................................................................2

## Rules

Fed. R. App. P. 4 ...............................................................................2

Fed. R. App. P. 10 ..........................................................................3, 6

Fed. R. Evid. 201 .........................................................................8, 13

## Other

*Edited Transcript: Gogo – Q3 2023 Gogo Inc. Earnings Call,*
    Refinitiv Streetevents (Nov. 7, 2023 8:30 A.M. EDT) ..............3, 4, 5, 12, 13

Gogo, Inc. Quarterly Report (Form 10-Q) (Nov. 7, 2023).........................................3

Gogo, Inc. Current Report 2023 Q3 (Form 8-K) (Nov. 7, 2023) ....................3, 5, 12

*Gogo 5G Selected By Largest Canadian Fractional Operator AirSprint,*
    Gogo Business Aviation LLC (Oct. 17, 2023)............................................3, 5

## STATEMENT OF RELATED CASES

Undersigned counsel is unaware of any case pending in this or any other court that will directly affect or be directly affected by this Court's decision in the pending appeal.

## STATEMENT OF JURISDICTION

The district court had jurisdiction under 28 U.S.C. § 1331 because this civil action alleges patent infringement under the patent statute, 35 U.S.C. § 271.

This Court has jurisdiction under 28 U.S.C. § 1292(c)(1) to hear this appeal of an order denying an injunction in a civil action arising under an Act of Congress relating to patents.  28 U.S.C. § 1292(a)(1); 28 U.S.C. § 1295(a)(1).

The district court entered an order denying a preliminary injunction on September 26, 2022.  A timely notice of appeal was filed on October 14, 2022.  28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).

## INTRODUCTION

Appellant SmartSky Networks, LLC ("SmartSky" or "Appellant"), pursuant to Federal Rule of Appellate Procedure 10(e)(2)-(3) and this Court's inherent equitable powers, moves the Court to supplement the record on appeal to include Gogo, Inc.'s ("Gogo") Current Report 2023 Q3 (Form 8-K) (Nov. 7, 2023) ("2023 Q3 8-K") ("Exhibit A") filed with the United States Securities and Exchange Commission ("SEC"); the transcript of Gogo's 2023 Q3 Earnings Call (Nov. 7, 2023, 8:30 A.M. EST) ("Exhibit B"); Gogo's 2023 Third Quarter Report (Form 10-Q) (Nov. 7, 2023) ("2023 Q3 10-Q") ("Exhibit C"); and a publicly-available press release issued by Gogo on October 17, 2023 titled "Gogo 5G Selected by Largest Canadian Fractional Operator AirSprint," ("October 17 Press Release") ("Exhibit D"). Undersigned counsel has contacted counsel for Gogo, who has indicated it will oppose this motion.

As addressed at length before the Court, including in SmartSky's Corrected Motion to Supplement the Record (Doc. No. 33) and Reply In Support of Motion to Supplement the Record (Doc. No. 38), Gogo's Response Brief pending before the Court cites inaccurate information pertaining to, among other things, Gogo's share of the business aviation broadband connectivity market, and whether it is currently offering to sell and selling the infringing 5G system. On November 7, 2023, Gogo publicly reported and advertised its Third Quarter results for 2023, to the SEC as

3

well as its own investors and the public, containing additional information pertinent to the issues on appeal. These new facts reported by Gogo are particularly relevant to the irreparable harm SmartSky has suffered, and continues to suffer, each day that Gogo is allowed to continue selling and offering to sell its infringing 5G Air-To-Ground System and required component AVANCE L5 system.[1] Also, the new facts reported by Gogo are at odds with the District Court's finding that Gogo's sale of its accused 5G system and harm to SmartSky are "not imminent." These new reported facts include:

- Gogo's CEO boasted that it is "having considerable commercial success" selling its infringing 5G system, and has developed "an $8.5 million backlog" for the 5G system." Exhibit B, p. 5.

- Gogo reported that it has shipped at least 133 equipment units of its infringing 5G system. Exhibit B, p. 5.

- Gogo shipped 67 equipment units of its infringing 5G system in Q3 2023 alone. Exhibit B, p. 5.

- Gogo installed on aircraft 30 of its infringing 5G systems in Q3 2023 alone. Exhibit B, p. 5.

- Gogo is "having success with 5G pre-provision kits, which allows customers to install the AVANCE L5 with full 5G provisions . . . . Once

---

[1] As noted previously, Gogo has been selling, offering to sell, and/or installing its accused Gogo 5G system since a least October 2021, when Gogo publicly-announced its first sale of the accused 5G system. (Doc. 12 at 7 and Appx. 190-191, Appx. 757-760). In October 2022, Gogo completed it nationwide 5G network with its ground antennas on 150 towers throughout the continental U.S. https://www.gogoair.com/news/2022/10/gogo-completes-5g-network/.

the LX5 is ready, it can be installed quickly and 5G service can begin immediately . . . ." Exhibit B, p. 5.

- Gogo sold at least 192 units of its AVANCE equipment in Q3. Exhibit A, p. 4.[2]

- Gogo's CEO emphasized, because of its selling and offering to sell its infringing 5G product and upgradeability of AVANCE L5 to the infringing 5G product, that it "is important to note is that based on *extensive interviews with customers, we are not losing planes to competitors.*" Exhibit B, p. 4 (emphasis added).

- Gogo is now focusing strategic efforts on its AVANCE L5 product, "because AVANCE allows customers to *upgrade with Gogo to new technologies like 5G . . . much more quickly and economically than moving to a competitor.*" Exhibit B, p. 4 (emphasis added).

- Two OEMs (Original Equipment Manufacturers) are installing the 5G antenna (1 of 2 5G components on the aircraft) with each installation of Gogo's AVANCE L5 equipment "so that those planes will be ready to move to 5G when the 5G chip is ready." Exhibit B, p. 5.

- Gogo has already sold its infringing 5G system to at least five (5) different aircraft OEMs. Exhibit B, p. 5.

- Three weeks ago (October 17, 2023), Gogo announced that one of the largest business aviation operators in Canada is beginning to install the infringing Gogo 5G system on its Cessna and Embraer fleet aircraft. Exhibit D, p. 1.

Each Gogo sale of its infringing 5G system and AVANCE L5 required

component increases the irreparable harm to SmartSky. This is particularly so

---

[2] Gogo has stated that approximately 50 percent of Gogo's AVANCE sales are the AVANCE L5 product, and the other 50 percent are Gogo's AVANCE L3 product. So of the 192 AVANCE units Gogo sold in Q3 2023, about 96 of those AVANCE unit sales were AVANCE L5 units (192 AVANCE units sold in Q3/2 = 96 AVANCE L5 units sold in Q3).

because, as Gogo's CEO has stated on several occasions, once Gogo's equipment is installed on an aircraft, it remains on the aircraft for at least 20 years and, indeed, the equipment almost never comes off.[3] Just two days ago, Gogo's CEO reiterated this fact by boasting that Gogo has not yet lost one customer or plane to a competitor. So Gogo's selling its infringing products is clearly preventing SmartSky – as a new entrant and Gogo's only competitor in the ATG market – from making inroads into Gogo's currently dominating 94% share of the market.

Gogo has argued that its infringing 5G system has not yet "launched" (and implying it has not sold or offered to sell its infringing 5G system) and that therefore SmartSky has not and will not suffer irreparable harm absent a preliminary injunction. Gogo's argument is inapposite the facts. The facts reported by Gogo and its CEO further prove that Gogo is selling and installing the infringing 5G system to customers, which is irreparably harming SmartSky because each of those customers are lost to SmartSky for at least twenty years.

## ARGUMENT

Federal appellate courts have the power to supplement the record on appeal with evidence that has not been reviewed by the district court. Fed. R. App. P. 10(e);

---

[3] (Doc. 33, Ex. D, 20:12, p. 4 (Appx. 10412) ("Thorne Podcast")) ("So when our equipment's put on an aircraft, it's on there. . . . Right now, I think the average is close to 20 years, and that's almost since the beginning of the company. So like almost nobody's ever taken it off. . . .").

*In re Application of Adan*, 437 F.3d 381, 388 n. 3 (3d Cir. 2006), *abrogated on other grounds by Golan v. Saada*, --- U.S. ---, 142 S. Ct. 1880 (2022) (observing that a circuit court will consider new evidence on appeal under circumstances "such as those that render the case moot *or alter the appropriateness of injunctive relief*, . . . *or facts of which a court may take judicial notice*." (emphasis added)); *see also Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000) (Third Circuit taking judicial notice of filings with the SEC on appeal and not presented before the district court); *Genentech, Inc. v. Chiron Corp.*, 112 F.3d 495, 497 n. 1 (Fed. Cir. 1999) (granting motion for leave to supplement record with materials before the Board of Patent Appeals and Interferences but not the district court).

## I. THE LAW OF THE THIRD CIRCUIT APPLIES TO SUPPLEMENTING THE RECORD IN THIS CASE.

The Federal Circuit applies the law of the regional circuit to "issues of procedural law that do not implicate patent law." *Glover v. Cohen*, No. 2021-2126, 2022 WL 5082130, at *2 (Fed. Cir. Oct. 5, 2022) (citing *Landmark Screens, LLC v. Morgan, Lewis, & Bockius, LLP*, 676 F.3d 1354, 1361 (Fed. Cir. 2012)) (applying Third Circuit law to procedural issues).

Thus, the Federal Circuit "review[s] evidentiary rulings not unique to patent law . . . under the law of the regional circuit." *Astellas United States LLC v. Hospira, Inc.*, No. 2022-1878, 2022 U.S. App. LEXIS 35933, at *7, *13-20, 2022 WL 17998229, at *3 (Fed. Cir. Dec. 30, 2022) (citing *Del. Valley Floral Grp., Inc. v.*

*Shaw Rose Nets, LLC*, 597 F.3d 1374, 1379 (Fed. Cir. 2010)); *ArcelorMittal Atlantique et Lorraine v. AK Steel Corp.*, 908 F.3d 1267, 1277 (Fed. Cir. 2018) (applying Third Circuit law when reviewing district court's discovery decisions); *Merck Sharp & Dohme Corp. v. Amneal Pharms. LLC*, 881 F.3d 1376, 1382 (Fed. Cir. 2018) (same); *Respironics, Inc. v. Invacare Corp.*, 303 F. App'x 865, 877 (Fed. Cir. 2008) (applying Third Circuit law when reviewing district court's evidentiary rulings).

As was the case with SmartSky's original Motion to Supplement, the issues raised in this Second Motion to Supplement the Record on Appeal are evidentiary in nature, and the law of the regional circuit – the Third Circuit – applies.

**II. THE COURT SHOULD TAKE JUDICIAL NOTICE OF GOGO'S 2023 Q3 8-K, 2023 Q3 10-Q, 2023 Q3 EARNINGS CALL, AND OCTOBER 17 PRESS RELEASE BECAUSE, AS WITH THE DOCUMENTS REFERENCED IN SMARTSKY'S ORIGINAL MOTION TO SUPPLEMENT, THEY ARE ACCURATELY AND READILY DETERMINED FROM PUBLICLY-AVAILABLE SOURCES WHOSE ACCURACY CANNOT BE REASONABLY QUESTIONED.**

Under Federal Rule of Evidence 201, a court may take notice of an adjudicative fact not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Oran*, 226 F.3d at 289 (taking judicial notice on appeal of filings before the SEC). Public records are nearly always subject to judicial notice because they are inherently capable of accurate and ready review. *Genentech*, 112 F.3d at 497, n. 1 (interference records).

8

For more than two decades, the Third Circuit, and other sister circuits have ruled that public filings with the SEC are subject to judicial notice, including while on appeal.  *Oran*, 226 F.3d at 289; *see also Schmidt v. Skolas*, 770 F.3d 241, 249 (3d Cir. 2014) (taking judicial notice and stating, "Other[] [documents], like the SEC filings attached by a number of the defendants, are matters of public record of which the court can take judicial notice."); *In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002) (affirming district court's judicial notice of documents filed with the SEC and press releases).[4] Moreover, the Third Circuit has clarified that courts may take judicial notice of facts found within SEC filings, such as a Form 8-K.  *FTC v. Shire Viropharma, Inc.*, 917 F.3d 147, 151 n. 5 (3d Cir. 2019) (taking judicial notice of the fact that the defendant develops, manufactures, and markets certain drugs from the defendant's SEC filings). Filings or developments occurring after judgment being appealed are properly subject to judicial notice.  *E.g.*, *Oran*, 226 F.3d at 289; *Landy v. Fed. Deposit Ins. Corp.*, 486 F.2d 139, 150-51 (3d Cir. 1973).

As discussed in SmartSky's original Motion to Supplement, the Third Circuit's analysis in *Oran* is instructive.  There, the appellants requested that the

---

[4] *See also In re Morgan Stanley Information Fund Sec. Litig.*, 592 F.3d 347, 354 n. 5 (2d Cir. 2010) ("We may take judicial notice of the full contents of the SEC's filings relating to this enforcement action because . . . these proceedings are a matter of public record."); *Bryant v. Avado Brands, Inc.*, 187 F.3d 1271, 1277 (11th Cir. 1999) (finding "documents publicly filed with the SEC, to be proper subjects for judicial notice").

Third Circuit take judicial notice of the appellees' compensation levels and total direct stockholdings at the time of the trades, arguing that the information is a matter of public record from documents filed with the SEC. 226 F.3d at 289.  In taking judicial notice of the publicly-filed documents, the Third Circuit held "the documents are required by law to be filed with the SEC, and no serious questions as to their authenticity can exist." *Id.* (quoting *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991)).

The Federal Circuit likewise routinely takes judicial notice of other, similar public documents filed with federal agencies subject to penalty of perjury or duties of candor.  *E.g.*, *Smartflash LLC v. Apple Inc.*, 621 F. App'x 995, 1000 (Fed. Cir. 2015) (post-appeal developments).[5]

Along with SEC filings and quarterly reports, transcripts of earnings calls and press releases are routinely accepted through judicial notice.  *E.g.*, *Samson Energy*

---

[5] The Federal Circuit has also taken judicial notice of a motion to amend filed before the Patent Trial and Appeal Board, *VirtualAgility Inc. v. Salesforce.com*, 759 F.3d 1307, 1312-13 (Fed. Cir. 2014); reexamination records, *St. Clair Intellectual Prop. Consultants, Inc. v. Canon Inc.*, 412 F. App'x 270, 275 (Fed. Cir. 2011); and a patent itself, *Hoganas AB v. Dresser Indus., Inc.*, 9 F.3d 948, 954 (Fed. Cir. 1993); *see also Eli Lilly & Co. v. Actavis Elizabeth LLC*, No. 2010-1500, 2010 WL 3374123, at *1 (Fed. Cir. Aug. 31, 2010) (patents and patent applications); *Kos Pharms., Inc. v. Andrx Corp.*, 369 F.3d 700, 705 (Fed. Cir. 2004) (citing *Hoganas AB*, 9 F.3d at 954 n. 27) (records filed with the United States Patent and Trademark Office); *Genentech*, 112 F.3d at 497 (interference records).

*Res. Co. v. SemCrude, L.P. (In re SemCrude, L.P.)*, 728 F.3d 314, 326 n. 11 (3d Cir. 2013) (taking judicial notice of quarterly report and data reported therein); *Howard v. Arconic Inc.*, 395 F. Supp. 3d 516, 529 n. 1 (W.D. Pa. June 21, 2019) (taking judicial notice of earnings call); *Sapir v. Verback*, No.: 14-7331, 2016 U.S. Dist. LEXIS 15956, *2 n. 1, 2016 WL 554581, at *1, n. 1 (D.N.J. Feb. 10, 2016) (recognizing that "SEC filings, press releases, and earnings call transcripts" may be judicially noticed) (citing *Winer Family Trust v. Queen*, 503 F.3d 319, 327 (3d Cir. 2007)).

Through this Second Motion to Supplement the Record, SmartSky seeks to supplement the record with publicly-available documents Gogo reported and filed with the SEC and shared with investors this week.  In fact, through its website, Gogo makes available to the public – and apparently anyone with access to the internet – nearly every document it files with the SEC: https://ir.gogoair.com/financial-information/sec-filings.

### III. Gogo's New Filings and Sales Affect the Appropriateness of Granting Injunctive Relief.

The documents that Gogo filed this week and the earnings call with investors introduce facts that directly impact the irreparable harm issue and SmartSky's request for a preliminary injunction before this Court.  Specifically, the district court found that SmartSky failed to establish irreparable harm because any lost sales and market share suffered by SmartSky are not "imminent" because Gogo's 5G network

11

is "yet-to-be released." (Appx. 20). But in its most recent earnings call, Gogo's CEO explained that Gogo is "having considerable commercial success with the [infringing 5G] product already. . . . we have orders from 5 OEMs and have built an $8.5 million backlog for chip sets." Exhibit B, p. 5 (noting sales of at least 133 5G systems, 67 sales of infringing 5G systems in Q3 2023, and installation of 30 infringing 5G systems in Q3 2023); Exhibit A, p. 4 (noting sales of 192 AVANCE equipment units).

Critically, Gogo's CEO explained that its current sales of AVANCE L5—a required component of Gogo 5G—"allows customers to upgrade with Gogo to new technologies like 5G. . . much more quickly and economically *than moving to a competitor*." Exhibit B, p. 4 (emphasis added). Contrary to the district court's ruling that any lost sales are *not* imminent, Gogo expressly acknowledges that its ongoing infringing sales are keeping customers from moving to SmartSky, Gogo's only other ATG competitor in the United States.

Likewise, Gogo has stated that its average equipment lifetime on an aircraft is over 20 years and that once its equipment is on an aircraft, it almost never comes off. (Doc. 33, Ex. D, 20:12, p. 4 (Appx. 10412) ("Thorne Podcast")) ("So when our equipment's put on an aircraft, it's on there. . . . Right now, I think the average is close to 20 years, and that's almost since the beginning of the company. So like almost nobody's ever taken it off. . . ."). So Gogo's sales of 133 5G systems,

12

installation of 30 5G systems in Q3 2023, and sale of about 96 AVANCE L5 systems in Q3 2023, are critical because these sales essentially block SmartSky from having a chance to sell to those customers for *more than two decades, if ever*. *See* Exhibit B, p. 5 ("And what's even cooler is that 2 OEMs are already installing the 5G [MB13] antennas on every plane in which they install an AVANCE L5 so that those planes will be ready to move to 5G when the 5G chip is ready.").

Because (i) Gogo filed these materials with the SEC and shared with investors on its earnings call only two days ago (November 7, 2023), (ii) Gogo's statements and reports regarding the commercial success of its hundreds of sales and installations of its accused infringing 5G system and AVANCE L5 equipment undermine the district court's findings on irreparable harm, and (iii) Gogo will not be unfairly prejudiced, this Court should take judicial notice of the information and facts reported and contained therein. *Shire Viropharma,* 917 F.3d at 151 n. 5 ("We take judicial notice of this fact – which is not in the complaint – from Shire's Form 8-K filings with the Securities Exchange Commission.").[6]

---

[6] To the extent the Court is not inclined to take judicial notice of the facts contained within these materials, SmartSky would request that the Court supplement the record and accept these as statements made by Gogo as materially inconsistent with its arguments presented before the District Court and before this Court in its Response Brief. *See* Fed. R. Evid. 201(b).

## <u>CONCLUSION</u>

For these reasons, and consistent with its original Motion to Supplement (Doc. 33), SmartSky respectfully submits that this case falls into the category of cases that require supplementation of the record while on appeal.  Accordingly, SmartSky respectfully requests that the Court grant its Second Motion to Supplement the Record on Appeal.

Date: <u>November 9, 2023</u>                                    Respectfully submitted,

/s/ Lance A. Lawson
Lance A. Lawson, P.E.
BURR & FORMAN, LLP
101 South Tyron Street, Suite 2610
Charlotte, NC 28280
(704) 347-1170
llawson@burr.com

Ryan M. Corbett
BURR & FORMAN, LLP
201 N. Franklin St, Suite 3200
Tampa, Florida 33602
(813) 221-2626
rcorbett@burr.com

Jack B. Blumenfeld
Rodger D. Smith II
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
(302) 658-9200
blumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Appellant-Plaintiff*
*SmartSky Networks LLC*

14

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I hereby certify that on November 9, 2023, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF System, and that a copy of the foregoing

will be served on counsel for Defendants listed below via the Court's ECF system:

Stephanie P. Koh, Esquire
Nathaniel C. Love, Esquire
Thomas D. Rein, Esquire
Leif E. Peterson, II, Esquire
Caitlin J. Fernandez Zamora, Esquire
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603

*Attorneys for Appellees-Defendants*

/s/   Lance A. Lawson
Lance A. Lawson, P.E.
BURR & FORMAN, LLP
101 South Tyron Street, Suite 2610
Charlotte, NC 28280
(704) 347-1170
llawson@burr.com

Ryan M. Corbett
BURR & FORMAN, LLP
201 N. Franklin St, Suite 3200
Tampa, Florida 33602
(813) 221-2626
rcorbett@burr.com

Jack B. Blumenfeld
Rodger D. Smith II
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899

(302) 658-9200
blumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Appellant-Plaintiff*
*SmartSky Networks LLC*

## <u>CERTIFICATE OF COMPLIANCE</u>

1.    This brief complies with the type-volume limitations of Fed. R. App. P. 27(d)(2).  This motion contains <u>3,100</u> words, excluding the Cover Sheet, Certificate of Interest, Table of Contents, Table of Authorities, Statement of Related Cases, signature block, Certificate of Service, and Certificate of Compliance.

2.    The brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) or Federal Circuit Rule 28.1 and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally-spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font.

Dated:  November 9, 2023

*/s/*   Lance A. Lawson
Lance A. Lawson, P.E.
BURR & FORMAN, LLP
101 South Tyron Street, Suite 2610
Charlotte, NC 28280
(704) 347-1170
llawson@burr.com

Ryan M. Corbett
BURR & FORMAN, LLP
201 N. Franklin St, Suite 3200
Tampa, Florida 33602
(813) 221-2626
rcorbett@burr.com

Jack B. Blumenfeld
Rodger D. Smith II
1201 North Market Street
P.O. Box 1347
Wilmington DE 19899
(302) 658-9200
blumenfeld@morrisnichols.com

rsmith@morrisnichols.com

*Attorneys for Appellant-Plaintiff*
*SmartSky Networks LLC*

## TABLE OF CONTENTS
## TO EXHIBITS

Gogo, Inc.'s Current Report 2023 Q3 (Form 8-K) (Nov. 7, 2023)............. Exhibit A

Transcript of Gogo's 2023 Q3 Earnings Call
(Nov. 7, 2023, 8:30 A.M. EST).................................................................. Exhibit B

Gogo's 2023 Third Quarter Report (Form 10-Q) (Nov. 7, 2023)............... Exhibit C

Press Release Issued by Gogo on October 17, 2023 Titled "Gogo 5G
Selected by Largest Canadian Fractional Operator AirSprint"................... Exhibit D

# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

## CURRENT REPORT

Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): November 7, 2023

# GOGO INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-35975** | **27-1650905** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **105 Edgeview Dr., Suite 300**<br>**Broomfield, CO** | **80021** |
|:---:|:---:|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:
**303-301-3271**

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Common stock, par value $0.0001 per share | GOGO | NASDAQ Global Select Market |
| Preferred Stock Purchase Rights | GOGO | NASDAQ Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).
Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

  On November 7, 2023, Gogo Inc. issued a press release announcing its results of operations for the third quarter ended September 30, 2023. A copy of the press release is attached hereto as Exhibit 99.1.

**Item 9.01. FINANCIAL STATEMENTS AND EXHIBITS.**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release dated November 7, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

GOGO INC.

**By:** /s/ Jessica G. Betjemann
Jessica G. Betjemann
Executive Vice President and
Chief Financial Officer

Date: November 7, 2023

Exhibit 99.1

**Investor Relations Contact:**
Will Davis
+1 917-519-6994
wdavis@gogoair.com

**Media Relations Contact:**
Dave Mellin
+1 303-301-3606
pr@gogoair.com

## Gogo Announces Third Quarter Results

### Updates 2023 Financial Guidance and Reiterates Long-Term Targets

*Total Revenue of $97.9 million, down 7% Year-over-Year; Record Third Quarter Service Revenue of $79.5 million, up 6% Year-over-Year*

*Net Income of $20.9 million; Adjusted EBITDA[1] of $43.2 million*

**BROOMFIELD, CO - November 7, 2023** – Gogo Inc. (NASDAQ: GOGO) ("Gogo" or the "Company"), the world's largest provider of broadband connectivity services for the business aviation market, today announced its financial results for the quarter ended September 30, 2023.

### Q3 2023 Highlights

- Total revenue of $97.9 million decreased 7% compared to Q3 2022.
  - Record service revenue of $79.5 million increased 6% compared to Q3 2022 and 1% compared to Q2 2023.
  - Equipment revenue of $18.4 million decreased 39% compared to Q3 2022 and decreased 24% compared to Q2 2023.
- AVANCE equipment units shipped totaled 192, a decrease of 51% compared to Q3 2022 and a decrease of 31% compared to Q2 2023.
- Total ATG aircraft online ("AOL") reached 7,150, an increase of 6% compared to Q3 2022 and an increase of 1% compared to Q2 2023.
- Total AVANCE AOL grew to 3,784, an increase of 23% compared to Q3 2022 and 5% compared to Q2 2023. AVANCE units comprised approximately 53% of total AOL as of September 30, 2023, up from 45% as of September 30, 2022.
  - Average Monthly Revenue per ATG aircraft online ("ARPU") of $3,373, compared to $3,376 in Q3 2022 and $3,371 in Q2 2023.
- Net income of $20.9 million increased 4% from $20.2 million in Q3 2022.
  - Diluted earnings per share was $0.16 compared to $0.15 in Q3 2022.
- Adjusted EBITDA[1] of $43.2 million, which includes approximately $2.6 million of operating expenses related to Gogo Galileo, decreased 1% compared to Q3 2022 and 2% compared to Q2 2023.
- Cash provided by operating activities of $18.7 million in Q3 2023 decreased from $27.7 million in the prior year period.
  - Free Cash Flow[1] was $21.0 million in Q3 2023, an increase from $8.5 million in the prior-year period due primarily to a reduction in capital expenditures.
  - Cash, cash equivalents and short-term investments totaled $110.8 million as of September 30, 2023 compared to $97.2 million as of June 30, 2023.

"We are in a two-year investment cycle launching Gogo 5G and Galileo (our global LEO satellite product) to deliver order-of-magnitude improvements in network speed and coverage, grow our addressable market, and strengthen our competitive position," said Oakleigh Thorne, Chairman and CEO. "We expect these investments to drive significant growth starting in 2025 and to drive substantial returns for shareholders."

"Despite near-term revenue headwinds, Gogo maintains our long-term targets of approximately 15-17% revenue growth from 2022-2027 and $150 million to $200 million of Free Cash Flow in 2025.  Our guidance is underpinned by our strong outlook for our planned Gogo 5G and Gogo Galileo product launches, in an underpenetrated global market," said Jessi Betjemann, Executive Vice President and CFO. "We expect to continue to strengthen our balance sheet while investing in our key growth initiatives."

### 2023 Financial Guidance and Long-Term Financial Targets

The Company provides the following guidance for 2023, which includes the impact of the Federal Communications Commission's Secure and Trusted Communications Networks Reimbursement Program ("FCC Reimbursement Program").

- Total revenue in the range of $390 million to $400 million, versus prior guidance in the range of $410 million to $420 million, driven predominantly by lower equipment revenue.

- Adjusted EBITDA[(1)] at the high end of the previously guided range of $150 million to $160 million reflecting operating expenses of approximately $15 million for strategic and operational initiatives including Gogo 5G, Gogo Galileo and the FCC Reimbursement Program.

- Free Cash Flow[(1)] at the high end of the previously guided range of $60 million to $70 million which includes approximately $20 million of negative Free Cash Flow due to the expected lag of reimbursements tied to the FCC Reimbursement Program.

- Capital expenditures of $25 million to $30 million including $12 million for the Gogo 5G program and $2 million related to the FCC Reimbursement Program, versus prior guidance at the low end of $30 million to $40 million.

The Company reiterates the following long-term financial targets:

- Revenue growth at a compound annual growth rate of approximately 15%-17% from 2022 through 2027.  The Company continues to expect that Gogo Galileo will contribute revenue beginning in 2025.

- Annual Adjusted EBITDA Margin[(1)] in the mid-40% range by 2027.

- Free Cash Flow[(1)] in the range of $150 million to $200 million in 2025, without the effect of the FCC Reimbursement program, and growing thereafter.  The FCC Reimbursement Program is expected to positively impact Free Cash Flow in 2025.

    (1)    See "Non-GAAP Financial Measures" below

### Conference Call

The Company will host its third quarter conference call on November 7, 2023 at 8:30 a.m. ET. A live webcast of the conference call, as well as a replay, will be available online on the Investor Relations section of the Company's investor website at http://ir.gogoair.com.

Participants can also join the call by dialing +1 844-543-0451 (within the United States and Canada).  Please use the below link to retrieve your unique conference ID to use to access the earnings call.

https://register.vevent.com/register/BIc916c46af134493e80fe6a372b98e364

**Non-GAAP Financial Measures**

We report certain non-GAAP financial measurements, including Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow in the discussion above. Management uses Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow for business planning purposes, including managing our business against internally projected results of operations and measuring our performance and liquidity. These supplemental performance measures also provide another basis for comparing period-to-period results by excluding potential differences caused by non-operational and unusual or non-recurring items. These supplemental performance measurements may vary from and may not be comparable to similarly titled measures used by other companies. Adjusted EBITDA, Adjusted EBITDA Margin and Free Cash Flow are not recognized measurements under accounting principles generally accepted in the United States, or GAAP. When analyzing our performance with Adjusted EBITDA or Adjusted EBITDA Margin or liquidity with Free Cash Flow, as applicable, investors should (i) evaluate each adjustment in our reconciliation to the corresponding GAAP measure, and the explanatory footnotes regarding those adjustments, (ii) use Adjusted EBITDA and Adjusted EBITDA Margin in addition to, and not as an alternative to, net income (loss) attributable to common stock as a measure of operating results, and (iii) use Free Cash Flow in addition to, and not as an alternative to, consolidated net cash provided by (used in) operating activities when evaluating our liquidity. No reconciliation of the forecasted amounts of Adjusted EBITDA for fiscal 2023, Adjusted EBITDA Margin for fiscal 2027 or Free Cash Flow for fiscal 2025 is included in this release because we are unable to quantify certain amounts that would be required to be included in the corresponding GAAP measure without unreasonable efforts, due to high variability and complexity with respect to estimating certain forward-looking amounts, and we believe such reconciliation would imply a degree of precision that would be confusing or misleading to investors.

**Cautionary Note Regarding Forward-Looking Statements**

*Certain disclosures in this press release and related comments by our management include forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, without limitation, statements regarding our business outlook, industry, business strategy, plans, goals and expectations concerning our market position, international expansion, future technologies, future operations, margins, profitability, future efficiencies, capital expenditures, liquidity and capital resources and other financial and operating information. When used in this discussion, the words "anticipate," "assume," "believe," "budget," "continue," "could," "estimate," "expect," "forecast," "intend," "may," "plan," "potential," "predict," "project," "should," "will," "future" and the negative of these or similar terms and phrases are intended to identify forward-looking statements in this press release. Forward-looking statements are based on our current expectations regarding future events, results or outcomes. These expectations may or may not be realized. Although we believe the expectations reflected in the forward-looking statements are reasonable, we can give you no assurance these expectations will prove to have been correct. Some of these expectations may be based upon assumptions, data or judgments that prove to be incorrect. Actual events, results and outcomes may differ materially from our expectations due to a variety of known and unknown risks, uncertainties and other factors. Although it is not possible to identify all of these risks and factors, they include, among others, the following: our ability to continue to generate revenue from the provision of our connectivity services; our reliance on our key OEMs and dealers for equipment sales; the impact of competition; our reliance on third parties for equipment components and services; the impact of global supply chain and logistics issues and increasing inflation; our ability to expand our business outside of the United States; our ability to recruit, train and retain highly skilled employees; the impact of pandemics or other outbreaks of contagious diseases, and the measures implemented to combat them; the impact of adverse economic conditions; our ability to fully utilize portions of our deferred tax assets; our ability to evaluate or pursue strategic opportunities; our ability to develop and deploy Gogo 5G, Global Broadband or other next generation technologies and the timing thereof; our ability to maintain our rights to use our licensed 3Mhz of ATG spectrum in the United States and obtain rights to additional spectrum if needed; the impact of service interruptions or delays, technology failures, equipment damage or system disruptions or failures; the impact of assertions by third parties of infringement, misappropriation or other violations; our ability to innovate and provide products and services; our ability to protect our intellectual property rights; the impact of our use of open-source software; the impact of equipment failure or material defects or errors in our software; our ability to comply with applicable foreign ownership limitations;*

*the impact of government regulation ; our possession and use of personal information; risks associated with participation in the FCC Reimbursement Program; our ability to comply with anti-bribery, anti-corruption and anti-money laundering laws; the extent of expenses, liabilities or business disruptions resulting from litigation; the impact of global climate change and legal, regulatory or market responses to it; the impact of our substantial indebtedness; limitations and restrictions in the agreements governing our current and future indebtedness and our ability to service our indebtedness; fluctuations in our operating results; and other events beyond our control that may result in unexpected adverse operating results.*

*Additional information concerning these and other factors can be found under the caption "Risk Factors" in our annual report on Form 10-K for the year ended December 31, 2022 as filed with the Securities and Exchange Commission ("SEC") on February 28, 2023 and in our subsequent quarterly reports on Form 10-Q as filed with the SEC.*

*Any one of these factors or a combination of these factors could materially affect our financial condition or future results of operations and could influence whether any forward-looking statements contained in this report ultimately prove to be accurate. Our forward-looking statements are not guarantees of future performance, and you should not place undue reliance on them. All forward-looking statements speak only as of the date made and we undertake no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise.*

**About Gogo**

Gogo is the world's largest provider of broadband connectivity services for the business aviation market. We offer a customizable suite of smart cabin systems for highly integrated connectivity, inflight entertainment and voice solutions. Gogo's products and services are installed on thousands of business aircraft of all sizes and mission types from turboprops to the largest global jets, and are utilized by the largest fractional ownership operators, charter operators, corporate flight departments and individuals.

As of September 30, 2023, Gogo reported 3,784 business aircraft flying with Gogo's AVANCE L5 or L3 system installed, 7,150 aircraft flying with its broadband ATG systems onboard, and 4,395 aircraft with narrowband satellite connectivity installed. Connect with us at business.gogoair.com.

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Statements of Operations**
*(in thousands, except per share amounts)*

|  | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
|  | 2023 | 2022 | 2023 | 2022 |
| **Revenue:** | | | | |
| Service revenue | $ 79,546 | $ 75,252 | $ 237,107 | $ 218,983 |
| Equipment revenue | 18,403 | 30,066 | 62,660 | 76,921 |
| **Total revenue** | 97,949 | 105,318 | 299,767 | 295,904 |
| **Operating expenses:** | | | | |
| Cost of service revenue (exclusive of amounts shown below) | 18,116 | 17,297 | 51,732 | 47,683 |
| Cost of equipment revenue (exclusive of amounts shown below) | 12,320 | 19,261 | 47,983 | 50,410 |
| Engineering, design and development | 9,154 | 7,988 | 26,259 | 21,346 |
| Sales and marketing | 7,015 | 6,240 | 21,748 | 18,539 |
| General and administrative | 13,336 | 15,474 | 40,734 | 44,289 |
| Depreciation and amortization | 4,692 | 2,716 | 12,022 | 10,006 |
| **Total operating expenses** | 64,633 | 68,976 | 200,478 | 192,273 |
| **Operating income** | 33,316 | 36,342 | 99,289 | 103,631 |
| **Other expense (income):** | | | | |
| Interest income | (1,622) | (690) | (5,509) | (931) |
| Interest expense | 8,025 | 8,781 | 24,807 | 29,442 |
| Loss on extinguishment of debt | — | — | 2,224 | — |
| Other (income) expense, net | (728) | 95 | (733) | 112 |
| **Total other expense** | 5,675 | 8,186 | 20,789 | 28,623 |
| **Income before income taxes** | 27,641 | 28,156 | 78,500 | 75,008 |
| Income tax (benefit) provision | 6,728 | 7,980 | (52,711) | 10,619 |
| **Net income** | $ 20,913 | $ 20,176 | $ 131,211 | $ 64,389 |
| | | | | |
| **Net income attributable to common stock per share:** | | | | |
| Basic | $ 0.16 | $ 0.16 | $ 1.01 | $ 0.53 |
| Diluted | $ 0.16 | $ 0.15 | $ 0.98 | $ 0.50 |
| **Weighted average number of shares:** | | | | |
| Basic | 129,951 | 129,914 | 129,632 | 121,762 |
| Diluted | 133,320 | 134,221 | 133,382 | 134,454 |

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Balance Sheets**
*(in thousands)*

| | September 30, 2023 | December 31, 2022 |
|---|---|---|
| **Assets** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 86,157 | $ 150,550 |
| Short-term investments | 24,655 | 24,796 |
| Total cash, cash equivalents and short-term investments | 110,812 | 175,346 |
| Accounts receivable, net of allowances of $1,884 and $1,778, respectively | 49,356 | 54,210 |
| Inventories | 62,792 | 49,493 |
| Prepaid expenses and other current assets | 63,873 | 45,100 |
| **Total current assets** | 286,833 | 324,149 |
| **Non-current assets:** | | |
| Property and equipment, net | 100,982 | 104,595 |
| Intangible assets, net | 52,719 | 49,509 |
| Operating lease right-of-use assets | 71,539 | 75,261 |
| Other non-current assets, net of allowances of $545 and $501, respectively | 37,239 | 43,355 |
| Deferred income taxes | 217,976 | 162,657 |
| **Total non-current assets** | 480,455 | 435,377 |
| **Total assets** | $ 767,288 | $ 759,526 |
| **Liabilities and stockholders' equity (deficit)** | | |
| **Current liabilities:** | | |
| Accounts payable | $ 15,328 | $ 13,646 |
| Accrued liabilities | 38,219 | 60,056 |
| Deferred revenue | 1,704 | 3,418 |
| Current portion of long-term debt | 7,250 | 7,250 |
| **Total current liabilities** | 62,501 | 84,370 |
| **Non-current liabilities:** | | |
| Long-term debt | 588,733 | 690,173 |
| Non-current operating lease liabilities | 74,481 | 79,241 |
| Other non-current liabilities | 8,031 | 7,611 |
| **Total non-current liabilities** | 671,245 | 777,025 |
| **Total liabilities** | 733,746 | 861,395 |
| **Stockholders' equity (deficit)** | | |
| Common stock | 14 | 14 |
| Additional paid-in capital | 1,396,348 | 1,385,933 |
| Accumulated other comprehensive income | 23,913 | 30,128 |
| Treasury stock, at cost | (158,375) | (158,375) |
| Accumulated deficit | (1,228,358) | (1,359,569) |
| **Total stockholders' equity (deficit)** | 33,542 | (101,869) |
| **Total liabilities and stockholders' equity (deficit)** | $ 767,288 | $ 759,526 |

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Statements of Cash Flows**
*(in thousands)*

| | | For the Nine Months Ended September 30, | | |
|---|---|---|---|---|
| | | **2023** | | **2022** |
| **Operating activities:** | | | | |
| Net income | $ | 131,211 | $ | 64,389 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Depreciation and amortization | | 12,022 | | 10,006 |
| Loss on asset disposals, abandonments and write-downs | | 285 | | 166 |
| Provision for expected credit losses | | 541 | | 855 |
| Deferred income taxes | | (53,255) | | 10,470 |
| Stock-based compensation expense | | 15,729 | | 14,101 |
| Amortization of deferred financing costs and interest rate caps | | 2,671 | | 2,486 |
| Accretion of debt discount | | 304 | | 345 |
| Changes in fair value of equity investment | | (773) | | — |
| Loss on extinguishment of debt | | 2,224 | | — |
| Changes in operating assets and liabilities: | | | | |
| Accounts receivable | | 4,356 | | (12,289) |
| Inventories | | (13,299) | | (12,622) |
| Prepaid expenses and other current assets | | (37,454) | | 12,862 |
| Contract assets | | 2,822 | | (2,836) |
| Accounts payable | | 2,526 | | 1,116 |
| Accrued liabilities | | (5,091) | | (16,245) |
| Deferred revenue | | (1,708) | | (222) |
| Accrued interest | | (9,565) | | 1,720 |
| Other non-current assets and liabilities | | (728) | | (2,363) |
| Net cash provided by operating activities | | 52,818 | | 71,939 |
| **Investing activities:** | | | | |
| Purchases of property and equipment | | (14,006) | | (35,187) |
| Acquisition of intangible assets—capitalized software | | (4,711) | | (4,745) |
| Proceeds from FCC Reimbursement Program | | 3 | | — |
| Proceeds from interest rate caps | | 20,165 | | 803 |
| Redemptions of short-term investments | | 49,524 | | — |
| Purchases of short-term investments | | (49,383) | | — |
| Purchase of equity investment | | (5,000) | | — |
| Net cash used in investing activities | | (3,408) | | (39,129) |
| **Financing activities:** | | | | |
| Payments on term loan | | (105,438) | | (5,438) |
| Repurchases of common stock | | — | | (18,375) |
| Payments on financing leases | | (117) | | (136) |
| Stock-based compensation activity | | (8,326) | | (2,703) |
| Net cash used in financing activities | | (113,881) | | (26,652) |
| Effect of exchange rate changes on cash | | 78 | | 65 |
| **(Decrease) increase in cash, cash equivalents and restricted cash** | | (64,393) | | 6,223 |
| Cash, cash equivalents and restricted cash at beginning of period | | 150,880 | | 146,268 |
| **Cash, cash equivalents and restricted cash at end of period** | $ | 86,487 | $ | 152,491 |
| Cash, cash equivalents and restricted cash at end of period | $ | 86,487 | $ | 152,491 |
| Less: non-current restricted cash | | 330 | | 330 |
| **Cash and cash equivalents at end of period** | $ | 86,157 | $ | 152,161 |
| **Supplemental cash flow information:** | | | | |
| Cash paid for interest | $ | 53,911 | $ | 28,841 |
| Cash paid for taxes | | 429 | | 289 |
| **Non-cash investing activities:** | | | | |
| Purchases of property and equipment in current liabilities | $ | 5,425 | $ | 11,549 |

**Gogo Inc. and Subsidiaries**
**Supplemental Information – Key Operating Metrics**

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| Aircraft online (at period end) | | | | |
| ATG | 7,150 | 6,777 | 7,150 | 6,777 |
| Narrowband satellite | 4,395 | 4,484 | 4,395 | 4,484 |
| Average monthly connectivity service revenue per aircraft online | | | | |
| ATG | $ 3,373 | $ 3,376 | $ 3,378 | $ 3,342 |
| Narrowband satellite | 294 | 297 | 297 | 263 |
| Units sold | | | | |
| ATG | 192 | 388 | 692 | 944 |
| Narrowband satellite | 40 | 43 | 132 | 144 |
| Average equipment revenue per unit sold (in thousands) | | | | |
| ATG | $ 77 | $ 68 | $ 73 | $ 69 |
| Narrowband satellite | 39 | 39 | 48 | 50 |

- *ATG aircraft online.* We define ATG aircraft online as the total number of business aircraft for which we provide ATG services as of the last day of each period presented. This number excludes aircraft receiving ATG service as part of the ATG Network Sharing Agreement with Intelsat.

- *Narrowband satellite aircraft online*. We define narrowband satellite aircraft online as the total number of business aircraft for which we provide narrowband satellite services as of the last day of each period presented.

- *Average monthly connectivity service revenue per ATG aircraft online.* We define average monthly connectivity service revenue per ATG aircraft online as the aggregate ATG connectivity service revenue for the period divided by the number of months in the period, divided by the number of ATG aircraft online during the period (expressed as an average of the month end figures for each month in such period). Revenue share earned from the ATG Network Sharing Agreement with Intelsat is excluded from this calculation.

- *Average monthly connectivity service revenue per narrowband satellite aircraft online*. We define average monthly connectivity service revenue per narrowband satellite aircraft online as the aggregate narrowband satellite connectivity service revenue for the period divided by the number of months in the period, divided by the number of narrowband satellite aircraft online during the period (expressed as an average of the month end figures for each month in such period).

- *Units sold*. We define units sold as the number of ATG or narrowband satellite units for which we recognized revenue during the period.

- *Average equipment revenue per ATG unit sold.* We define average equipment revenue per ATG unit sold as the aggregate equipment revenue from all ATG units sold during the period, divided by the number of ATG units sold.

- *Average equipment revenue per narrowband satellite unit sold*. We define average equipment revenue per narrowband satellite unit sold as the aggregate equipment revenue earned from all narrowband satellite units sold during the period, divided by the number of narrowband satellite units sold.

**Gogo Inc. and Subsidiaries**
**Supplemental Information – Revenue and Cost of Revenue**
*(in thousands, unaudited)*

| | For the Three Months Ended September 30, | | % Change 2023 over 2022 | For the Nine Months Ended September 30, | | % Change 2023 over 2022 |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | | 2023 | 2022 | |
| Service revenue | $ 79,546 | $ 75,252 | 5.7% | $ 237,107 | $ 218,983 | 8.3% |
| Equipment revenue | 18,403 | 30,066 | (38.8)% | 62,660 | 76,921 | (18.5)% |
| Total revenue | $ 97,949 | $ 105,318 | (7.0)% | $ 299,767 | $ 295,904 | 1.3% |

| | For the Three Months Ended September 30, | | % Change 2023 over 2022 | For the Nine Months Ended September 30, | | % Change 2023 over 2022 |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | | 2023 | 2022 | |
| Cost of service revenue [1] | $ 18,116 | $ 17,297 | 4.7% | $ 51,732 | $ 47,683 | 8.5% |
| Cost of equipment revenue [1] | $ 12,320 | $ 19,261 | (36.0)% | $ 47,983 | $ 50,410 | (4.8)% |

[1] Excludes depreciation and amortization expense.

11

**Gogo Inc. and Subsidiaries**
**Reconciliation of GAAP to Non-GAAP Measures**
*(in thousands, unaudited)*

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | | For the Three Months Ended June 30, |
|---|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 | 2023 |
| **Adjusted EBITDA:** | | | | | |
| Net income attributable to common stock (GAAP) | $ 20,913 | $ 20,176 | $ 131,211 | $ 64,389 | $ 89,849 |
| Interest expense | 8,025 | 8,781 | 24,807 | 29,442 | 7,806 |
| Interest income | (1,622) | (690) | (5,509) | (931) | (1,971) |
| Income tax (benefit) provision | 6,728 | 7,980 | (52,711) | 10,619 | (63,827) |
| Depreciation and amortization | 4,692 | 2,716 | 12,022 | 10,006 | 4,539 |
| EBITDA | 38,736 | 38,963 | 109,820 | 113,525 | 36,396 |
| Stock-based compensation expense | 5,235 | 4,690 | 15,729 | 14,101 | 5,453 |
| Change in fair value of equity investment | (773) | — | (773) | — | — |
| Loss on extinguishment of debt | — | — | 2,224 | — | 2,224 |
| Adjusted EBITDA | $ 43,198 | $ 43,653 | $ 127,000 | $ 127,626 | $ 44,073 |
| | | | | | |
| **Free Cash Flow:** | | | | | |
| Net cash provided by operating activities (GAAP) [(1)] | $ 18,677 | $ 27,699 | $ 52,818 | $ 71,939 | $ 15,627 |
| Consolidated capital expenditures [(1)] | (5,355) | (19,982) | (18,717) | (39,932) | (8,766) |
| Proceeds from FCC Reimbursement Program [(1)] | 3 | — | 3 | — | — |
| Proceeds from interest rate caps [(1)] | 7,676 | 803 | 20,165 | 803 | 6,402 |
| Free cash flow | $ 21,001 | $ 8,520 | $ 54,269 | $ 32,810 | $ 13,263 |

[(1)]   See Unaudited Condensed Consolidated Statements of Cash Flows

**Gogo Inc. and Subsidiaries**

**Reconciliation of Estimated Full-Year GAAP Net Cash**

**Provided by Operating Activities to Non-GAAP Measures**

*(in millions, unaudited)*

| | FY 2023 Range | |
|---|---|---|
| | Low | High |
| **Free Cash Flow:** | | |
| Net cash provided by operating activities (GAAP) | $ 64 | $ 69 |
| Consolidated capital expenditures | (30) | (25) |
| Proceeds from interest rate caps | 26 | 26 |
| Free cash flow | $ 60 | $ 70 |

*Definition of Non-GAAP Measures*

    EBITDA represents net income attributable to common stock before interest expense, interest income, income taxes and depreciation and amortization expense.

    Adjusted EBITDA represents EBITDA adjusted for (i) stock-based compensation expense, (ii) changes in fair value of an equity investment and (iii) loss on extinguishment of debt. Our management believes that the use of Adjusted EBITDA eliminates items that management believes have less bearing on our operating performance, thereby highlighting trends in our core business which may not otherwise be apparent. It also provides an assessment of controllable expenses, which are indicators management uses to determine whether current spending decisions need to be adjusted in order to meet financial goals and achieve optimal financial performance.

We believe that the exclusion of stock-based compensation expense from Adjusted EBITDA provides a clearer view of the operating performance of our business and is appropriate given that grants made at a certain price and point in time do not necessarily reflect how our business is performing at any particular time. While we believe that investors should have information about any dilutive effect of outstanding options and the cost of that compensation, we also believe that stockholders should have the ability to consider our performance using a non-GAAP financial measure that excludes these costs and that management uses to evaluate our business.

We believe it is useful for an understanding of our operating performance to exclude the changes in fair value of an equity investment from Adjusted EBITDA because this activity is not related to our operating performance.

We believe it is useful for an understanding of our operating performance to exclude the loss on extinguishment of debt from Adjusted EBITDA because of the infrequently occurring nature of this activity.

We also present Adjusted EBITDA as a supplemental performance measure because we believe that this measure provides investors, securities analysts and other users of our consolidated financial statements with important supplemental information with which to evaluate our performance and to enable them to assess our performance on the same basis as management.

Adjusted EBITDA Margin represents Adjusted EBITDA divided by total revenue. We present Adjusted EBITDA Margin as a supplemental performance measure because we believe that it provides meaningful information regarding our operating efficiency.

Free Cash Flow represents net cash provided by operating activities, plus the proceeds received from the FCC Reimbursement Program and the interest rate caps, less purchases of property and equipment. We believe that Free Cash Flow provides meaningful information regarding our liquidity. Management believes that Free Cash Flow is useful for investors because it provides them with an important perspective on the cash available for strategic measures, after making necessary capital investments in property and equipment to support the Company's ongoing business operations and provides them with the same measures that management uses as the basis of making capital allocation decisions.

13

# EXHIBIT B

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

GOGO.OQ - Q3 2023 Gogo Inc Earnings Call

EVENT DATE/TIME: NOVEMBER 07, 2023 / 1:30PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



NOVEMBER 07, 2023 / 1:30PM, GOGO.OQ - Q3 2023 Gogo Inc Earnings Call

## CORPORATE PARTICIPANTS

**Jessica Betjemann** *Gogo Inc. - Executive VP & CFO*

**Oakleigh Thorne** *Gogo Inc. - Chairman & CEO*

**William G. Davis** *Gogo Inc. - VP of IR*

## CONFERENCE CALL PARTICIPANTS

**Lance William Vitanza** *TD Cowen, Research Division - MD & Cross-Capital Structure Analyst*

**Richard Hamilton Prentiss** *Raymond James & Associates, Inc., Research Division - Head of Telecommunication Services Equity Research & Research Analyst*

**Scott Wallace Searle** *ROTH MKM Partners, LLC, Research Division - MD & Senior Research Analyst*

## PRESENTATION

**Operator**

Good day, and thank you for standing by. Welcome to the Q3 2023 Gogo Inc. earnings conference call. (Operator Instructions) Please be advised that today's conference is being recorded.

I would now like to hand the conference over to your speaker today, Will Davis, VP of Investor Relations. Please go ahead.

---

**William G. Davis** *- Gogo Inc. - VP of IR*

Thank you, Bella, and good morning, everyone. Welcome to Gogo's Third Quarter 2023 Earnings Conference Call. Joining me today to talk about our results are Oakleigh Thorne, Chairman and CEO; and Jessi Betjemann, Executive Vice President and CFO.

Before we get started, I would like to take this opportunity to remind you that during the course of this call, we may make forward-looking statements regarding future events and the future performance of the company. We caution you to consider the risk factors that could cause actual results to differ materially from those in the forward-looking statements on the conference call. Those risk factors are described in our earnings release filed this morning and are more fully detailed under Risk Factors in our Annual Report on 10-K and 10-Q and other documents that we have filed with the SEC. In addition, please note that the date of this conference call is November 7, 2023. Any forward-looking statements that we make today are based on assumptions as of this date. We undertake no obligation to update these statements as a result of more information or future events.

During the call, we will present both GAAP and non-GAAP financial measures. We've included a reconciliation and explanation of adjustments and other considerations of our non-GAAP measures to the most comparable GAAP measures in our third quarter earnings release.

This call is being broadcast on the internet and available on the Investor Relations website at ir.gogoair.com. The earnings press release is also available on the website. After management comments, we'll host a Q&A session with the financial community only.

It is now my great pleasure to turn the call over to Oakleigh.

---

**Oakleigh Thorne** *- Gogo Inc. - Chairman & CEO*

Thanks, Will, and welcome to our Q3 2023 earnings call.

Gogo achieved solid bottom line results in the third quarter despite aviation industry headwinds and a slowing of orders as customers await the launch of Gogo 5G and Galileo, both of which will reaccelerate our growth starting in the second half of 2024. On the positive side, several of the

2

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



headwinds I discussed last quarter, like suspensions and deactivations, which are mostly temporary in nature, have started to normalize, and in fact, we achieved the highest third quarter ever for new activations.

On the flip side, supply chain issues and labor shortages continue to impact our OEM and aftermarket partners. Delaying new aircraft deliveries and extending maintenance cycles, which in turn have reduced equipment revenue and slowed the growth of service revenue for Gogo. Despite that we've maintained our profitability levels, partly due to a shift of 5G investment dollars to 2024 and partly due to strong cost management. As a result, we're lowering our revenue guidance for 2023, but raising guidance for adjusted EBITDA and free cash flow to the high end of our prior ranges.

Though changing guidance is very disappointing, these near-term headwinds do not change our view that Gogo is poised for explosive growth in 2025 and beyond. And we're not changing our long-term targets. First, we serve a highly unpenetrated market with 78% of the world's business aircraft flying without a broadband solution today. Second, we see unprecedented demand with a surge of travelers choosing to fly private aviation post-COVID and those travelers demanding connectivity. Third, we have an attractive business model based on recurring service revenue that drives strong cash flow. Fourth, we're incorporating new technologies into our platform to deliver order of magnitude improvements in service to dramatically increase our TAM by having products that meet the needs of every segment of the global BA market and to enhance our competitive position. And finally, we have a strong balance sheet that enables us to make the investments necessary to deliver those new technologies.

The price for reaching that explosive growth and driving substantial returns for shareholders is a heavy investment cycle we're now in to build Gogo 5G, develop Gogo Galileo and execute the FCC Rip and replacement project, all of which I will deep dive in a few minutes.

This morning, I'm going to start by highlighting the demand we see in the BA market. I'll then go through the data from the quarter, and I'll close by touching on Gogo's progress against our key strategic initiatives. Jessi will then walk through the numbers and the rationale behind our guidance update.

So let me start with industry demand. Industry observers typically use flight count as a proxy for private aviation demand. And in Q3, Gogo flight counts were down only 2% from the very high counts in 2022, which is an improvement from the 5% decline we experienced in Q2. More importantly, flight counts remained significantly elevated from pre-COVID 2019 at plus 28%, signaling to many in the industry that stronger demand is here to stay. Those numbers are supported by the surge in OEM order books and in the sale of fractional ownerships that we have seen over the past few years.

Meanwhile, data usage per flight hour for Q3 increased 15% over Q3 2022 and increased 77% from Q3 2019. In global market research conducted by Gogo, when offered all current and currently announced IFC offerings from Gogo and its competitors, 74% of all business aviation industry participants would opt to add connectivity to those aircraft today. That stands in stark contrast to broadband connectivity in the global fleet, which stands at only 23%. Some of this demand is driven by a generational shift in who was flying. Among the silent generation of older flyers, only 65% would opt for connectivity. Among baby boomers, that goes up to 78% and Gen X and Y, that goes up to 87%. And for Gen Z, that jumps to 98%. We believe those demographic trends bode very well for broadband connectivity penetration in business aircraft over the next 10 years.

Now let me turn to Q3 results. Overall, revenue was down 7% from prior year, with equipment revenue down 24%, but our high-margin recurring service revenue up 6%. The biggest drivers of this performance were part shortages, labor shortages, and frantically busy maintenance schedules at the OEMs and dealers. Part shortages have caused OEMs to push out deliveries, which combined with a fair amount of Gogo inventory in that channel, has caused them to push out equipment orders from us, which has hurt equipment sales and by extension dampened aircraft online and slowed growth in service revenue.

Part shortages have also forced dealers to hold aircraft for extended maintenance times as they wait for critical parts, which has delayed reactivation time for Gogo, which in turn has dampened aircraft online and slowed service revenue growth. And finally, labor shortages, combined with heavy demand for critical maintenance has forced dealers to prioritize needed to fly maintenance over discretionary spending like IFC, which has dampened equipment revenue and by extension, you guessed it, growth in aircraft online and service revenue.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



On that last point, as 5G technology and LEO satellite technology are poised to dramatically improve our product performance and potential new offerings from others, customers have extra impetus to wait and see what gets delivered and avoid discretionary spending in IFC in the short run. We saw the same phenomenon in Q1 2015 to Q1 2017 timeframe when aftermarket quarterly shipments fell 28% in the 2 years before we launched AVANCE. And SmartSky was making their first big marketing splash.

Despite those headwinds, AOL grew 86 units in Q3, down from 123 last year, but up substantially from the 18 we grew in Q2 this year. This stronger AOL performance was driven by continuing strong new activations and a normalization of our suspension rate, all of which was partially offset by continuing weaker reactivation rates due to the elongated maintenance events I mentioned a moment ago.

New activations and upgrades from Classic to AVANCE were particularly encouraging. Though short of expectations, we had our highest third quarter ever for new activations at 214, up 11% from prior year. And our highest quarter ever for upgrades at 60, up 28% from prior year. Strategically, because AVANCE allows customers to upgrade with Gogo to new technologies like 5G and low earth orbit satellites, much more quickly and economically than moving to a competitor. We believe that this continued migration to AVANCE is very important.

In total, AVANCE now accounts for 53% of our fleet, up from 45% at the end of the Q3 last year, and that percentage will grow as our FCC rip and replacement program rolls out. What is important to note is that based on extensive interviews with customers, we are not losing planes to competitors. We're just losing time to a parts and labor shortage.

Now let me turn to shipments and field inventory. Inventory in the field decreased by about 47 units in the quarter to roughly 857, of which only 140 are not committed to a particular aircraft. And of those 140, only 32 units that are at dealers that did not install a high volume of Gogo systems. For the reasons I discussed a moment ago, we had a significant decrease in AVANCE shipments this quarter to 192 versus 388 in Q3 last year when we had a blockbuster quarter. To put the quarter in a little more perspective, however, we still expect to have the second highest AVANCE shipment year ever in 2023, and we have seen encouraging signs of new orders were much stronger in October than earlier in the year.

Now let me turn to an update on our strategic initiatives and how we intend to accelerate growth with our three-pronged strategy. First, we want to expand our addressable market by broadening the AVANCE platform hardware and network offerings to meet the needs of each segment of the global BA market. Second, we want to drive customer loyalty by continually improving our networks and leveraging the AVANCE platform to provide easy upgrade path to new technologies as new technologies emerge. And third, we're focused on offering the best product and customer support to each segment of the market at the lowest total cost of ownership. We're making great strides in our strategic initiatives to achieve those goals, including our SEC secure networks program, our 5G network and our global broadband LEO offerings, Galileo HDX and FDX.

I'll start with the FCC secured networks program and an encouraging announcement from the Biden administration. You'll recall that last year, Gogo was awarded a $334 million grant under the SEC's secure and trusted communication networks program to reimburse it for expenses associated with accelerating the removal of Chinese telecom technology from our 4G network. Because there were more qualified grants than originally planned, funding for all grants were cut back to 39% of the original award, which in Gogo's case was cut back to $132 million.

The good news last week was that the White House included full funding for the program in its supplemental funding request to Congress. Given that full funding has brought bipartisan support in Congress, we feel that it has a good chance of passage this year. Full funding will help Gogo defray the cost of replacing all ETE ground equipment and moving Gogo Classic customers to airborne equipment that are compatible with the replacement ground equipment. Because the functionality of replacement ground-based equipment will be better than the equipment installed in our 4G network today, Gogo will get some significant benefits from this network refresh. Including a 40% improvement in connectivity performance for AVANCE L3 customers and almost doubling of the number of aircraft at the ATG 4G network can simultaneously manage and a significant acceleration of Gogo Classic customers upgrading to AVANCE, which, as I described earlier, has the strategic benefit extending Gogo customer lifetimes and the lifetime of our very profitable ATG networks.

We've already started work on the network side of this project and expect to go live in early 2026. On the customer side of this transition, our goal is to convert all of the 3,300 tails flying with our Classic product today to new LRUs with LTE air cars over the next 2 years. We've been in touch with all of those customers and have actually spoken to more than 90% of them. And of those that already have a preference, the overwhelming majority

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



are leading towards an AVANCE upgrade with the majority of those selecting the L5s. Jessi will provide more details on the SEC program in a few minutes and how the costs and reimbursements, which are coming in quicker than expected, fit into our guidance.

Now let me turn to our Gogo 5G Air-to-Ground network program. As a reminder, this product will have coverage limited to North America, but deliver mean performance around 25 megabits per second, 5x to 10x the mean speeds of Gogo's current offerings with peaks of up to 75 to 80 megabits per second. All at a more affordable price than competitive satellite products. In global market certainties of business aviation professionals, the 5G package is the #1 pick, ahead of all current and currently announced competitive ATG and GEO or LEO satellite offerings, which bodes well for the durability of Gogo's high-margin ATG revenue stream.

This is partly driven by the fact that the North American medium and lighter aircraft market segments are by far the largest in the world, with more than 80% of all global flights beginning and ending in North America. And though they want quality connectivity, many operators in those segments wanted at an affordable price.

Last year, Gogo completed build-out of its 150 tower 5G network with a Cisco core that provides nationwide coverage. And next year, we'll complete our Canadian network. We've also completed every aspect of the airborne equipment except one, our 5G chip. As I'm sure you're aware, we have had 2 significant delays to this program because of issues in bringing the 5G chip up after completing fabrication at the chip foundry. It's important to note that the issue of the chip was not in the 5G block, but was in the peripheral sub-block.

Since July, we've been working with our 5G network and chipset suppliers on a remedy to the bring-up problem. Sadly, that remedy involves a full re-spin, which establishes our ship date in the third quarter at the outside perimeter of our earlier guidance. That said, we're confident we'll hit that time frame because, first, our team feels that our chipset supplier has conducted a much more thorough analysis and has fully identified the root cause of this issue and is currently implementing a complete remedy.

Second, our chipset supplier has brought a new design house into the project. It has superior simulation and modeling capabilities to the old design house. Third, the design house has a very solid record of getting it right the first time. And fourth, we'll be utilizing new higher-speed 50 megahertz field programmable gate array technology, better known as FPGAs, to test many aspects of the chip before we have the chip itself. Gogo expects to have the FPGA technology in place from our vendors in late Q1 and to begin flight testing with it in Q2, which will enable us to burn down all software testing risk, of 5G design testing risk and our system integration risk. And it will allow us to fine-tune our network before ever receiving the natural 5G chip. Other milestones that Gogo will share as they occur next year include the start-up and of chip fabrication, Gogo receipt of the chip after bring up and Gogo flight test of the chip.

Finally, we're having considerable commercial success with the product already. Not only have we had no cancellations due to the delay, we have orders from 5 OEMs and have built an $8.5 million backlog for chip sets. We're also having success with 5G pre-provision kits, which allow customers to install the AVANCE L5 with full 5G provisions and operate on Gogo's 4G network while waiting for the LX5 5G box. Once the LX5 is ready, it can be installed quickly and 5G service can begin immediately saving downtime and expense. We've shipped 133 of those kits, including 67 in Q3. And what's really cool is that more than 30 of those chip sets have already been installed in the aftermarket alone. And what's even cooler is that 2 OEMs are already installing the 5G MD13 antennas on every plane in which they install an AVANCE L5 so that those planes will be ready to move to 5G when the 5G chip is ready.

Now I'll turn to our LEO-based global broadband initiative, Galileo, which adds a flat panel, fuselage mounted electronically steerable antenna to the AVANCE platform and add the Eutelsat OneWeb low earth orbit satellite constellation to our network offerings. Galileo comes in 2 flavors, a smaller HDX terminal and a larger FDX terminal. The Galileo HDX terminal is a small antenna that fits on almost all business aircraft and targets midsized and smaller jets that; A, domicile outside North America and have no broadband solution today; and B, domicile inside North America and often fly international missions.

The Galileo FDX terminal is a larger antenna that deliver significantly higher bandwidth and targets global super midsized and larger heavy jets that fly transcontinental emissions. The market survey, as I mentioned a moment ago, also tested Gogo HDX and FDX bundles against all current and currently announced competitive ATG and LEO GEO offerings. And they show those bundles outperforming all competitive satellite offerings by a considerable margin. We've demonstrated our Galileo technology this year at both the Geneva and Las Vegas MBAAE-based conferences

5

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



NOVEMBER 07, 2023 / 1:30PM, GOGO.OQ - Q3 2023 Gogo Inc Earnings Call

using the Eutelsat OneWeb network and Hughes antennas. And have achieved mean speeds consistently approaching 200 megabits per second. It's worth noting that these speeds will increase dramatically when Eutelsat OneWeb launches its Gen 2 satellite constellation in just a few years.

A huge advantage for Gogo in these markets is that Galileo is a simple upgrade from any AVANCE installed aircraft when only needs to add either our HDX or FDX antenna on the fuselage and then run data and power cabling into the aircraft. Given that AVANCE is already a line-fit option at every OEM and has STCs on every currently flying model of aircraft in the aftermarket, this will make it easier from the engineering and certification perspective for OEMs and dealers to offer Galileo as an option to their customers. We've already signed a line-fit agreement with one OEM and have discussions underway with several others. We plan to start shipping HDX terminals in the second half of 2024 and FDX terminals in the first half of 2025.

In our satellite partner, Eutelsat OneWeb and our antenna partner, Hughes, continue to make great progress driving towards those dates. Eutelsat OneWeb has completed launch of its 648 satellite Gen-1 constellation and should complete its ground network and be ready for aero use in Q2 2024 before our launch in the second half of the year. We expect to receive preproduction test units of the HDX antenna from Hughes in the first quarter and production equivalent units for flight testing early Q3 and are targeting first shipments a few months after.

With the addition of Galileo, Gogo will have the most complete product portfolio in the business aviation IFC industry with products that offer the right performance, with the right coverage, at the right total cost of (inaudible) with great customer support for every segment of the highly unpenetrated 38,000 aircraft global business aviation market. Overall, we're excited for the future and believe Gogo has the right strategy in place to continue to capitalize on the significant opportunity in our market and deliver long-term value creation.

I want to end by thanking the Gogo team on both the front line and those that support the front line. It's because of you that we're in this position. With that, I will turn it over to Jessi to do the numbers.

**Jessica Betjemann** *- Gogo Inc. - Executive VP & CFO*

Thanks, Oak, and good morning, everyone. Gogo delivered solid bottom line financial performance as we continue to invest in our strategic and operational initiatives, including Gogo 5G and Gogo Galileo to enhance our competitive position for the future.

In my remarks today, I'll start by walking through Gogo's third quarter financial performance, then I will turn to our balance sheet and capital allocation priorities. Next, I will provide an overview of the financial impact of the FCC program. And finally, I will provide additional context around our revised 2023 outlook and wrap up by reiterating our long-term targets.

Total revenue for the third quarter was $97.9 million, down 7% from the prior year and down 5% sequentially. We delivered record service revenue of $79.5 million in the third quarter, a 6% increase year-over-year and a 1% increase sequentially.

Our ATG aircraft online reached 7,150 units as of the end of the third quarter, representing 6% growth versus the prior year and 1% growth sequentially. While Gogo show an improvement in incremental ATG aircraft online from 18 in the second quarter to 86 in the third quarter, these remain muted due to temporary suspensions driven by elongated maintenance cycles, which took aircraft off-line. In addition, we had record upgrades in the third quarter. And while strategically important, it also contributed to the muted aircraft online growth as it replaces existing aircraft online.

AVANCE aircraft online grew to 3,784 and now comprise 53% of our total fleet, up from 45% last year. Increasing aircraft online with the penetration of our AVANCE products remains critical to Gogo's strategy, both in the North American market and globally as we prepare for Gogo 5G and Galileo. As we mentioned last quarter, we continue to expect the AVANCE aircraft online growth rate to accelerate over the next several quarters as maintenance events start to return to normal levels, reducing suspension time and dealers work on addressing supply chain issues that are contributing to slower installation rates.

6

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Total ATG ARPA of $3,373 slightly increased sequentially and slightly decreased versus the prior year, driven by a shift in product mix. The anticipated launch of Gogo 5G and Galileo next year will further expand our ARPA growth opportunity over time, partially offset by continued L3 sales into smaller aircraft and lower priced data plans to drive incremental revenue growth down market.

Now turning to equipment revenue. Gogo generated $18.4 million in equipment revenue in the third quarter, a 39% decrease year-over-year and a 24% decrease sequentially as AVANCE equipment units shipped decreased to 192 in the third quarter. As Oak noted, the decrease in advanced equipment units shipped largely reflects the impact of lingering inventory in the channel, shifts in OEM orders to 2024 as well as delays in customer purchases as they wait for the expected launch of Gogo 5G and Galileo in 2024.

Gogo remains confident that our strong position in a global market that is only 22% penetrated with in-flight connectivity, coupled with the expected launch of Gogo 5G in Q3 2024 and Gogo Galileo in the second half of next year will continue to propel our equipment sales in the future.

Turning to profitability, Gogo delivered service margins of 77% in the third quarter, which remains flat compared to the prior year quarter. We continue to expect long-term service margins in the 75-plus percent range, positioning service as the primary lever for free cash flow generation and long-term value creation. Equipment margins were 33% in the third quarter, 3 percentage points lower than prior year period and 6 percentage points higher sequentially. The increase in our equipment margin compared to last quarter was primarily due to an accrual of $2.8 million for the expected FCC reimbursement of costs incurred to replace a large number of EVDO air cards in AVANCE equipped aircraft with dual modem air cards.

Out of the $2.8 million accrual, $0.8 million related to Q3 shipments, while $2 million was related to prior quarter's activity back to 2022. The positive impact of the accrual for expected FCC reimbursement was partially offset by an increase in production cost as a percentage of revenue due to lower equipment revenue in the quarter. We expect Q4 equipment margin to decline as there is no catch-up accrual for the FCC reimbursement.

Moving on to operating expenses. Third quarter combined engineering, design and development, sales and marketing and general and administrative expenses of $25.5 million declined slightly year-over-year and decreased 3% on a sequential basis. Our operating expenses decreased sequentially primarily due to lower marketing-related costs. Gogo continues to expect 2024 will be a significant investment year as we complete our Gogo 5G program and ramp spending for Gogo Galileo. We expect to see the benefit of these investments through sustained strong top line growth and an inflection point in free cash flow growth in 2025 and beyond in our core operating business.

In terms of Gogo 5G in the third quarter, our $1.8 million of 5G spending was comprised of $0.5 million in OpEx and $1.3 million in CapEx. As Oak mentioned, Gogo is working with our 5G network and chipset suppliers to resolve the 5G chip issue, and we now expect the commercial launch of Gogo 5G to take place in Q3 2024. We maintain our estimate of $100 million in total cost for our 5G program, but the delay will push approximately $10 million of CapEx and $7 million of OpEx from our original plans in 2023 into 2024. Gogo expects this delay to dampen revenue, EBITDA and free cash flow in 2024.

Now on to our Gogo Galileo initiative. In the third quarter, Gogo recorded $2.6 million in operating expenses related to Gogo Galileo and $6.6 million year-to-date. We continue to expect external development costs for Gogo Galileo to be less than $50 million in total, of which $10 million will be incurred in 2023 and approximately $30 million in 2024. We anticipate approximately 90% of Gogo Galileo's external development costs will be in OpEx.

Moving on to our bottom line. Gogo's third quarter adjusted EBITDA of $43.2 million stayed relatively flat year-over-year. EBITDA margin expanded to 44.1%, up 140 basis points from last quarter and up approximately 300 basis points year-over-year as we had growth in high-margin service revenue, while maintaining strong cost control. Gogo delivered net income of $20.9 million in the third quarter, up 4% year-over-year, translating to $0.16 in basic and diluted earnings per share. As a reminder, last quarter, we reported net income that included an income tax benefit of $63.8 million due to the partial release of the valuation allowance on our deferred tax assets related to the Section 163(j) interest limitation carry-forward.

As of December 31, 2022, Gogo had $562 million in Federal net operating losses, $448 million in state net operating losses and $292 million in Section 163(j) interest limitation carry-forwards. As a reminder, our financial statements reflect non-cash income tax expense as we continue to

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



generate positive pretax income. Based on our substantial NOL position, we do not expect to pay meaningful cash taxes for an extended period, but we may pay a modest amount by the end of our 5-year planning horizon.

In addition, our Shareholder Rights Plan, that is designed to preserve NOLs, expire in September. The Shareholder Rights Plan was not renewed as changes in the shareholder base over a 3-year period have lasted. Thus, we still have access to our large NOL position, but new shareholders are no longer restricted from purchasing over 5% of the outstanding shares of Gogo's common equity.

In the third quarter, we generated $21 million in free cash flow, up $12.5 million versus prior year, primarily due to lower 5G CapEx. Free cash flow is also up $7.7 million sequentially, largely due to lower interest paid this quarter as we switched to a monthly cadence of interest payments on our term loan, resulting in 5 months of interest paid in the second quarter.

Now I'll turn to a discussion of our balance sheet. We ended the quarter with $110.8 million in cash and short-term investments and $608.7 million in outstanding principal on our term loan with our $100 million revolver remaining undrawn. Gogo's net leverage was slightly lower to 2.9x, in line with our target range of 2.5X to 3.5x. As we previously mentioned, we have a hedge agreement in place, and we currently have 86% of our loans hedged. The next step down in the hedge to $350 million occurs in July 2024 with an increase in strike rate from 0.75% to 1.25%.

As a reminder, Gogo's capital allocation priorities remain unchanged and are aligned with our strategic goals and include, first, maintaining adequate liquidity; second, investing in strategic opportunities to drive competitive positioning and financial value, including Gogo 5G and Galileo; third, maintaining an appropriate level of leverage for the economic environment with a target net leverage ratio of 2.5x to 3.5x. And finally, returning capital to shareholders as appropriate in the future.

With a strong cash balance, our Gogo 5G, Galileo and other strategic projects well-funded and our net leverage ratio at 2.9x, including the $100 million debt paydown earlier this year and our strong confidence in the business. We were comfortable moving to priority 4 in returning capital to shareholders. Our Board of Directors approved a share repurchase program in September with no set expiration date that grants authority to repurchase up to $50 million of shares of common stock. This gives us the ability to opportunistically repurchase shares when we find that doing so offers an attractive value proposition. However, we need to continue to balance the use of cash over the next year across our capital allocation priorities and especially in allocating funds between further paydown of debt, considering high interest rates and a step down in our hedge and future share repurchases.

I would now like to provide an update on the expected financial impact of the FCC Secure and Trusted Communications Networks reimbursement program. As Oak mentioned, we are encouraged that the White House recently issued a supplemental funding request that includes the call to Congress to fully fund the FCC program, which would significantly increase our total reimbursement value as we were granted up to $334 million. As mentioned in previous quarters, we currently expect to receive partial funding of $132 million.

As a reminder, we submitted our first claim in July, which triggered the start of the 1-year clock to complete the program by July 21, 2024. In our application, we stated that we will need to have multiple extensions to complete the program and are waiting to see if the FCC will grant a blanket extension or we will request an extension in the coming months on our own.

Gogo has incurred and will continue to incur costs for this program in 3 areas: First, network equipment to cell sites and datacenters; second, airborne equipment for the swaps of LTE air cards to replace EVDO air cards and partial rebates for customers' installation costs to enable existing customer aircraft to communicate to the new network; and third, operating expenses primarily for flight testing, network design and professional services. We expect the spent will be partially offset by the FCC reimbursements.

As of September 30, we recorded a $16.2 million receivable from the FCC, which is included in prepaid expenses and other current assets in our balance sheet for the reimbursement of the costs I previously mentioned, with corresponding reductions to property and equipment, inventory and contract assets and with a pickup in the income statement. Going forward, since the program is currently partially funded, we have some optionality in what we request reimbursement for, which could impact where grant money received would be recorded between the income statement and balance sheet.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Previously, Gogo expected 2023 and 2024 free cash flow to be negatively impacted by the FCC program and a benefit in 2025 due to the timing of reimbursement proceeds. However, we are currently seeing reimbursements coming in quicker than expected, potentially changing the swing effect on free cash flow over the years. For example, in 2023, we expect to spend approximately $20 million for the FCC program and recoup approximately $2 million in cash reimbursements. But with the reduced lag in the reimbursement process, we could receive more this year. Nonetheless, with partial funding, reimbursements are expected to be short of the total expected cost of the program through 2026.

Turning to our financial outlook. Gogo updated its fiscal 2023 financial guidance to reflect current market dynamics. Gogo now expects 2023 total revenue to be in the range of $390 million to $400 million. The decrease is driven by a reduction in our equipment revenue, which was largely affected by shifts in OEM orders to 2024 and a delay in customer orders as they wait for the expected launch of Gogo 5G and Galileo, as I noted earlier.

We now expect 2023 adjusted EBITDA to be in the high end of our previously guided $150 million to $160 million range. We were able to increase adjusted EBITDA guidance despite lower revenue as we continue to prudently manage costs down as well as push out additional 5G spend due to the delay. This guidance includes spending on operating expenses of approximately $15 million compared to $20 million previously for strategic and operational initiatives, which include approximately $3 million in expected Gogo 5G spending, approximately $10 million of Gogo Galileo development spend, and approximately $2 million in additional operational initiatives. Our adjusted EBITDA guidance also includes approximately $7 million of costs related to the FCC program, offset by $6 million of accruals for the expected FCC reimbursement.

We now expect our 2023 CapEx to be in the range of $25 million to $30 million, including $12 million for the Gogo 5G program and approximately $2 million related to the FCC program. We also now expect our 2023 free cash flow guidance to be in the high end of the previously guided range of $60 million to $70 million, including FCC-related spend and the expected lag of FCC reimbursements. Even with our investments in strategic initiatives and the FCC program, we expect nearly 20% year-over-year free cash flow growth in 2023. And excluding the FCC impact, it would be nearly 50%.

As we previously stated, 2024 will continue to be an investment year with an increase in Gogo Galileo expenses anticipated, but further burdened due to the push out of 5G spend. These investments, coupled with the lower shipments and lower aircraft online this year versus our original expectations and delay in 5G launch are expected to negatively impact our financials, causing 2024 to be a trough free cash flow year.

However, Gogo's long-term targets were made unchanged. They reflect our expectations for the launch of Gogo 5G in Q3 2024 and the launch of Gogo Galileo in the second half of 2024. We reiterate revenue growth at a compound annual growth rate of approximately 15% to 17% from 2022 through 2027. We continue to expect annual adjusted EBITDA margin in the mid-40% range by 2027 and free cash flow in the range of $150 million to $200 million in 2025 without the effect of the FCC program and growing thereafter. We plan to provide 2024 guidance metrics and update our long-term targets as appropriate on the fourth quarter earnings call as we typically do.

In conclusion, we will continue to deliver solid bottom line financial performance, and we are committed to creating long-term value for our shareholders and customers.

Before we open the call up to questions, I would like to join Oak in thanking our entire team for their continued commitment to Gogo and providing unparalleled service to our customers.

Operator, this concludes our prepared remarks. We are now ready for your first question.

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question comes from the line of Richard Prentiss with Raymond James.

9

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**NOVEMBER 07, 2023 / 1:30PM, GOGO.OQ - Q3 2023 Gogo Inc Earnings Call**

**Richard Hamilton Prentiss** - *Raymond James & Associates, Inc., Research Division - Head of Telecommunication Services Equity Research & Research Analyst*

I want to probe into, first, the competition side, Oak, you talked a little bit about testing your offers versus others. It's not on the BA side, but interesting with Hughes announcing the Delta Regional Jet contract. I'm wondering if you're thinking of will others start coming into the BA space as well? And then maybe an update on the SmartSky lawsuit, if there has been any changes.

**Oakleigh Thorne** - *Gogo Inc. - Chairman & CEO*

Yes. So I mean, the Delta Hughes deal is a large antenna GEO product at this point. So they're using the ThinKom 1717 antenna set, which is about 5-feet long. It's not a BA aircraft type of antenna. And it's not ESA and it does not use LEO satellites at present. I think it's KA, which is important. It's really meant to be a way for Hughes to sell Jupiter capacity. So they're our partner, this is consistent with our agreements, and we have no issue with it at all.

Second, I think you were asking about potential entrants.

**Richard Hamilton Prentiss** - *Raymond James & Associates, Inc., Research Division - Head of Telecommunication Services Equity Research & Research Analyst*

Yes.

**Oakleigh Thorne** - *Gogo Inc. - Chairman & CEO*

Yes. I think our confidence against potential entrants has really grown. We spent a lot of time over the summer, doing a lot of detailed market research and surveys around the world. And we did those on a branded and an unbranded basis. And the top 4 offers were always Gogo. Are we really cheap L3 product? The 5G product for North American flyers, generally medium-size jets on down that want higher capacity and then the FDX and HDX for planes flying outside the U.S. or medium-sized jets in the U.S. who want higher capacity and then FDX for the global [Transcon].

And so that gave us added confidence that we're developing the right products. We have the right service. We're looking at the right price points, the right coverage. And our whole strategy is to understand the complexities of this pretty small vertical. The fact that there's a lot of different segments that have different needs and to be able to take advantage or understanding all those different segments and create the right products, the right coverage, the right cost, et cetera, for each of those segments.

So we feel very good about that. Most people worry about Starlink coming in. I think they're still trying to find their way. They keep changing their mind about what they're going to do. And of course, that just doesn't resonate very well with the business aviation market, which has long lead times and where people want very steady partners that they know they can trust to actually deliver products, service products, et cetera. So we feel good about that.

And then the last question was on the SmartSky litigation. There's still no decision in their appeal of the lower court denial of a temporary injunction. And we view that as a good sign because it's been close to half a year now since that was heard. And if the court really felt that there was an urgent need to grant an injunction, one believes they would have granted that by now. Because when asking for a temporary injunction when it has to serve assert that time is of the essence. So we feel good about that.

And the general trial, which was to come later, I believe that goes to trial in April of 2025 or August of 2025. I can't remember which month it was. So that still lays out, and there will be a lot of Markman hearings and all that over the next year or so. So that will go into discovery. And it will be a time-consuming and somewhat expensive process.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Richard Hamilton Prentiss** - *Raymond James & Associates, Inc., Research Division - Head of Telecommunication Services Equity Research & Research Analyst*

And I just want to make sure I also understand the 5G Galileo operating initiatives. Jess, I think you said the $15 million impact OpEx-wise in 23 is like $3 million for 5G, $10 million for Galileo and $2 million for others. The 24 Galileo looks like it's going to be $30 million. Is the 5G, is that just $7 million? Has that got pushed out? I'm just trying to think what the total 24 impact is to compare to the $15 million EBITDA impact for those 3 items?

**Jessica Betjemann** - *Gogo Inc. - Executive VP & CFO*

Yes. So Galileo, as you mentioned, you have that right, it's expected to be around $30 million -- approximately $30 million next year. 5G, so we pushed out $7 million of OpEx from this year to next year. So we're expecting $7 million in OpEx next year. And then for CapEx, we're expecting that to be more like $14 million. So we pushed out $10 million from CapEx this year to next year, but we had originally planned to have a little bit of additional CapEx next year, so a total of $14 million next year. The 5G spend in total will be $20 million next year.

**Richard Hamilton Prentiss** - *Raymond James & Associates, Inc., Research Division - Head of Telecommunication Services Equity Research & Research Analyst*

And then last one for me is, obviously, the balance sheet is strong, the bottom line, you've been working to that. How much cash do you want to keep on the balance sheet to run the business as we think about all the different components you're looking at, also, obviously, the FCC reimbursement?

**Jessica Betjemann** - *Gogo Inc. - Executive VP & CFO*

Yes. So we like to be fairly conservative on this. I mean I think the range is around 50 to 75, which is higher than what we would need to run the business, but we'd like to be conservative. So when we talk about maintaining adequate liquidity, that's usually the amount that we're keeping in mind.

**Operator**

And your next question comes from the line of Lance Vitanza with TD Cowen.

**Lance William Vitanza** - *TD Cowen, Research Division - MD & Cross-Capital Structure Analyst*

Just a couple around the new product launches. First, on 5G, what are the milestones that you can point us to that would help us get more comfortable around the certainty, if not the exact timing of this launch, I mean, what specifically needs to happen between here and there?

**Oakleigh Thorne** - *Gogo Inc. - Chairman & CEO*

Right. So I try to run through some of those in the call. I'd say the first would be the chip actually going into production in the foundry as that sort of the clock starts then. I would say second would be the delivery in late Q1 of the FPGA technology to us. Because that sort of new 50 megahertz capacity FPGA version of the chip, we will be able to burn down a lot of risk. We'll be flying that in Q2. And because it's an exact software replication of the chip, we can burn down all software integration risk, we can burn down all integration testing across the network risk. So those are very significant. The only risk we cannot burn down, that is an issue in the 5G chip from a hardware perspective. You have to test it after it comes off the foundry.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**NOVEMBER 07, 2023 / 1:30PM, GOGO.OQ - Q3 2023 Gogo Inc Earnings Call**

And then later dates would be when that chip comes off the foundry. And then when we take delivery because there's a bring up process between it coming off the foundry and being delivered to us. And then our start of flight testing. I think those are the major milestones.

---

**Lance William Vitanza** - *TD Cowen, Research Division - MD & Cross-Capital Structure Analyst*

And how long does the flight testing component take, would you expect?

---

**Oakleigh Thorne** - *Gogo Inc. - Chairman & CEO*

But we start testing flying the whole network, it takes about 2 months, but once we have the chip, but we will burn down most of the risk around flight testing and fine-tuning with the FPGA ahead of that.

---

**Lance William Vitanza** - *TD Cowen, Research Division - MD & Cross-Capital Structure Analyst*

Right. I'm not so much worried about the risk as I am just trying to think about the time frame in calibrating there, but that's helpful. And then just sort of a related question, I guess, with the Galileo launch set to launch relatively quickly on the heels of the 5G launch, do we have to worry about the 5G launch being softer than expected or pressured by aircraft operators basically saying, well, gee, you know what, I was going to go with 5G, but now Galileo is going to be here in a couple of months, maybe I should hold off and wait for that?

---

**Oakleigh Thorne** - *Gogo Inc. - Chairman & CEO*

Yes. Look, it's not ideal to have these 2 product launches land on top of each other, and that wasn't the design, as you well know, we were going to originally have 5G out last year. But I think that we don't see a conflict because we see these products as being positioned to very different segments of the market. And while the delays have sort of confused that communication, I think we're starting to see it get straightened out. The 5G is really aimed at North American market because that's its coverage. It's aimed at those sort of medium-sized jets on down that want a really good product but are still somewhat cost conscious, right? They want an affordable product. And 5G will be cheaper than any satellite product.

The HDX is aimed at sort of medium-sized jets on down outside the U.S. And those planes today have no connectivity option whatsoever. No broadband connectivity option whatsoever. And medium-size jets on down that fly outside the U.S. like to the Caribbean or Canada or Mexico, et cetera, Hawaii, which is in the U.S., of course, but it's over a large piece of ocean. So that's where that's aimed. And then the FDX is a heavy jet product. And that's for the big jets that either fly around the U.S. and won a lot of connectivity or fly transcontinental routes. So it's going to be more aimed probably at the transcontinental planes.

So they're very different segments, and we're trying to be very prudent with the market in terms of communicating which products should be the right products for each segment.

---

**Operator**

And your next question comes from the line of Scott Searle with ROTH MKM.

---

**Scott Wallace Searle** - *ROTH MKM Partners, LLC, Research Division - MD & Senior Research Analyst*

I appreciate all the detail. And maybe just to dive in quickly in terms of the maintenance events, engine part availability, et cetera, that has been delaying AOL. The last quarter, shipments or ETG units were down pretty significantly. I think they're about 100 units below where it averaged over the last 6 quarters or so. It sounds like despite that, you're having record activations and you're starting to see a pickup in terms of suspensions going away in the month of October. And I believe you indicated as well that there are only about 40 units in the channel that are unspoken for.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



So implied in the fourth quarter guidance is another weak ATG unit quarter. So the question is, as we get into 2024, are we completely burned down and normalized in terms of channel inventory and that balance now with prolonged maintenance events, but now that's starting to work its way through the channel and we start to see a reacceleration both of ATG units being shipped and AOL aircraft starting to ramp back up again?

**Oakleigh Thorne** - *Gogo Inc. - Chairman & CEO*

Yes. I think that the inventory burn down is definitely taking place. When you really look at the $850 or so, there's an awful lot of those that have actually already been installed. We talked about 200 last quarter. This quarter, that's down to 187%. And actually, it's much more dynamic than that. Of the 200, 79 were actually activated that was then offset by increased shipments that took that number back up to 187%. So feel much better about that part of the inventory, if you will.

And yes, like we said, all about 140 are spoken for, 32 of those really are dealers that took inventory 1 or 2 units during COVID, hoping they get an order, they haven't and that may be sitting there. But the rest are just a couple of dealers that move a lot of inventory. So we feel that that is normalizing and that that will help orders somewhat. I think that the countervailing for us next year will be people wanting to make sure that they don't end up with a lot of L5 inventory after we launch LX5. So their order is fulfilled, current orders, but I don't think people will be stocking up for (technical difficulty)

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



# EXHIBIT C

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 10-Q

---

**(Mark One):**

☑        **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

    **For the quarterly period ended September 30, 2023**

**OR**

☐        **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

    For the transition period from _____ to _____

**Commission File Number: 001-35975**

---



# Gogo Inc.
### (Exact name of registrant as specified in its charter)

| **Delaware** | | **27-1650905** |
|---|---|---|
| (State or other jurisdiction of Incorporation or Organization) | | (I.R.S. Employer Identification No.) |

---

**105 Edgeview Dr., Suite 300**
**Broomfield, CO 80021**
(Address of principal executive offices)

**Telephone Number (303) 301-3271**
(Registrant's telephone number, including area code)

---

### Securities registered pursuant to Section 12(b) of the Act:

| Title of Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Common stock, par value $0.0001 per share | GOGO | NASDAQ Global Select Market |
| Preferred Stock Purchase Rights | GOGO | NASDAQ Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).        Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).        Yes ☐  No ☑

As of November 2, 2023, 128,841,372 shares of $0.0001 par value common stock were outstanding.

**INDEX**

| | | Page |
|---|---|---|
| **Part I.** | **Financial Information** | |
| Item 1. | Financial Statements | 2 |
| | Unaudited Condensed Consolidated Balance Sheets | 2 |
| | Unaudited Condensed Consolidated Statements of Operations | 3 |
| | Unaudited Condensed Consolidated Statements of Comprehensive Income | 4 |
| | Unaudited Condensed Consolidated Statements of Cash Flows | 5 |
| | Unaudited Condensed Consolidated Statements of Stockholders' Equity (Deficit) | 6 |
| | Notes to Unaudited Condensed Consolidated Financial Statements | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 40 |
| Item 4. | Controls and Procedures | 40 |
| | | |
| **Part II.** | **Other Information** | |
| Item 1. | Legal Proceedings | 41 |
| Item 1A. | Risk Factors | 41 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 43 |
| Item 3. | Defaults Upon Senior Securities | 43 |
| Item 4. | Mine Safety Disclosures | 43 |
| Item 5. | Other Information | 43 |
| Item 6. | Exhibits | 44 |
| Signatures | | 45 |

## ITEM 1. FINANCIAL STATEMENTS

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Balance Sheets**
*(in thousands, except share and per share data)*

| | September 30, 2023 | December 31, 2022 |
|---|---|---|
| **Assets** | | |
| **Current assets:** | | |
| Cash and cash equivalents | $ 86,157 | $ 150,550 |
| Short-term investments | 24,655 | 24,796 |
| Total cash, cash equivalents and short-term investments | 110,812 | 175,346 |
| Accounts receivable, net of allowances of $1,884 and $1,778, respectively | 49,356 | 54,210 |
| Inventories | 62,792 | 49,493 |
| Prepaid expenses and other current assets | 63,873 | 45,100 |
| **Total current assets** | 286,833 | 324,149 |
| **Non-current assets:** | | |
| Property and equipment, net | 100,982 | 104,595 |
| Intangible assets, net | 52,719 | 49,509 |
| Operating lease right-of-use assets | 71,539 | 75,261 |
| Other non-current assets, net of allowances of $545 and $501, respectively | 37,239 | 43,355 |
| Deferred income taxes | 217,976 | 162,657 |
| **Total non-current assets** | 480,455 | 435,377 |
| **Total assets** | $ 767,288 | $ 759,526 |
| **Liabilities and stockholders' equity (deficit)** | | |
| **Current liabilities:** | | |
| Accounts payable | $ 15,328 | $ 13,646 |
| Accrued liabilities | 38,219 | 60,056 |
| Deferred revenue | 1,704 | 3,418 |
| Current portion of long-term debt | 7,250 | 7,250 |
| **Total current liabilities** | 62,501 | 84,370 |
| **Non-current liabilities:** | | |
| Long-term debt | 588,733 | 690,173 |
| Non-current operating lease liabilities | 74,481 | 79,241 |
| Other non-current liabilities | 8,031 | 7,611 |
| **Total non-current liabilities** | 671,245 | 777,025 |
| **Total liabilities** | 733,746 | 861,395 |
| **Commitments and contingencies (Note 11)** | | |
| **Stockholders' equity (deficit)** | | |
| Common stock, par value $0.0001 per share; 500,000,000 shares authorized at September 30, 2023 and December 31, 2022; 137,530,365 and 136,531,362 shares issued at September 30, 2023 and December 31, 2022, respectively; and 128,839,816 and 127,840,813 shares outstanding at September 30, 2023 and December 31, 2022, respectively | 14 | 14 |
| Additional paid-in capital | 1,396,348 | 1,385,933 |
| Accumulated other comprehensive income | 23,913 | 30,128 |
| Treasury stock, at cost | (158,375) | (158,375) |
| Accumulated deficit | (1,228,358) | (1,359,569) |
| **Total stockholders' equity (deficit)** | 33,542 | (101,869) |
| **Total liabilities and stockholders' equity (deficit)** | $ 767,288 | $ 759,526 |

*See the Notes to Unaudited Condensed Consolidated Financial Statements*

2

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Statements of Operations**
*(in thousands, except per share amounts)*

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2023 | 2022 | 2023 | 2022 |
| **Revenue:** | | | | |
| Service revenue | $ 79,546 | $ 75,252 | $ 237,107 | $ 218,983 |
| Equipment revenue | 18,403 | 30,066 | 62,660 | 76,921 |
| **Total revenue** | 97,949 | 105,318 | 299,767 | 295,904 |
| **Operating expenses:** | | | | |
| Cost of service revenue (exclusive of amounts shown below) | 18,116 | 17,297 | 51,732 | 47,683 |
| Cost of equipment revenue (exclusive of amounts shown below) | 12,320 | 19,261 | 47,983 | 50,410 |
| Engineering, design and development | 9,154 | 7,988 | 26,259 | 21,346 |
| Sales and marketing | 7,015 | 6,240 | 21,748 | 18,539 |
| General and administrative | 13,336 | 15,474 | 40,734 | 44,289 |
| Depreciation and amortization | 4,692 | 2,716 | 12,022 | 10,006 |
| **Total operating expenses** | 64,633 | 68,976 | 200,478 | 192,273 |
| **Operating income** | 33,316 | 36,342 | 99,289 | 103,631 |
| **Other expense (income):** | | | | |
| Interest income | (1,622) | (690) | (5,509) | (931) |
| Interest expense | 8,025 | 8,781 | 24,807 | 29,442 |
| Loss on extinguishment of debt | — | — | 2,224 | — |
| Other (income) expense, net | (728) | 95 | (733) | 112 |
| **Total other expense** | 5,675 | 8,186 | 20,789 | 28,623 |
| **Income before income taxes** | 27,641 | 28,156 | 78,500 | 75,008 |
| Income tax (benefit) provision | 6,728 | 7,980 | (52,711) | 10,619 |
| **Net income** | $ 20,913 | $ 20,176 | $ 131,211 | $ 64,389 |
| | | | | |
| **Net income attributable to common stock per share:** | | | | |
| Basic | $ 0.16 | $ 0.16 | $ 1.01 | $ 0.53 |
| Diluted | $ 0.16 | $ 0.15 | $ 0.98 | $ 0.50 |
| **Weighted average number of shares:** | | | | |
| Basic | 129,951 | 129,914 | 129,632 | 121,762 |
| Diluted | 133,320 | 134,221 | 133,382 | 134,454 |

*See the Notes to Unaudited Condensed Consolidated Financial Statements*

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Statements of Comprehensive Income**
*(in thousands)*

| | For the Three Months Ended September 30, | | | For the Nine Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|
| | 2023 | | 2022 | | 2023 | | 2022 |
| Net income | $ 20,913 | $ | 20,176 | $ | 131,211 | $ | 64,389 |
| Other comprehensive income (loss), net of tax | | | | | | | |
| Currency translation adjustments | $ (136) | $ | (247) | $ | 123 | $ | (256) |
| Cash flow hedges: | | | | | | | |
| Amount recognized in other comprehensive income | 3,517 | | 13,068 | | 8,405 | | 34,227 |
| Less: income realized and reclassified to earnings | 4,620 | | 1,786 | | 14,743 | | 2,305 |
| Changes in fair value of cash flow hedges | (1,103) | | 11,282 | | (6,338) | | 31,922 |
| Other comprehensive income (loss), net of tax | (1,239) | | 11,035 | | (6,215) | | 31,666 |
| Comprehensive income | $ 19,674 | $ | 31,211 | $ | 124,996 | $ | 96,055 |

*See the Notes to Unaudited Condensed Consolidated Financial Statements*

4

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Statements of Cash Flows**
*(in thousands)*

| | For the Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Operating activities:** | | |
| Net income | $ 131,211 | $ 64,389 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 12,022 | 10,006 |
| Loss on asset disposals, abandonments and write-downs | 285 | 166 |
| Provision for expected credit losses | 541 | 855 |
| Deferred income taxes | (53,255) | 10,470 |
| Stock-based compensation expense | 15,729 | 14,101 |
| Amortization of deferred financing costs and interest rate caps | 2,671 | 2,486 |
| Accretion of debt discount | 304 | 345 |
| Changes in fair value of equity investment | (773) | — |
| Loss on extinguishment of debt | 2,224 | — |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 4,356 | (12,289) |
| Inventories | (13,299) | (12,622) |
| Prepaid expenses and other current assets | (37,454) | 12,862 |
| Contract assets | 2,822 | (2,836) |
| Accounts payable | 2,526 | 1,116 |
| Accrued liabilities | (5,091) | (16,245) |
| Deferred revenue | (1,708) | (222) |
| Accrued interest | (9,565) | 1,720 |
| Other non-current assets and liabilities | (728) | (2,363) |
| **Net cash provided by operating activities** | 52,818 | 71,939 |
| **Investing activities:** | | |
| Purchases of property and equipment | (14,006) | (35,187) |
| Acquisition of intangible assets—capitalized software | (4,711) | (4,745) |
| Proceeds from FCC Reimbursement Program | 3 | — |
| Proceeds from interest rate caps | 20,165 | 803 |
| Redemptions of short-term investments | 49,524 | — |
| Purchases of short-term investments | (49,383) | — |
| Purchase of equity investment | (5,000) | — |
| **Net cash used in investing activities** | (3,408) | (39,129) |
| **Financing activities:** | | |
| Payments on term loan | (105,438) | (5,438) |
| Repurchases of common stock | — | (18,375) |
| Payments on financing leases | (117) | (136) |
| Stock-based compensation activity | (8,326) | (2,703) |
| **Net cash used in financing activities** | (113,881) | (26,652) |
| Effect of exchange rate changes on cash | 78 | 65 |
| **(Decrease) increase in cash, cash equivalents and restricted cash** | (64,393) | 6,223 |
| Cash, cash equivalents and restricted cash at beginning of period | 150,880 | 146,268 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 86,487 | $ 152,491 |
| Cash, cash equivalents and restricted cash at end of period | $ 86,487 | $ 152,491 |
| Less: non-current restricted cash | 330 | 330 |
| **Cash and cash equivalents at end of period** | $ 86,157 | $ 152,161 |
| **Supplemental cash flow information:** | | |
| Cash paid for interest | $ 53,911 | $ 28,841 |
| Cash paid for taxes | 429 | 289 |
| **Non-cash investing activities:** | | |
| Purchases of property and equipment in current liabilities | $ 5,425 | $ 11,549 |

*See the Notes to Unaudited Condensed Consolidated Financial Statements*

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Statements of Stockholders' Equity (Deficit)**
*(in thousands, except share data)*

### For the Three Months Ended September 30, 2023

| | Common Stock | | Additional Paid-In Capital | Accumulated Other Comprehensive Income | Accumulated Deficit | Treasury Stock | | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Par Value | | | | Shares | Amount | |
| Balance at June 30, 2023 | 128,696,883 | $ 14 | $ 1,391,692 | $ 25,152 | $ (1,249,271) | 8,690,549 | $ (158,375) | $ 9,212 |
| Net income | — | — | — | — | 20,913 | — | — | 20,913 |
| Currency translation adjustments, net of tax | — | — | — | (136) | — | — | — | (136) |
| Fair value adjustments of cash flow hedges, net of tax | — | — | — | (1,103) | — | — | — | (1,103) |
| Stock-based compensation expense | — | — | 5,235 | — | — | — | — | 5,235 |
| Issuance of common stock upon exercise of stock options | 25,370 | — | 62 | — | — | — | — | 62 |
| Issuance of common stock upon vesting of restricted stock units | 117,563 | — | — | — | — | — | — | — |
| Tax withholding related to vesting of restricted stock units | — | — | (641) | — | — | — | — | (641) |
| Balance at September 30, 2023 | 128,839,816 | $ 14 | $ 1,396,348 | $ 23,913 | $ (1,228,358) | 8,690,549 | $ (158,375) | $ 33,542 |

### For the Three Months Ended September 30, 2022

| | Common Stock | | Additional Paid-In Capital | Accumulated Other Comprehensive Loss | Accumulated Deficit | Treasury Stock | | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Par Value | | | | Shares | Amount | |
| Balance at June 30, 2022 | 128,688,372 | $ 13 | $ 1,379,356 | $ 22,420 | $ (1,407,415) | 7,190,549 | $ (140,000) | $ (145,626) |
| Net income | — | — | — | — | 20,176 | — | — | 20,176 |
| Currency translation adjustments, net of tax | — | — | — | (247) | — | — | — | (247) |
| Fair value adjustments of cash flow hedges, net of tax | — | — | — | 11,282 | — | — | — | 11,282 |
| Stock-based compensation expense | — | — | 4,690 | — | — | — | — | 4,690 |
| Issuance of common stock upon exercise of stock options | 11,258 | — | 27 | — | — | — | — | 27 |
| Issuance of common stock upon vesting of restricted stock units | 59,655 | — | — | — | — | — | — | — |
| Tax withholding related to vesting of restricted stock units | — | — | (361) | — | — | — | — | (361) |
| Issuance of common stock in connection with employee stock purchase plan | 10,908 | — | 146 | — | — | — | — | 146 |
| Repurchase of common stock | (1,500,000) | — | — | — | — | 1,500,000 | (18,375) | (18,375) |
| Balance at September 30, 2022 | 127,270,193 | $ 13 | $ 1,383,858 | $ 33,455 | $ (1,387,239) | 8,690,549 | $ (158,375) | $ (128,288) |

### For the Nine Months Ended September 30, 2023

| | Common Stock | | Additional Paid-In Capital | Accumulated Other Comprehensive Loss | Accumulated Deficit | Treasury Stock | | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Par Value | | | | Shares | Amount | |
| Balance at January 1, 2023 | 127,840,813 | $ 14 | $ 1,385,933 | $ 30,128 | $ (1,359,569) | 8,690,549 | $ (158,375) | $ (101,869) |
| Net income | — | — | — | — | 131,211 | — | — | 131,211 |
| Currency translation adjustments, net of tax | — | — | — | 123 | — | — | — | 123 |
| Fair value adjustments of cash flow hedges, net of tax | — | — | — | (6,338) | — | — | — | (6,338) |
| Stock-based compensation expense | — | — | 15,729 | — | — | — | — | 15,729 |
| Issuance of common stock upon exercise of stock options | 140,141 | — | 361 | — | — | — | — | 361 |
| Issuance of common stock upon vesting of restricted stock units | 829,605 | — | — | — | — | — | — | — |
| Tax withholding related to vesting of restricted stock units | — | — | (6,080) | — | — | — | — | (6,080) |
| Issuance of common stock in connection with employee stock purchase plan | 29,257 | — | 405 | — | — | — | — | 405 |
| Balance at September 30, 2023 | 128,839,816 | $ 14 | $ 1,396,348 | $ 23,913 | $ (1,228,358) | 8,690,549 | $ (158,375) | $ 33,542 |

6

For the Nine Months Ended September 30, 2022

| | Common Stock | | Additional Paid-In Capital | Accumulated Other Comprehensive Loss | Accumulated Deficit | Treasury Stock | | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Par Value | | | | Shares | Amount | |
| **Balance at January 1, 2022** | 110,791,954 | $ 11 | $ 1,258,477 | $ 1,789 | $ (1,451,628) | 6,615,449 | $ (128,803) | (320,154) |
| Net income | — | — | — | — | 64,389 | — | — | 64,389 |
| Currency translation adjustments, net of tax | — | — | — | (256) | — | — | — | (256) |
| Fair value adjustments of cash flow hedges, net of tax | — | — | — | 31,922 | — | — | — | 31,922 |
| Stock-based compensation expense | — | — | 14,101 | — | — | — | — | 14,101 |
| Issuance of common stock upon exercise of stock options | 738,681 | — | 1,971 | — | — | — | — | 1,971 |
| Issuance of common stock upon vesting of restricted stock units | 644,692 | — | — | — | — | — | — | — |
| Tax withholding related to vesting of restricted stock units | — | — | (5,139) | — | — | — | — | (5,139) |
| Issuance of common stock in connection with employee stock purchase plan | 38,634 | — | 465 | — | — | — | — | 465 |
| Settlement of convertible notes | 17,131,332 | 2 | 102,786 | — | — | — | — | 102,788 |
| Settlement of prepaid forward shares | (575,100) | — | 11,197 | — | — | 575,100 | (11,197) | — |
| Repurchase of common stock | (1,500,000) | — | — | — | — | 1,500,000 | (18,375) | (18,375) |
| **Balance at September 30, 2022** | 127,270,193 | $ 13 | $ 1,383,858 | $ 33,455 | $ (1,387,239) | 8,690,549 | $ (158,375) | $ (128,288) |

*See the Notes to Unaudited Condensed Consolidated Financial Statements*

**Gogo Inc. and Subsidiaries**
**Notes to Unaudited Condensed Consolidated Financial Statements**

## 1.     Basis of Presentation

*The Business* **–** Gogo Inc. ("Gogo," the "Company," "we," "us," or "our") is the world's largest provider of broadband connectivity services for the business aviation market. We have served this market for more than 25 years. Our mission is to enrich the lives of passengers and the efficiency of operators with the world's best business aviation in-flight connectivity and customer support. We have always sought to provide the best connectivity for the business aviation market regardless of technology, and we have a successful history of doing so. Until recently, we focused primarily on business aviation aircraft in North America, which comprise approximately 63% of the worldwide business aviation fleet, and we are the leading provider of in-flight connectivity in that market. Gogo started in analogue air-to-ground ("ATG") technology in the late 1990s, then, as analogue cellular backhaul disappeared, migrated to narrowband satellite connectivity in the early 2000s, then back to ATG with our digital broadband 3G and 4G networks beginning in 2010. We expect to commercially launch our fourth ATG network – Gogo 5G – in the third quarter of 2024. We also continue to provide narrowband satellite services to customers in North America and internationally through distribution agreements with satellite providers. In May 2022, in order to further serve our existing customers and expand our target market, we announced plans to expand our broadband offerings beyond ATG by launching the first global broadband service designed for all models of business aircraft ("Gogo Galileo"). The service will use an electronically steered antenna, specifically designed to address a broad range of business aviation aircraft, operating on a low earth orbit ("LEO") satellite network and is targeted for commercial launch in the second half of 2024.

*Basis of Presentation* – The accompanying Unaudited Condensed Consolidated Financial Statements and notes have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP") and in conformity with Article 10 of Regulation S-X promulgated under the Securities Act of 1933, as amended (the "Securities Act"). Accordingly, they do not include all of the information and notes required by GAAP for complete financial statements and should be read in conjunction with our annual audited consolidated financial statements and the notes thereto included in our Annual Report on Form 10-K for the year ended December 31, 2022 as filed with the Securities and Exchange Commission (the "SEC") on February 28, 2023 (the "2022 10-K"). These Unaudited Condensed Consolidated Financial Statements reflect, in the opinion of management, all material adjustments (which include normal recurring adjustments) necessary to fairly state, in all material respects, our financial position, results of operations and cash flows for the periods presented.

The results of operations and cash flows for the three- and nine-month periods ended September 30, 2023 are not necessarily indicative of the results that may be expected for the fiscal year ending December 31, 2023.

We had one class of common stock outstanding as of September 30, 2023 and December 31, 2022.

*Use of Estimates* – The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, disclosures of contingent assets and liabilities as of the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. On an ongoing basis, management evaluates the significant estimates and bases such estimates on historical experience and various other assumptions believed to be reasonable under the circumstances. However, actual results could differ materially from those estimates.

*The Federal Communications Commission ("FCC") Secure and Trusted Communications Networks Reimbursement Program (the "FCC Reimbursement Program")* – In July 2023, the Company elected to participate in the FCC Reimbursement Program. There is no applicable authoritative guidance under GAAP to account for this government grant. Therefore, we have elected to apply International Accounting Standard ("IAS") 20 *Accounting for Government Grants and Disclosure of Government Assistance* by analogy. Under IAS 20, government grants related to assets are presented as either deferred income that is recognized on a systematic basis over the useful life of the asset or by deducting the grant from the carrying value of the asset. The Company has elected to deduct the grant from the carrying value of the asset. For grants related to income, the Company has elected to recognize these grants as a deduction from the related expense. Grant receivables from the FCC are recorded by the Company once there is reasonable assurance that we will comply with the conditions of the grant and the grant will be received. See Note 16, "Government Assistance," for additional information.

As a result of our determination to participate in the FCC Reimbursement Program, we reassessed and shortened the estimated useful lives of affected network equipment to be consistent with our estimated date to complete the program. This change in accounting estimate was effective beginning the second quarter of 2023 and resulted in increased depreciation expense of $1.9 million and $3.6 million for the three- and nine-month periods ended September 30, 2023, respectively. Net income per basic and diluted share decreased by $0.01 for the three-month period ended September 30, 2023 and decreased by $0.02 for the nine-month period ended September 30, 2023.

*Shareholder Rights Plan* – On September 23, 2020, our Board of Directors adopted a Section 382 Rights Agreement (the "Rights Agreement"), between the Company and Computershare Trust Company, N.A., as rights agent. The Rights Agreement is intended to reduce the likelihood of an ownership change under Section 382 of the Internal Revenue Code of 1986, as amended, by deterring any person or group from acquiring beneficial ownership of 4.9% or more of the shares of the Company's common stock

then-outstanding. The Rights Agreement expired on September 23, 2023 and the Board of Directors has voted not to renew the agreement.

## 2. Revenue Recognition

### Remaining performance obligations

As of September 30, 2023, the aggregate amount of the transaction price in our contracts allocated to the remaining unsatisfied performance obligations ("RPO") was approximately $65 million and excludes consideration from contracts that have an original duration of one year or less. Approximately $56 million of the RPO primarily represents connectivity and entertainment service revenues which are recognized as services are provided, which is expected to occur through the remaining term of the contracts. The remaining $9 million of the RPO represents future equipment revenue that is expected to be recognized primarily within the next two years.

### Disaggregation of revenue

The following table presents our revenue disaggregated by category *(in thousands)*:

|  | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
|  | **2023** | **2022** | **2023** | **2022** |
|---|---|---|---|---|
| **Service revenue** | | | | |
| Connectivity | $ 78,246 | $ 74,017 | $ 233,291 | $ 215,347 |
| Entertainment and other | 1,300 | 1,235 | 3,816 | 3,636 |
| **Total service revenue** | $ 79,546 | $ 75,252 | $ 237,107 | $ 218,983 |
| **Equipment revenue** | | | | |
| ATG | $ 14,782 | $ 26,274 | $ 50,665 | $ 64,916 |
| Narrowband satellite | 1,564 | 1,698 | 6,373 | 7,251 |
| Other | 2,057 | 2,094 | 5,622 | 4,754 |
| **Total equipment revenue** | $ 18,403 | $ 30,066 | $ 62,660 | $ 76,921 |
| **Customer type** | | | | |
| Aircraft owner/operator/service provider | $ 79,546 | $ 75,252 | $ 237,107 | $ 218,983 |
| OEM and aftermarket dealer | 18,403 | 30,066 | 62,660 | 76,921 |
| **Total revenue** | $ 97,949 | $ 105,318 | $ 299,767 | $ 295,904 |

### Contract balances

Our current and non-current contract asset balances totaled $17.0 million and $19.9 million as of September 30, 2023 and December 31, 2022, respectively. Contract assets represent the aggregate amount of revenue recognized in excess of billings primarily for certain sales programs.

Our current and non-current deferred revenue balances totaled $1.7 million and $3.4 million as of September 30, 2023 and December 31, 2022, respectively. Deferred revenue includes, among other things, prepayments for equipment and subscription connectivity products.

### Major Customers

No customer accounted for more than 10% of total revenue during the three- and nine-month periods ended September 30, 2023 and 2022 and no customer accounted for more than 10% of accounts receivable as of September 30, 2023 or December 31, 2022.

## 3. Earnings Per Share

Basic and diluted earnings per share have been calculated using the weighted average number of common shares outstanding for the period.

The shares of common stock effectively repurchased in connection with the Forward Transactions (as defined and described in Note 6, "Long-Term Debt and Other Liabilities") were considered participating securities requiring the two-class method to calculate basic and diluted earnings per share. Net earnings were allocated between common shares and participating securities on a one-to-one basis. Refer to Note 6, "Long-Term Debt and Other Liabilities," for further information.

The diluted earnings per share calculations exclude the effect of stock options, deferred stock units, restricted stock units and convertible notes when the computation is anti-dilutive. For the three- and nine-month periods ended September 30, 2023, the

**Gogo Inc. and Subsidiaries**
**Notes to Unaudited Condensed Consolidated Financial Statements – (Continued)**

weighted average number of shares excluded from the computation was 2.0 million and 1.5 million, respectively. For the three- and nine-month periods ended September 30, 2022, the weighted average number of shares excluded from the computation was 0.8 million and 0.4 million, respectively.

The following table sets forth the computation of basic and diluted earnings per share for the three- and nine-month periods ended September 30, 2023 and 2022; however, for the reasons described above, while outstanding, the shares of common stock associated with the Forward Transactions were excluded from the computation of basic earnings per share (*in thousands, except per share amounts*):

| | For the Three Months Ended September 30, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2023 | | | | 2022 | | | |
| | Income (Numerator) | Shares (Denominator) | Per Share Amount | | Income (Numerator) | Shares (Denominator) | Per Share Amount | |
| Net income | $ 20,913 | | | | $ 20,176 | | | |
| Less: participation rights on Forward Transactions | — | | | | — | | | |
| **Basic earnings per share** | | | | | | | | |
| Undistributed income | $ 20,913 | 129,951 | $ 0.16 | | $ 20,176 | 129,914 | $ 0.16 | |
| **Effect of dilutive securities** | | | | | | | | |
| Stock-based compensation | — | 3,369 | | | — | 4,307 | | |
| 2022 Convertible Notes | — | — | | | — | — | | |
| **Diluted earnings per share** | | | | | | | | |
| Undistributed income and assumed conversions | $ 20,913 | 133,320 | $ 0.16 | | $ 20,176 | 134,221 | $ 0.15 | |
| Earnings per share - basic | | | $ 0.16 | | | | $ 0.16 | |
| Earnings per share - diluted | | | $ 0.16 | | | | $ 0.15 | |

| | For the Nine Months Ended September 30, | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2023 | | | | 2022 | | | |
| | Income (Numerator) | Shares (Denominator) | Per Share Amount | | Income (Numerator) | Shares (Denominator) | Per Share Amount | |
| Net income | $ 131,211 | | | | $ 64,389 | | | |
| Less: participation rights on Forward Transactions | — | | | | 162 | | | |
| **Basic earnings per share** | | | | | | | | |
| Undistributed income | $ 131,211 | 129,632 | $ 1.01 | | $ 64,227 | 121,762 | $ 0.53 | |
| **Effect of dilutive securities** | | | | | | | | |
| Stock-based compensation | — | 3,750 | | | — | 4,972 | | |
| 2022 Convertible Notes | — | — | | | 2,770 | 7,720 | | |
| **Diluted earnings per share** | | | | | | | | |
| Undistributed income and assumed conversions | $ 131,211 | 133,382 | $ 0.98 | | $ 66,997 | 134,454 | $ 0.50 | |
| Earnings per share - basic | | | $ 1.01 | | | | $ 0.53 | |
| Earnings. per share - diluted | | | $ 0.98 | | | | $ 0.50 | |

### 4.    Composition of Certain Balance Sheet Accounts

Inventories consist primarily of telecommunications systems and parts and are recorded at the lower of average cost or net realizable value. We evaluate the need for write-downs associated with obsolete, slow-moving and nonsalable inventory by reviewing net realizable inventory values on a periodic basis. As a result of our determination to participate in the FCC Reimbursement Program (as defined and described in Note 16, "Government Assistance"), the Company wrote down the net realizable value of certain inventory by approximately $1.3 million for the nine-month period ended September 30, 2023. The write-off charge is included in Cost of equipment revenue in our Unaudited Condensed Consolidated Statements of Operations.

**Gogo Inc. and Subsidiaries**
**Notes to Unaudited Condensed Consolidated Financial Statements – (Continued)**

Inventories as of September 30, 2023 and December 31, 2022 were as follows (*in thousands*):

|  | September 30, 2023 | December 31, 2022 |
|---|---|---|
| Work-in-process component parts | $ 34,845 | $ 34,840 |
| Finished goods | 27,947 | 14,653 |
| Total inventory[1] | $ 62,792 | $ 49,493 |

(1) See Note 16, "Government Assistance," for additional information.

Prepaid expenses and other current assets as of September 30, 2023 and December 31, 2022 were as follows (*in thousands*):

|  | September 30, 2023 | December 31, 2022 |
|---|---|---|
| Interest rate caps and receivable | $ 27,582 | $ 28,496 |
| FCC reimbursement receivable[1] | 16,242 | — |
| Contract assets[1] | 7,154 | 6,494 |
| Prepaid inventories | 3,115 | 2,901 |
| Other | 9,780 | 7,209 |
| Total prepaid expenses and other current assets | $ 63,873 | $ 45,100 |

(1) See Note 16, "Government Assistance," for additional information.

Property and equipment as of September 30, 2023 and December 31, 2022 were as follows (*in thousands*):

|  | September 30, 2023 | December 31, 2022 |
|---|---|---|
| Office equipment, furniture, fixtures and other | $ 18,820 | $ 17,242 |
| Leasehold improvements | 16,251 | 15,357 |
| Network equipment[1] | 182,944 | 179,363 |
|  | 218,015 | 211,962 |
| Accumulated depreciation | (117,033) | (107,367) |
| Total property and equipment, net | $ 100,982 | $ 104,595 |

(1) See Note 16, "Government Assistance," for additional information.

Other non-current assets as of September 30, 2023 and December 31, 2022 were as follows (*in thousands*):

|  | September 30, 2023 | December 31, 2022 |
|---|---|---|
| Interest rate caps | $ 17,470 | $ 25,578 |
| Contract assets, net of allowances of $545 and $501, respectively[1] | 9,850 | 13,376 |
| Equity investment[2] | 5,773 | — |
| Revolving credit facility deferred financing costs | 1,121 | 1,445 |
| Other | 3,025 | 2,956 |
| Total other non-current assets | $ 37,239 | $ 43,355 |

(1) See Note 16, "Government Assistance," for additional information.

(2) See Note 8, "Fair Value of Financial Assets and Liabilities," for additional information.

Accrued liabilities as of September 30, 2023 and December 31, 2022 were as follows (*in thousands*):

|  | September 30, 2023 | December 31, 2022 |
|---|---|---|
| Operating leases | $ 9,738 | $ 9,094 |
| Employee compensation and benefits | 7,526 | 19,235 |
| Network equipment | 4,694 | 8,748 |
| Warranty reserve | 2,870 | 2,300 |
| Inventory | 2,508 | 2,455 |
| Taxes | 2,306 | 2,282 |
| Accrued interest | 313 | 9,878 |
| Other | 8,264 | 6,064 |
| Total accrued liabilities | $ 38,219 | $ 60,056 |

## 5.    Intangible Assets

Our intangible assets are comprised of both indefinite-lived and finite-lived intangible assets. Intangible assets with indefinite lives are not amortized; rather, they are reviewed for impairment at least annually or whenever events or circumstances indicate the carrying value of the asset may not be recoverable. We perform our annual impairment test of our indefinite-lived intangible assets during the fourth quarter of each fiscal year, and the results from the test performed in the fourth quarter of 2022 indicated no impairment. We also reevaluate the useful life of indefinite-lived intangible assets each reporting period to determine whether events and circumstances continue to support an indefinite useful life.

As of both September 30, 2023 and December 31, 2022, our goodwill balance was $0.6 million.

Our intangible assets, other than goodwill, as of September 30, 2023 and December 31, 2022 were as follows (*in thousands, except for weighted average remaining useful life*):

|  | Weighted Average Remaining Useful Life (in years) | As of September 30, 2023 | | | As of December 31, 2022 | | |
|---|---|---|---|---|---|---|---|
|  |  | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount | Gross Carrying Amount | Accumulated Amortization | Net Carrying Amount |
| **Amortized intangible assets:** |  |  |  |  |  |  |  |
| Software | 6.9 | $64,950 | $(45,633) | $19,317 | $59,932 | $(43,950) | $15,982 |
| Other intangible assets | 8.0 | 499 | — | 499 | 624 | — | 624 |
| Service customer relationships |  | 8,081 | (8,081) | — | 8,081 | (8,081) | — |
| OEM and dealer relationships |  | 6,724 | (6,724) | — | 6,724 | (6,724) | — |
| Total amortized intangible assets |  | 80,254 | (60,438) | 19,816 | 75,361 | (58,755) | 16,606 |
| **Unamortized intangible assets:** |  |  |  |  |  |  |  |
| FCC Licenses |  | 32,283 | — | 32,283 | 32,283 | — | 32,283 |
| **Total intangible assets** |  | $112,537 | $(60,438) | $52,099 | $107,644 | $(58,755) | $48,889 |

Amortization expense was $0.5 million and $1.7 million, respectively, for the three- and nine-month periods ended September 30, 2023 and $0.7 million and $4.1 million, respectively, for the prior-year periods.

Amortization expense for the remainder of 2023, each of the next four years and thereafter is estimated to be as follows (*in thousands*):

| Years ending December 31, | Amortization Expense |
|---|---|
| 2023 (period from October 1 to December 31) | $284 |
| 2024 | $1,693 |
| 2025 | $2,969 |
| 2026 | $2,903 |
| 2027 | $2,704 |
| Thereafter | $9,263 |

Actual future amortization expense could differ from the estimated amount as a result of future investments and other factors.

**6.     Long-Term Debt and Other Liabilities**

Long-term debt as of September 30, 2023 and December 31, 2022 was as follows (*in thousands*):

|  | September 30, 2023 | December 31, 2022 |
|---|---|---|
| Term Loan Facility | $      606,510 | $      711,263 |
| Less: deferred financing costs | (10,527) | (13,840) |
| Less: current portion of long-term debt | (7,250) | (7,250) |
| Total long-term debt | $      588,733 | $      690,173 |

*2021 Credit Agreement*

On April 30, 2021, Gogo and Gogo Intermediate Holdings LLC ("GIH") (a wholly owned subsidiary of Gogo) entered into a credit agreement (the "Original 2021 Credit Agreement," and, as it may be amended, supplemented or otherwise modified from time to time, the "2021 Credit Agreement") among Gogo, GIH, the lenders and issuing banks party thereto and Morgan Stanley Senior Funding, Inc., as administrative agent, which provides for (i) a term loan credit facility (the "Term Loan Facility") in an aggregate principal amount of $725.0 million, issued with a discount of 0.5%, and (ii) a revolving credit facility (the "Revolving Facility" and together with the Term Loan Facility, the "Facilities") of up to $100.0 million, which includes a letter of credit sub-facility.

On February 2, 2023, Gogo and GIH entered into an amendment to the Original 2021 Credit Agreement with Morgan Stanley Senior Funding, Inc., as administrative agent, which replaced all references in the Original 2021 Credit Agreement to LIBOR in respect of the applicable interest rates for the Facilities with an adjusted term secured overnight financing rate as administered by the Federal Reserve Bank of New York ("SOFR"), plus a credit spread adjustment recommended by the Alternative Reference Rates Committee. We elected to apply the optional expedient within ASC 848, *Facilitation of the Effects of Reference Rate Reform on Financial Reporting*, to conclude that this modification was not substantial and did not have a material impact to our condensed consolidated financial statements.

The Term Loan Facility amortizes in nominal quarterly installments equal to one percent of the aggregate initial principal amount thereof per annum, with the remaining balance payable upon final maturity of the Term Loan Facility on April 30, 2028. There are no amortization payments under the Revolving Facility, and all borrowings under the Revolving Facility mature on April 30, 2026.

The Term Loan Facility bears annual interest at a floating rate measured by reference to, at GIH's option, either (i) an adjusted term SOFR rate (subject to a floor of 0.75%) plus an applicable margin of 3.75% and a credit spread adjustment recommended by the Alternative Reference Rates Committee of 0.11%, 0.26% or 0.43% per annum based on 1-month, 3-month or 6-month term SOFR, respectively or (ii) an alternate base rate plus an applicable margin of 2.75%.

Loans outstanding under the Revolving Facility bear annual interest at a floating rate measured by reference to, at GIH's option, either (i) an adjusted term SOFR rate (subject to a floor of 0.00%) plus an applicable margin ranging from 3.25% to 3.75% per annum depending on GIH's senior secured first lien net leverage ratio and a credit spread adjustment recommended by the Alternative Reference Rates Committee of 0.11%, 0.26% or 0.43% per annum based on 1-month, 3-month or 6-month term SOFR, respectively or (ii) an alternate base rate plus an applicable margin ranging from 2.25% to 2.75% per annum depending on GIH's senior secured first lien net leverage ratio. Additionally, unused commitments under the Revolving Facility are subject to a fee ranging from 0.25% to 0.50% per annum depending on GIH's senior secured first lien net leverage ratio. As of September 30, 2023, the fee for unused commitments under the Revolving Facility was 0.25% and the applicable margin was 3.25%.

The Facilities may be prepaid at GIH's option at any time without premium or penalty (other than customary breakage costs), subject to minimum principal payment amount requirements. On May 3, 2023, the Company prepaid $100 million of the outstanding principal amount of the Term Loan Facility. As a result, we wrote off $2.2 million of the deferred financing costs and unaccreted debt discount, which are included in Loss on extinguishment of debt in our Unaudited Condensed Consolidated Statements of Operations for the nine-month period ended September 30, 2023.

Subject to certain exceptions and de minimis thresholds, the Term Loan Facility is subject to mandatory prepayments in an amount equal to:

•     100% of the net cash proceeds of certain asset sales, insurance recovery and condemnation events, subject to reduction to 50% and 0% if specified senior secured first lien net leverage ratio targets are met;

•     100% of the net cash proceeds of certain debt offerings; and

- 50% of annual excess cash flow (as defined in the 2021 Credit Agreement), subject to reduction to 25% and 0% if specified senior secured first lien net leverage ratio targets are met.

The 2021 Credit Agreement contains customary representations and warranties and customary affirmative and negative covenants. The negative covenants include restrictions on, among other things: incurrence of indebtedness or issuance of disqualified equity interests; incurrence or existence of liens; consolidations or mergers; activities of Gogo and any subsidiary holding a license issued by the FCC; investments, loans, advances, guarantees or acquisitions; asset sales; dividends or other distributions on equity; purchase, redemption or retirement of capital stock; payment or redemption of certain junior indebtedness; entry into other agreements that restrict the ability to incur liens securing the Facilities; and amendment of organizational documents; in each case subject to customary exceptions.

The Revolving Facility includes a financial covenant set at a maximum senior secured first lien net leverage ratio of 7.50:1.00, which will apply if the outstanding amount of loans and unreimbursed letter of credit drawings thereunder at the end of any fiscal quarter exceeds 35% of the aggregate of all commitments thereunder.

The 2021 Credit Agreement contains customary events of default, which, if any of them occurred, would permit or require the principal, premium, if any, and interest on all of the then outstanding obligations under the Facilities to be due and payable immediately and the commitments under the Revolving Facility to be terminated.

The Revolving Facility is available for working capital and general corporate purposes of GIH and its subsidiaries and was undrawn as of September 30, 2023 and December 31, 2022.

As of September 30, 2023 and December 31, 2022, the outstanding principal amount of the Term Loan Facility was $608.7 million and $714.1 million, respectively, the unaccreted debt discount was $2.2 million and $2.8 million, respectively, and the net carrying amount was $606.5 million and $711.3 million, respectively.

We paid approximately $19.7 million of loan origination and financing costs related to the Facilities which are being accounted for as deferred financing costs on our Unaudited Condensed Consolidated Balance Sheets and are amortized over the terms of the Facilities. Total amortization expense was $0.5 million and $1.8 million, respectively, for the three- and nine-month periods ended September 30, 2023 and $0.7 million and $2.0 million, respectively, for the prior-year periods and is included in interest expense in our Unaudited Condensed Consolidated Statements of Operations. As of September 30, 2023 and December 31, 2022, the balance of unamortized deferred financing costs related to the Facilities was $11.6 million and $15.3 million, respectively.

On April 30, 2021, Gogo, GIH, and each direct and indirect wholly-owned U.S. restricted subsidiary of GIH (Gogo and such subsidiaries collectively, the "Guarantors") entered into a guarantee agreement (the "Guarantee Agreement") in favor of Morgan Stanley Senior Funding, Inc., as collateral agent (the "Collateral Agent"), whereby GIH and the Guarantors guarantee the obligations under the Facilities and certain other secured obligations as set forth in the Guarantee Agreement, and GIH and the Guarantors entered into a collateral agreement (the "Collateral Agreement"), in favor of the Collateral Agent, whereby GIH and the Guarantors grant a security interest in substantially all of their respective tangible and intangible assets (including the equity interests in each direct material wholly-owned U.S. restricted subsidiary owned by GIH or any Guarantor, and 65% of the equity interests in any non-U.S. subsidiary held directly by GIH or any Guarantor), subject to certain exceptions, to secure the obligations under the Facilities and certain other secured obligations as set forth in the Collateral Agreement.

*2022 Convertible Notes*

In 2018, we issued $237.8 million aggregate principal amount of 6.00% Convertible Senior Notes due 2022 (the "2022 Convertible Notes") in private offerings to qualified institutional buyers, including pursuant to Rule 144A under the Securities Act, and in concurrent private placements.

In 2021, $135.0 million aggregate principal amount of 2022 Convertible Notes was converted by holders and settled through the issuance of 24,353,006 shares of common stock.

In May 2022, the remaining $102.8 million aggregate principal amount of 2022 Convertible Notes was converted by holders into 17,131,332 shares of common stock. Thorndale Farm Private Equity Fund 2, LLC, an entity affiliated with our Chair of the Board and Chief Executive Officer, held $8.0 million aggregate principal amount of 2022 Convertible Notes that was converted into 1,333,333 shares of common stock.

We incurred approximately $8.1 million of issuance costs related to the 2022 Convertible Notes that were amortized over the term of the 2022 Convertible Notes using the effective interest method. Total amortization expense was $0.4 million for the nine-month period ended September 30, 2022 and is included in Interest expense in the Unaudited Condensed Consolidated Statements of Operations. As of December 31, 2022, there were no unamortized deferred financing costs related to the 2022 Convertible Notes. See Note 9, "Interest Costs," for additional information.

14

The 2022 Convertible Notes had an initial conversion rate of 166.6667 common shares per $1,000 principal amount of 2022 Convertible Notes, which was equivalent to an initial conversion price of approximately $6.00 per share of our common stock. Prior to conversion, the shares of common stock subject to conversion were considered in the diluted earnings per share calculations under the if-converted method if their impact was dilutive.

*Forward Transactions*

In connection with the issuance of our 3.75% Convertible Senior Notes due 2020 (the "2020 Convertible Notes"), we paid approximately $140.0 million to enter into prepaid forward stock repurchase transactions (the "Forward Transactions") with certain financial institutions (the "Forward Counterparties"), pursuant to which we purchased approximately 7.2 million shares of common stock for settlement on or around the March 1, 2020 maturity date for the 2020 Convertible Notes, subject to the ability of each Forward Counterparty to elect to settle all or a portion of its Forward Transactions early.

On December 11, 2019, we entered into an amendment to one of the Forward Transactions (the "Amended and Restated Forward Transaction") to extend the expected settlement date with respect to approximately 2.1 million shares of common stock held by one of the Forward Counterparties, JPMorgan Chase Bank, National Association (the "2022 Forward Counterparty"), to correspond with the May 15, 2022 maturity date for the 2022 Convertible Notes. As a result of the Forward Transactions, total shareholders' equity within our consolidated balance sheets was reduced by approximately $140.0 million. In March 2020, approximately 5.1 million shares of common stock were delivered to us in connection with the Forward Transactions. In April 2021, approximately 1.5 million shares of common stock were delivered to us in connection with the Amended and Restated Forward Transaction. In May 2022, the approximately 0.6 million shares that were remaining under the Amended and Restated Forward Transaction were delivered to us, and there are no additional prepaid forward stock repurchase transactions outstanding.

**7.    Derivative Instruments and Hedging Activities**

We are exposed to interest rate risk on our variable rate borrowings. We currently use interest rate caps to manage our exposure to interest rate changes, and have designated these interest rate caps as cash flow hedges for accounting purposes. Accordingly, the earnings impact of the derivatives designated as cash flow hedges is recorded upon the recognition of the variable interest payments related to the hedged debt.

In May 2021, we purchased interest rate caps with an aggregate notional amount of $650.0 million for $8.6 million. The cost of the interest rate caps will be amortized to interest expense using the caplet method, from the effective date through termination date. We receive payments in the amount calculated pursuant to the caps for any period in which the daily compounded SOFR rate plus a credit spread adjustment recommended by the Alternative Reference Rates Committee of 0.26% increases beyond the applicable strike rate. The notional amounts of the interest rate caps periodically decrease over the life of the caps.

The notional amounts, strike rates and end dates of the cap agreements are as follows *(notional amounts in thousands)*:

| Start Date | End Date | Notional Amounts | Strike Rate |
|---|---|---|---|
| 7/31/2021 | 7/31/2023 | $ 650,000 | 0.75 % |
| 7/31/2023 | 7/31/2024 | 525,000 | 0.75 % |
| 7/31/2024 | 7/31/2025 | 350,000 | 1.25 % |
| 7/31/2025 | 7/31/2026 | 250,000 | 2.25 % |
| 7/31/2026 | 7/31/2027 | 200,000 | 2.75 % |

We record the effective portion of changes in the fair value of our cash flow hedges to other comprehensive income (loss), net of tax, and subsequently reclassify these amounts into earnings in the period during which the hedged transaction is recognized. The amounts included in accumulated other comprehensive income will be reclassified to interest expense in the event the hedges are no longer considered effective, in accordance with ASC 815, *Derivatives and Hedging*. For the three-month period ended September 30, 2023, approximately $0.2 million in net unrealized losses from our cash flow hedges were considered to be ineffective and reclassified from other comprehensive income (loss) to earnings. The unrealized loss was offset with an unrealized gain from the previous quarter for a net zero impact for nine-month period ended September 30, 2023. The ineffective portion was the result of a voluntary partial de-designation of the hedge relationship related to a prepayment of our existing variable-rate debt discussed in Note 6, "Long-Term Debt and Other Liabilities." No gains or losses of our cash flow hedges were considered to be ineffective for the three- and nine-month periods ended September 30, 2022. We estimate that approximately $2.6 million currently recorded in accumulated other comprehensive income (loss) will be recognized in earnings over the next 12 months. We assess the effectiveness of the hedges on an ongoing basis, and the remaining outstanding caps, excluding the caps that were de-designated, are still considered to be highly effective, and remain designated as a cash flow hedge. Cash flows from interest rate caps are classified in the Unaudited Condensed Consolidated Statement of Cash Flows as investing activities.

**Gogo Inc. and Subsidiaries**
Notes to Unaudited Condensed Consolidated Financial Statements—(Continued)

For the three-month period ended September 30, 2023, we recorded a decrease in fair value on the interest rate caps of $1.7 million, net of tax of $0.4 million, and for the nine-month period ended September 30, 2023 we recorded a decrease in fair value on the interest rate caps of $7.2 million, net of tax of $2.1 million. For the three-month period ended September 30, 2022, we recorded an increase in fair value on the interest rate caps of $11.2 million, net of tax of $3.7 million, and for the nine-month period ended September 30, 2022, we recorded an increase in fair value on the interest rate caps of $31.8 million, net of tax of $10.5 million. Increases and decreases in fair value on interest rate caps above exclude amortization of the purchase price paid for the interest rate caps.

When derivatives are used, we are exposed to credit loss in the event of non-performance by the counterparties; however, non-performance is not anticipated. ASC 815, *Derivatives and Hedging*, requires companies to recognize all derivative instruments as either assets or liabilities at fair value in the balance sheet. The fair values of the interest rate derivatives are based on quoted market prices for similar instruments from commercial banks (based on significant observable inputs - Level 2 inputs).

The following table presents the fair value of our interest rate derivatives included in the Unaudited Condensed Consolidated Balance Sheets for the periods presented (in thousands):

| Derivatives designated as hedging instruments | Balance sheet location | September 30, 2023 | | December 31, 2022 | |
|---|---|---|---|---|---|
| Current portion of interest rate caps | Prepaid expenses and other current assets | $ | 23,288 | $ | 24,459 |
| Non-current portion of interest rate caps | Other non-current assets | $ | 17,470 | $ | 25,578 |

*Fair Value Measurement*

Our derivative assets and liabilities consist principally of interest rate caps, which are carried at fair value based on significant observable inputs (Level 2 inputs). Derivatives entered into by us are typically executed over-the-counter and are valued using discounted cash flows along with fair value models that primarily use market observable inputs. These models take into account a variety of factors including, where applicable, maturity, interest rate yield curves, and counterparty credit risks.

*Reference Rate Reform*

In March 2020, the FASB issued Accounting Standard Update ("ASU") 2020-04, *Reference Rate Reform (Topic 848): Facilitation of the Effects of Reference Rate Reform on Financial Reporting*. ASU 2020-04, which provides optional guidance for a limited period of time to ease the potential burden in accounting for (or recognizing the effects of) reference rate reform on financial reporting. In January 2021, the FASB issued ASU 2021-01, *Reference Rate Reform (Topic 848): Scope*. The amendments in ASU 2021-01 provide optional expedients to the current guidance on contract modification and hedge accounting from the expected market transition from LIBOR and other interbank offered rates to alternative reference rates. The guidance generally can be applied to applicable contract modifications through December 31, 2024. The Company evaluated the impact of ASU 2020-04 and 2021-01, both of which were previously adopted by the Company, and has made necessary changes to its affected contracts in order to capture the market transition from LIBOR to SOFR.

On February 2, 2023 the Company modified its 2021 Credit Agreement to use the Secured Overnight Financing Rate ("SOFR") as a reference rate rather than LIBOR (see Note 6, "Long-Term Debt and Other Liabilities"). In conjunction with the amendment of the debt, the Company's derivative positions automatically transitioned to SOFR, the designated fallback as determined by the International Swaps and Derivatives Association on July 31, 2023. Concurrently, the Company updated its hedge documentation to reflect the changing of the benchmark index, which changed solely as a result of reference rate reform. Under ASC 848, Reference Rate Reform, hedge accounting may continue without de-designation if certain criteria are met. For cash flow hedges in which the designated hedged risk is LIBOR (or another rate that is expected to be discontinued), the guidance allows an entity to assert that it remains probable that the hedged forecasted transaction will occur. The Company has assessed the effectiveness of the amended hedge relationship and concluded that the hedge relationship remains highly effective. The Company applied the optional expedient within ASC 848 to conclude the updates to the hedge relationship due to reference rate reform did not have a material impact on the Company's consolidated financial statements.

16

**8.**     **Fair Value of Financial Assets and Liabilities**

A three-tier fair value hierarchy has been established which prioritizes the inputs used in measuring fair value. These tiers include:

• *Level 1* - defined as observable inputs such as quoted prices for identical assets or liabilities in active markets;

• *Level 2* - defined as observable inputs other than Level 1 inputs such as quoted prices for similar assets or liabilities, quoted prices in markets that are not active, or inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities; and

• *Level 3* - defined as unobservable inputs in which little or no market data exists, therefore requiring an entity to develop its own assumptions.

Refer to Note 7, "Derivative Instruments and Hedging Activities," for fair value information relating to our interest rate caps.

*Long-Term Debt:*

As of September 30, 2023 and December 31, 2022, our only financial asset or liability disclosed but not measured at fair value is the Term Loan Facility, which is reflected on the Unaudited Condensed Consolidated Balance Sheets at cost. The fair value measurement is classified as Level 2 within the fair value hierarchy since it is based on quoted market prices of our instrument in markets that are not active. We estimated the fair value of the Term Loan Facility by calculating the upfront cash payment a market participant would require to assume the obligation. The upfront cash payment used in the calculation of fair value on our September 30, 2023 Unaudited Condensed Consolidated Balance Sheets, excluding any issuance costs, is the amount that a market participant would be willing to lend at such date to an entity with a credit rating similar to ours and that would allow such an entity to achieve sufficient cash inflows to cover the scheduled cash outflows under the Term Loan Facility.

The fair value and carrying value of long-term debt as of September 30, 2023 and December 31, 2022 were as follows *(in thousands)*:

| | September 30, 2023 | | December 31, 2022 | |
| --- | --- | --- | --- | --- |
| | Fair Value [1] | Carrying Value | Fair Value [1] | Carrying Value |
| Term Loan Facility | $        608,000 | $        606,510 [2] | $        708,000 | $        711,263 [2] |

(1)   Fair value amounts are rounded to the nearest million.
(2)   Carrying value of the Term Loan Facility reflects the unaccreted debt discount of $2.2 million and $2.8 million as of September 30, 2023 and December 31, 2022, respectively. See Note 6, "Long-Term Debt and Other Liabilities," for further information.

*Equity Investment:*

During the three-month period ended September 30, 2023, we purchased an equity investment in a publicly traded company for $5.0 million. The equity investment is included in Other non-current assets on the Unaudited Condensed Consolidated Balance Sheets and is recorded at fair value. The equity investment is classified as a Level 1 within the fair value hierarchy based on the quoted stock price on the New York Stock Exchange American Exchange, an active market. For the three- and nine-month periods ended September 30, 2023, we recorded an unrealized holding gain in the equity investment of $0.8 million which is included in Other (income) expense, net in our Unaudited Condensed Consolidated Statements of Operations.

**9.    Interest Costs**

We capitalize a portion of our interest on funds borrowed during the active construction period of major capital projects. Capitalized interest is added to the cost of the underlying assets and amortized over the useful lives of the assets.

The following is a summary of our interest costs for the three- and nine-month periods ended September 30, 2023 and 2022 *(in thousands)*:

| | For the Three Months Ended September 30, | | | | For the Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2023 | | 2022 | | 2023 | | 2022 |
| Interest costs charged to expense | $ | 13,545 | $ | 10,553 | $ | 42,254 | $ | 29,753 |
| Amortization of deferred financing costs | | 519 | | 663 | | 1,794 | | 2,412 |
| Amortization of the purchase price of interest rate caps | | 465 | | 46 | | 877 | | 74 |
| Interest rate cap benefit | | (6,589 ) | | (2,595 ) | | (20,422 ) | | (3,142 ) |
| Accretion of debt discount | | 85 | | 114 | | 304 | | 345 |
| Interest expense | | 8,025 | | 8,781 | | 24,807 | | 29,442 |
| Interest costs capitalized to property and equipment | | 555 | | 350 | | 1,557 | | 507 |
| Interest costs capitalized to software | | 213 | | 152 | | 544 | | 360 |
| Total interest costs | $ | 8,793 | $ | 9,283 | $ | 26,908 | $ | 30,309 |

**10.    Leases**

**Operating and Financing Leases —** We determine whether a contract contains a lease at contract inception. Lease liabilities are calculated using a discount rate based on our incremental borrowing rate at lease commencement. We have operating lease agreements primarily related to cell sites and office space. Certain cell site and office space leases have renewal option terms that have been deemed reasonably certain to be exercised. These renewal options extend a lease by up to 15 years. We recognize operating lease expense on a straight-line basis over the lease term. As of September 30, 2023, there were no significant leases which had not commenced.

The following is a summary of our lease expense included in the Unaudited Condensed Consolidated Statements of Operations *(in thousands)*:

| | For the Three Months Ended September 30, | | | | For the Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2023 | | 2022 | | 2023 | | 2022 |
| Operating lease cost | $ | 3,998 | $ | 3,843 | $ | 11,908 | $ | 11,007 |
| Financing lease cost: | | | | | | | | |
| Amortization of leased assets | | 22 | | 40 | | 100 | | 117 |
| Interest on lease liabilities | | — | | 9 | | 8 | | 33 |
| Total lease cost | $ | 4,020 | $ | 3,892 | $ | 12,016 | $ | 11,157 |

Other information regarding our leases is as follows *(in thousands, except lease terms and discount rates)*:

| | For the Nine Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | | 2023 | | 2022 |
| **Supplemental cash flow information** | | | | |
| Cash paid for amounts included in measurement of lease liabilities: | | | | |
| Operating cash flows used in operating leases | $ | 12,203 | $ | 11,134 |
| Operating cash flows used in financing leases | $ | 8 | $ | 33 |
| Financing cash flows used in financing leases | $ | 117 | $ | 136 |
| Non-cash items: | | | | |
| Operating leases obtained | $ | 3,713 | $ | 11,525 |
| Financing leases obtained | $ | — | $ | 11 |
| **Weighted average remaining lease term** | | | | |
| Operating leases | | 7 years | | 8 years |
| Financing leases | | 1 year | | 1 year |
| **Weighted average discount rate** | | | | |
| Operating leases | | 6.8 % | | 6.7 % |
| Financing leases | | 12.9 % | | 17.2 % |

18

Annual future minimum lease payments as of September 30, 2023 *(in thousands)*:

| Years ending December 31, | Operating Leases | | Financing Leases | |
|---|---|---|---|---|
| 2023 (period from October 1 to December 31) | $ | 2,761 | $ | 16 |
| 2024 | | 16,035 | | 3 |
| 2025 | | 15,197 | | 2 |
| 2026 | | 14,983 | | — |
| 2027 | | 14,020 | | — |
| Thereafter | | 43,503 | | — |
| Total future minimum lease payments | | 106,499 | | 21 |
| Less: Amount representing interest | | (22,280 ) | | — |
| Present value of net minimum lease payments | $ | 84,219 | $ | 21 |
| **Reported as of September 30, 2023** | | | | |
| Accrued liabilities | $ | 9,738 | $ | 18 |
| Non-current operating lease liabilities | | 74,481 | | — |
| Other non-current liabilities | | — | | 3 |
| Total lease liabilities | $ | 84,219 | $ | 21 |

## 11.     Commitments and Contingencies

**Contractual Commitments** – We have agreements with various vendors under which we have remaining commitments to purchase hardware components and development services. Such commitments will become payable as we receive the hardware components, or as development services are provided.

In June 2022, we entered into a supply and product support agreement (the "SPSA") with Hughes Network Systems, LLC ("Hughes"), providing for our purchase from Hughes of airborne half duplex ("HDX") antennas for use on a LEO satellite network, and the performance by Hughes of services related thereto. Under the SPSA, we commit to purchase, over a seven-year period that will begin on completion of a project milestone currently expected to occur in the second half of 2024, HDX antennas with an estimated aggregate purchase price of approximately $170 million. During the contractual seven-year period, Hughes may not sell substantially similar equipment to other purchasers in our primary target market. In March 2023, we amended the SPSA, pursuant to which, we committed to purchase, over a seven-year period that will begin on completion of a project milestone currently expected to occur in mid-2025, full duplex ("FDX") antennas with an estimated aggregate purchase price of approximately $102 million.

**Indemnifications and Guarantees** – In accordance with Delaware law, we indemnify our officers and directors for certain events or occurrences while the officer or director is, or was, serving at our request in such capacity. The maximum potential amount of future payments we could be required to make under this indemnification is uncertain and may be unlimited, depending upon circumstances. However, our Directors and Officers insurance does provide coverage for certain of these losses.

In the ordinary course of business, we may occasionally enter into agreements pursuant to which we may be obligated to pay for the failure of the performance of others, such as the use of corporate credit cards issued to employees. Based on historical experience, we believe that the risk of sustaining any material loss related to such guarantees is remote.

We have entered into a number of agreements pursuant to which we indemnify the other party for losses and expenses suffered or incurred in connection with any patent, copyright, or trademark infringement or misappropriation claim asserted by a third party with respect to our equipment or services. The maximum potential amount of future payments we could be required to make under these indemnification agreements is uncertain and is typically not limited by the terms of the agreements.

**Derivative Litigation** – On September 25, 2018 and September 26, 2018, two purported stockholders of the Company filed substantively identical derivative lawsuits in the Court, styled Nanduri v. Gogo Inc. and Hutsenpiller v. Gogo Inc., respectively. Both lawsuits were purportedly brought derivatively on behalf of us and name us as a nominal defendant and name as defendants each then-current member of the Company's Board of Directors, its former Chief Executive Officer and Chief Financial Officer, its then-current President, Commercial Aviation, and its current Chief Executive Officer and Chief Financial Officer. The complaints assert claims under Section 14(a) of the Securities Exchange Act of 1934, breach of fiduciary duty, unjust enrichment, and waste of corporate assets, and allege misrepresentations or omissions by us purporting to relate to the 2Ku antenna's reliability and installation and remediation costs, as well as allegedly excessive bonuses, stock options, and other compensation paid to current officers and directors and excessive severance paid to former officers. The plaintiffs seek to recover, on our behalf, an unspecified amount of damages from the individual defendants. The two lawsuits were consolidated and were stayed pending a final disposition of the motion to dismiss in the class action suit and remain stayed. In addition, a purported stockholder has sent a letter to the Company's Board of Directors,

dated June 21, 2021, demanding based on substantially the same allegations, that the Company sue certain current and former Officers for, *inter alia*, breach of fiduciary duty. The two derivative lawsuits and the litigation demand letter are collectively referred to herein as the "Derivative Matters" and the plaintiffs in the two derivative lawsuits and the purported stockholder who sent the litigation demand letter are collectively referred to herein as the "Stockholders."

On January 5, 2023, following mediation, the defendants and the Stockholders entered into a Stipulation and Agreement of Settlement (the "Derivative Settlement") under which the Company, in consideration of dismissal of the two derivative lawsuits with prejudice and a release of all claims asserted against the Company and the individual defendants in the Derivative Matters, will implement certain corporate governance initiatives ("Governance Initiatives") and cause its D&O insurance carrier to pay the Stockholders' attorneys' fees. Under the terms of the Derivative Settlement, the defendants will not be required to pay any damages. We had accrued a liability for attorneys' fees within Accrued liabilities and a corresponding receivable in Prepaid expenses and other current assets in the Unaudited Condensed Consolidated Balance Sheets as of December 21, 2022.

On February 1, 2023, the Court granted preliminary approval of the proposed Derivative Settlement, approved various notices to be disseminated to the Company's stockholders and the schedule for dissemination. On April 11, 2023, the Court issued final judgment approving the Derivative Settlement. The Company released the accrued liability and corresponding receivable for attorneys' fees as of March 31, 2023 and pursuant to the terms of the Derivative Settlement, has implemented the Governance Initiatives.

**SmartSky Litigation** – On February 28, 2022, SmartSky Networks, LLC brought suit against Gogo Inc. and its subsidiary Gogo Business Aviation LLC in the U.S. District Court for the District of Delaware alleging that Gogo 5G infringes four patents owned by the plaintiff. On February 21, 2023, the plaintiff amended its complaint to allege that Gogo 5G infringes two additional patents recently issued to the plaintiff. The suit seeks an unspecified amount of compensatory damages as well as treble damages for alleged willful infringement and reimbursement of plaintiff's costs, disbursements and attorneys' fees. Under a schedule agreed upon by the parties, fact discovery and claim construction proceedings will be substantially completed by the end of 2023 or early 2024, and expert discovery by early-to-mid 2024, with dispositive motions to follow. A trial date has been scheduled for April 14, 2025. Also on February 28, 2022, the plaintiff filed a motion (the "PI Motion") requesting that the Court preliminarily enjoin the Company from making, using, offering to sell or selling the Gogo 5G system. On September 26, 2022, the Court issued an order denying the PI Motion. The plaintiff has appealed the denial to the U.S. Court of Appeals for the Federal Circuit. Briefing for the appeal is complete and the appellate court heard oral arguments on June 5, 2023. The U.S. Court of Appeals for the Federal Circuit has not issued a decision on the appeal as of the date hereof. We believe that the plaintiff's claims are without merit and intend to continue to vigorously defend our position in the infringement suit and defend against the appeal. The outcomes of the appeal and the underlying litigation are inherently uncertain. No amounts have been accrued for any potential losses under this matter, as we cannot reasonably predict the outcome of the litigation or any potential losses.

**12. Income Tax**

The effective income tax rates for the three- and nine-month periods ended September 30, 2023 were 24.3% and (67.1)%, respectively, compared to 28.3% and 14.2%, respectively, for the prior-year periods. For the three-month period ended September 30, 2023, our effective income tax rate was higher than the U.S. federal statutory rate of 21% primarily due to state income taxes. For the nine-month period ended September 30, 2023, our effective income tax rate was lower than the U.S. federal statutory rate of 21% primarily due to a partial release of the valuation allowance on our deferred income tax assets, partially offset by state income taxes. For the three-month period ended September 30, 2022, our effective income tax rate was higher than the U.S. federal statutory rate of 21% primarily due to deferred tax adjustments, state income taxes, and the establishment of a reserve for unrecognized tax benefits, partially offset by a partial release of the valuation allowance on our deferred tax assets. For the nine-month period ended September 30, 2022, our effective income tax rate was lower than the U.S. federal statutory rate of 21% primarily due to a partial release of the valuation allowance on our deferred income tax assets and tax benefits for stock-based compensation, partially offset by deferred tax adjustments, state income taxes, and the establishment of a reserve for unrecognized tax benefits.

We regularly assess the need for a valuation allowance related to our deferred income tax assets to determine, based on the weight of the available positive and negative evidence, whether it is more likely than not that some or all of such deferred assets will not be realized. In our assessments, the Company considers recent financial operating results, the scheduled expiration of our net operating losses, potential sources of taxable income, the reversal of existing taxable differences, taxable income in prior carryback years, if permitted under tax law, and tax planning strategies. Based on our most recent assessment, for the nine-month period ended September 30, 2023, we released $71.4 million of the valuation allowance for the portion of our deferred income tax assets that we are more likely going to utilize than not. As of September 30, 2023, we can demonstrate an estimate of objectively verifiable future income. This estimate of future income, along with our assessment of the other positive and negative evidence considered, supports the release of a portion of the valuation allowance. The remaining valuation allowance is still required for deferred income tax assets

related to certain state credits, foreign net operating losses and capital losses as it was more likely than not as of September 30, 2023 that these deferred income tax assets will not be realized.

We are subject to taxation and file income tax returns in the United States federal jurisdiction and many states and Canada. With few exceptions, as of September 30, 2023 we are no longer subject to U.S. federal, state, local or foreign examinations by tax authorities for years before 2019.

We record penalties and interest relating to uncertain tax positions in the income tax provision line item in the Unaudited Condensed Consolidated Statements of Operations. No penalties or interest related to uncertain tax positions were recorded for the three- and nine-month periods ended September 30, 2023 and 2022. As of September 30, 2023 and December 31, 2022, we did not have a liability recorded for interest or potential penalties.

## 13.    Stock-Based Compensation and 401(k) Plan

**Stock-Based Compensation —** As of September 30, 2023, we maintained the Second Amended and Restated Gogo Inc. 2016 Omnibus Incentive Plan (the "2016 Omnibus Plan"). The Gogo Inc. 2013 Omnibus Incentive Plan, The Aircell Holdings Inc. Stock Option Plan and the Employee Stock Purchase Plan ("ESPP") are all expired. The 2016 Omnibus Plan provides for the grant of both equity and cash awards, including non-qualified stock options, incentive stock options, stock appreciation rights, performance awards (shares and units), restricted stock, Restricted Stock Units ("RSUs"), deferred share units and other stock-based awards and dividend equivalents to eligible employees, directors and consultants, as determined by the Compensation Committee of our Board of Directors. See Note 14, "Stock-Based Compensation and 401(k) Plan," in our 2022 10-K for further information regarding these plans. The majority of our equity grants are awarded on an annual basis.

For the nine-month period ended September 30, 2023, no options to purchase shares of common stock were granted, options to purchase 140,141 shares of common stock were exercised, 1,875 options to purchase shares of common stock were forfeited and 4,120 options to purchase shares of common stock expired.

For the nine-month period ended September 30, 2023, 1,727,035 RSUs were granted, 1,260,630 RSUs vested and 133,985 RSUs were forfeited. The fair value of the RSUs granted during the nine-month period ended September 30, 2023 was approximately $26.9 million, which will generally be recognized over a period of four years.

For the nine-month period ended September 30, 2023, 103,546 deferred stock units were granted and 127,741 vested. The fair value of the deferred stock units granted during the nine-month period ended September 30, 2023 was approximately $1.5 million, which was recognized immediately.

For the nine-month period ended September 30, 2023, 29,257 shares of common stock were issued under the ESPP.

The following is a summary of our stock-based compensation expense by operating expense line in the Unaudited Condensed Consolidated Statements of Operations *(in thousands)*:

|  | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | **2023** | **2022** | **2023** | **2022** |
| Cost of service revenue | $      448 | $      288 | $    1,229 | $      752 |
| Cost of equipment revenue | 349 | 265 | 987 | 733 |
| Engineering, design and development | 903 | 655 | 2,565 | 1,800 |
| Sales and marketing | 940 | 670 | 2,661 | 1,892 |
| General and administrative | 2,595 | 2,812 | 8,287 | 8,924 |
| Total stock-based compensation expense | $    5,235 | $    4,690 | $   15,729 | $   14,101 |

**401(k) Plan —** Under our 401(k) plan, all employees who are eligible to participate are entitled to make tax-deferred contributions, subject to Internal Revenue Service limitations. We match 100% of the employee's first 4% of contributions made, subject to annual limitations. Our matching contributions were $0.5 million and $1.6 million, respectively, during the three- and nine-month periods ended September 30, 2023 and $0.5 million and $1.4 million, respectively, for the prior-year periods.

## 14.    Research and Development Costs

Expenditures for research and development are charged to expense as incurred and totaled $9.2 million and $26.3 million, respectively, during the three- and nine-month periods ended September 30, 2023 and $8.0 million and $21.3 million, respectively, for the prior-year periods. Research and development costs are reported as Engineering, design and development expenses in our Unaudited Condensed Consolidated Statements of Operations.

**15.    Accumulated Other Comprehensive Income (Loss)**

The following is a summary of changes in accumulated other comprehensive income (loss) by component *(in thousands):*

| | Currency Translation Adjustment | | Change in Fair Value of Cash Flow Hedges | | Total | |
|---|---|---|---|---|---|---|
| **Balance at January 1, 2023** | $ | (1,225) | $ | 31,353 | $ | 30,128 |
| Other comprehensive income (loss) before reclassifications | | 123 | | 8,405 | | 8,528 |
| Less: income realized and reclassified to earnings | | — | | 14,743 | | 14,743 |
| Net current period comprehensive income (loss) | | 123 | | (6,338) | | (6,215) |
| **Balance at September 30, 2023** | $ | (1,102) | $ | 25,015 | $ | 23,913 |

| | Currency Translation Adjustment | | Change in Fair Value of Cash Flow Hedges | | Total | |
|---|---|---|---|---|---|---|
| **Balance at January 1, 2022** | $ | (960) | $ | 2,749 | $ | 1,789 |
| Other comprehensive income (loss) before reclassifications | | (256) | | 34,227 | | 33,971 |
| Less: income realized and reclassified to earnings | | — | | 2,305 | | 2,305 |
| Net current period comprehensive income (loss) | | (256) | | 31,922 | | 31,666 |
| **Balance at September 30, 2022** | $ | (1,216) | $ | 34,671 | $ | 33,455 |

**16.    Government Assistance**

*FCC Reimbursement Program*

On July 15, 2022, the Company was notified that it was approved for participation in the FCC Reimbursement Program, designed to reimburse providers of advanced communications services for reasonable costs incurred in the required removal, replacement, and disposal of covered communications equipment or services, that have been deemed to pose a national security risk, from their networks. Pursuant to the FCC Reimbursement Program, the FCC approved up to approximately $334 million in reimbursements to the Company to cover documented and approved costs to (i) remove and securely destroy all ZTE communications equipment and services in the Company's terrestrial U.S. networks and replace such equipment and (ii) remove and replace certain equipment installed on aircraft operated by the Company's ATG customers that is not compatible with the terrestrial equipment that will replace ZTE equipment. Due to a shortfall in the amount appropriated by Congress to fund the FCC Reimbursement Program, approximately $132 million of the approved amount is currently allocated to the Company under the program. If Congress appropriates additional funds for this purpose, the allocations of the Company and other approved applicants will be increased *pro rata*. Program participants are subject to a number of conditions and requirements under the FCC's rules including a requirement that they submit their first reimbursement request by July 17, 2023 and certify that they have developed a plan to permanently remove, replace and dispose of covered equipment or services within one year following the first reimbursement request. The rules permit participants to petition the FCC for one or more six-month extensions of the completion deadline. The Company, with the assistance of an advisor we engaged to help administer the program, submitted and received its first reimbursement claim in July 2023. The Company's one year term to complete the program is set for July 21, 2024, however, based on discussions with our vendors supporting the program regarding lead times for network equipment, we plan to petition the FCC for multiple extensions.

As of September 30, 2023, we have recorded a $16.2 million receivable from the FCC, which is included in Prepaid expenses and other current assets in our Unaudited Condensed Consolidated Balance Sheets. See Note 1, "Basis of Presentation," for additional information on our accounting policy for government grants.

The following are the deductions to the carrying value of asset balances in our Unaudited Condensed Consolidated Balance Sheets as of September 30, 2023 *(in thousands):*

|  | As of September 30, |
|---|---|
|  | **2023** |
| **Assets:** | |
| Inventories | $ (5,490) |
| Prepaids and other current assets | (1,010) |
| Property and equipment, net | (1,938) |
| Intangible assets, net | (58) |
| Other non-current assets | (3,735) |

The following are the increases to Net income in our Unaudited Condensed Consolidated Statements of Operations for the three- and nine-month periods ended September 30, 2023 *(in thousands)*:

|  | For the Three Months Ended September 30, | For the Nine Months Ended September 30, |
|---|---|---|
|  | **2023** | **2023** |
| **Revenue:** | | |
| Service revenue | $ 380 | $ 380 |
| **Operating expenses:** | | |
| Cost of service revenue | 694 | 697 |
| Cost of equipment revenue | 2,752 | 2,752 |
| General and administrative | 153 | 185 |

23

# SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS

Certain statements in this Quarterly Report on Form 10-Q may constitute "forward-looking" statements within the meaning of the Private Securities Litigation Reform Act of 1995. These forward-looking statements include, without limitation, statements regarding our industry, business strategy, plans, goals and expectations concerning our market position, international expansion, future technologies, future operations, margins, profitability, future efficiencies, capital expenditures, liquidity and capital resources and other financial and operating information. When used in this discussion, the words "anticipate," "assume," "believe," "budget," "continue," "could," "estimate," "expect," "forecast," "intend," "may," "plan," "potential," "predict," "project," "should," "will," "future" and the negative of these or similar terms and phrases are intended to identify forward-looking statements in this Quarterly Report on Form 10-Q.

Forward-looking statements reflect our current expectations regarding future events, results or outcomes. These expectations may or may not be realized. Although we believe the expectations reflected in the forward-looking statements are reasonable, we can give you no assurance these expectations will prove to have been correct. Some of these expectations may be based upon assumptions, data or judgments that prove to be incorrect. Actual events, results and outcomes may differ materially from our expectations due to a variety of known and unknown risks, uncertainties and other factors. Although it is not possible to identify all of these risks and factors, they include, among others, the following:

- our ability to continue to generate revenue from the provision of our connectivity services;

- our reliance on our key OEMs and dealers for equipment sales;

- our ability to develop and deploy Gogo 5G, Gogo Galileo or other next generation technologies;

- the impact of competition;

- our ability to expand our business outside of the United States;

- the impact of pandemics or other outbreaks of contagious diseases, and the measures implemented to combat them;

- the impact of global supply chain and logistics issues and increasing inflation;

- our ability to evaluate or pursue strategic opportunities;

- our reliance on third parties for equipment components and services;

- our ability to recruit, train and retain highly skilled employees;

- the impact of adverse economic conditions;

- our ability to maintain our rights to use our licensed 3Mhz of ATG spectrum in the United States and obtain rights to additional spectrum if needed;

- the impact of our use of open-source software;

- the impact of equipment failure or material defects or errors in our software;

- the impact of service interruptions or delays, technology failures, equipment damage or system disruptions or failures, including any arising from cyber-attacks;

- the impact of assertions by third parties of infringement, misappropriation or other violations;

- our ability to innovate and provide products and services;

- risks associated with participation in the Federal Communications Commission ("FCC") Reimbursement Program;

- our ability to comply with applicable foreign ownership limitations;

- our ability to comply with anti-bribery, anti-corruption and anti-money laundering laws;

- our possession and use of personal information;

- the extent of expenses, liabilities or business disruptions resulting from litigation;

- our ability to protect our intellectual property rights;

- the impact of global climate change and legal, regulatory or market responses to it;

- our substantial indebtedness, limitations and restrictions in the agreements governing our current and future indebtedness and our ability to service our indebtedness;

24

- fluctuations in our operating results;

- our ability to fully utilize portions of our deferred income tax assets; and

- other risks and factors listed under "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2022, as filed with the Securities and Exchange Commission (the "SEC") on February 28, 2023 (the "2022 10-K"), in Item 1A of our Quarterly Report on Form 10-Q for the quarter ended March 31, 2023, as filed with the SEC on May 3, 2023 (the "2023 Q1 10-Q");  in Item 1A of our Quarterly Report on Form 10-Q for the quarter ended June 30, 2023, as filed with the SEC on August 7, 2023 (the "2023 Q2 10-Q"); and in Item 1A of this Quarterly Report on Form 10-Q.

Any one of these factors or a combination of these factors could materially affect our financial condition or future results of operations and could influence whether any forward-looking statements contained in this Quarterly Report on Form 10-Q ultimately prove to be accurate. Our forward-looking statements are not guarantees of future performance, and you should not place undue reliance on them. All forward-looking statements speak only as of the date made and we undertake no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise.

In addition, while we do, from time to time, communicate with securities analysts, it is against our policy to disclose to them any material non-public information or other confidential information. Accordingly, stockholders should not assume that we agree with any statement or report issued by any analyst irrespective of the content of the statement or report. Thus, to the extent that reports issued by securities analysts contain any projections, forecasts, or opinions, such reports are not our responsibility.

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following discussion and analysis is intended to help the reader understand our business, financial condition, results of operations, liquidity and capital resources. You should read this discussion in conjunction with our unaudited condensed consolidated interim financial statements and the related notes contained elsewhere in this Quarterly Report on Form 10-Q. Unless the context otherwise indicates or requires, the terms "we," "our," "us," "Gogo," and the "Company," as used in this Quarterly Report on Form 10-Q, refer to Gogo Inc. and its directly and indirectly owned subsidiaries as a combined entity, except where otherwise stated or where it is clear that the terms refer only to Gogo Inc. exclusive of its subsidiaries.*

*The statements in this discussion regarding industry outlook, our expectations regarding our future performance, liquidity and capital resources and other non-historical statements in this discussion are forward-looking statements. These forward-looking statements are subject to numerous risks and uncertainties, including, but not limited to, the risks and uncertainties described under "Risk Factors" in the 2022 10-K, in Item 1A of the 2023 Q1 10-Q, in Item 1A of the 2023 Q2 10-Q and in Item 1A and "Special Note Regarding Forward-Looking Statements" in this Quarterly Report on Form 10-Q. Our actual results may differ materially from those contained in or implied by any forward-looking statements.*

*Our fiscal year ends December 31 and, unless otherwise noted, references to "years" or "fiscal" are for fiscal years ended December 31. See "—Results of Operations."*

## Company Overview

Gogo is the world's largest provider of broadband connectivity services for the business aviation market. We have served this market for more than 25 years. Our mission is to enrich the lives of passengers and the efficiency of operators with the world's best business aviation in-flight connectivity and customer support. We have always sought to provide the best connectivity for the business aviation market regardless of technology, and we have a successful history of doing so. Until recently, we focused primarily on business aviation aircraft in North America, which comprise approximately 63% of the worldwide business aviation fleet, and we are the leading provider of in-flight connectivity in that market. Gogo started in analogue air-to-ground ("ATG") technology in the late 1990s, then, as analogue cellular backhaul disappeared, migrated to narrowband satellite connectivity in the early 2000s, then back to ATG with our digital broadband 3G and 4G networks beginning in 2010. We expect to commercially launch our fourth ATG network – Gogo 5G – in the third quarter of 2024. We also continue to provide narrowband satellite services to customers in North America and internationally through distribution agreements with satellite providers. In May 2022, in order to further serve our existing customers and expand our target market, we announced plans to expand our broadband offerings beyond ATG by launching the first global broadband service designed for all models of business aircraft ("Gogo Galileo"). The service will use an electronically steered antenna ("ESA"), specifically designed to address a broad range of business aviation aircraft, operating on a low earth orbit ("LEO") satellite network and is targeted for commercial launch in the second half of 2024.

Our chief operating decision maker evaluates performance and business results for our operations, and makes resource and operating decisions, on a consolidated basis. As we do not have multiple segments, we do not present segment information in this Quarterly Report on Form 10-Q.

## Factors and Trends Affecting Our Results of Operations

We believe that our operating and business performance is driven by various factors that affect the business aviation industry, including trends affecting the travel industry and trends affecting the customer bases that we target, as well as factors that affect wireless Internet service providers and general macroeconomic factors. Key factors that may affect our future performance include:

- costs associated with the implementation of, and our ability to implement on a timely basis, our technology roadmap, including upgrades to and installation of the ATG technologies we currently offer, Gogo 5G, Gogo Galileo and any other next generation or other new technology;

- our ability to manage issues and related costs that may arise in connection with the implementation of our technology roadmap, including technological issues and related remediation efforts and failures or delays on the part of antenna, chipset, and other equipment developers and providers or satellite network providers, some of which are single-source;

- our ability to license additional spectrum and make other improvements to our network and operations as technology and user expectations change;

- the number of aircraft in service in our markets, including consolidations or changes in fleet size by one or more of our large-fleet customers;

- the economic environment and other trends that affect both business and leisure aviation travel;

- disruptions to supply chains in the aviation industry and installations of our equipment driven by, among other things, labor shortages;

26

- the extent of our customers' adoption of our products and services, which is affected by, among other things, willingness to pay for the services that we provide, the quality and reliability of our products and services, changes in technology and competition from current competitors and new market entrants;

- our ability to engage suppliers of equipment components and network services on a timely basis and on commercially reasonable terms;

- our ability to fully utilize portions of our deferred income tax assets;

- changes in laws, regulations and interpretations affecting telecommunications services globally, including those affecting our ability to maintain our licenses for ATG spectrum in the United States, obtain sufficient rights to use additional ATG spectrum and/or other sources of broadband connectivity to deliver our services, including Gogo Galileo, expand our service offerings and manage our network; and

- changes in laws, regulations and policies affecting our business or the business of our customers and suppliers globally, including changes that impact the design of our equipment and our ability to obtain required certifications for our equipment.

**Key Business Metrics**

Our management regularly reviews financial and operating metrics, including the following key operating metrics, to evaluate the performance of our business and our success in executing our business plan, make decisions regarding resource allocation and corporate strategies, and evaluate forward-looking projections.

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| Aircraft online (at period end) | | | | |
| ATG | 7,150 | 6,777 | 7,150 | 6,777 |
| Narrowband satellite | 4,395 | 4,484 | 4,395 | 4,484 |
| Average monthly connectivity service revenue per aircraft online | | | | |
| ATG | $ 3,373 | $ 3,376 | $ 3,378 | $ 3,342 |
| Narrowband satellite | 294 | 297 | 297 | 263 |
| Units sold | | | | |
| ATG | 192 | 388 | 692 | 944 |
| Narrowband satellite | 40 | 43 | 132 | 144 |
| Average equipment revenue per unit sold (in thousands) | | | | |
| ATG | $ 77 | $ 68 | $ 73 | $ 69 |
| Narrowband satellite | 39 | 39 | 48 | 50 |

- *ATG aircraft online.* We define ATG aircraft online as the total number of business aircraft for which we provide ATG services as of the last day of each period presented. This number excludes commercial aircraft operated by Intelsat's airline customers receiving ATG service.

- *Narrowband satellite aircraft online.* We define narrowband satellite aircraft online as the total number of business aircraft for which we provide narrowband satellite services as of the last day of each period presented.

- *Average monthly connectivity service revenue per ATG aircraft online.* We define average monthly connectivity service revenue per ATG aircraft online as the aggregate ATG connectivity service revenue for the period divided by the number of months in the period, divided by the number of ATG aircraft online during the period (expressed as an average of the month end figures for each month in such period). Revenue share earned from Intelsat is excluded from this calculation.

- *Average monthly connectivity service revenue per narrowband satellite aircraft online.* We define average monthly connectivity service revenue per narrowband satellite aircraft online as the aggregate narrowband satellite connectivity service revenue for the period divided by the number of months in the period, divided by the number of narrowband satellite aircraft online during the period (expressed as an average of the month end figures for each month in such period).

- *Units sold.* We define units sold as the number of ATG or narrowband satellite units for which we recognized revenue during the period.

- *Average equipment revenue per ATG unit sold.* We define average equipment revenue per ATG unit sold as the aggregate equipment revenue from all ATG units sold during the period, divided by the number of ATG units sold.

- *Average equipment revenue per narrowband satellite unit sold.* We define average equipment revenue per narrowband satellite unit sold as the aggregate equipment revenue earned from all narrowband satellite units sold during the period, divided by the number of narrowband satellite units sold.

**Key Components of Consolidated Statements of Operations**

There have been no material changes to our key components of Unaudited Condensed Consolidated Statements of Operations as described in "Management's Discussion and Analysis of Financial Condition and Results of Operations" ("MD&A") in our 2022 10-K.

**Critical Accounting Estimates**

Our discussion and analysis of our financial condition and results of operations are based on our Unaudited Condensed Consolidated Financial Statements, which have been prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP"). The preparation of our Unaudited Condensed Consolidated Financial Statements and related disclosures requires us to make estimates, assumptions and judgments that affect the reported amounts of assets, liabilities, revenue, costs and expenses, and related exposures. We base our estimates and assumptions on historical experience and other factors that we believe to be reasonable under the circumstances. In some instances, we could reasonably use different accounting estimates, and in some instances, actual results could differ significantly from our estimates. We evaluate our estimates and assumptions on an ongoing basis. To the extent that there are differences between our estimates and actual results, our future financial statement presentation, financial condition, results of operations and cash flows will be affected.

We believe that the assumptions and estimates associated with the valuation allowance related to our deferred income tax assets have the greatest potential impact on and are the most critical to fully understanding and evaluating our reported financial results, and that they require our most difficult, subjective or complex judgments.

The information presented below updates, and should be read in conjunction with, the critical accounting estimates described in the MD&A in our 2022 10-K. Except as set forth below, there have been no material changes to our critical accounting estimates described in the MD&A in our 2022 10-K.

*Deferred Income Taxes - Valuation Allowance:*

We account for the valuation allowance on our deferred income tax assets in accordance with Accounting Standards Codification Topic 740, *Income Taxes* ("ASC 740").

On a recurring basis, we assess the need for a valuation allowance related to our deferred income tax assets, which includes consideration of both positive and negative evidence to determine, based on the weight of the available evidence, whether it is more likely than not that some or all of our deferred tax assets will not be realized. In our assessment, we consider recent financial operating results, the scheduled expiration of our net operating losses, potential sources of taxable income, the reversal of existing taxable differences, taxable income in prior carryback years, if permitted under tax law, and tax planning strategies.

Our determination that we are more likely than not to realize a portion of our deferred tax assets represents our best estimate and considers both positive and negative factors. This estimate involves significant management judgment and is inherently complex and subjective. We considered positive factors including our recent history of pre-tax income, the sale of our Commercial Aviation business, the reduction in interest expense resulting from the Refinancing (as defined herein) and the settlement of the 6% Convertible Senior Notes due 2022 (the "2022 Convertible Notes") and our projected future pre-tax income. The negative factors included no carryback potential due to historical pre-tax losses, not enough current taxable temporary differences to utilize the existing deferred tax assets and no available significant, prudent and feasible tax planning strategies. It is possible that there will be changes in our business, our performance, our industry or otherwise that cause actual results to differ materially from this estimate. If those changes result in significant and sustained reductions in our pre-tax income or utilization of existing tax carryforwards in future periods, additional valuation allowances may have to be recorded with corresponding adverse impacts on earnings and/or other comprehensive income. Such adverse impacts may be material.

For the nine-month period ended September 30, 2023, our determination that we are more likely than not to realize a portion of our deferred tax assets resulted in a release of approximately $71.2 million of our valuation allowance. The remaining valuation allowance is still required for deferred tax assets related to certain state tax credits, foreign net operating losses and capital losses, as we determined that it was more likely than not that, as of September 30, 2023, these deferred tax assets will not be realized.

See Note 12, "Income Tax," to our Unaudited Condensed Consolidated Financial Statements for additional information.

**Recent Accounting Pronouncements**

The Company considers the applicability and impact of all Accounting Standards Updates (ASUs) issued by the Financial Accounting Standards Board (FASB). All recently issued ASUs were assessed and determined to be either not applicable or expected to have minimal impact on our Unaudited Condensed Consolidated Financial Statements.

**Results of Operations**

The following table sets forth, for the periods presented, certain data from our Unaudited Condensed Consolidated Statements of Operations. The information contained in the table below should be read in conjunction with our Unaudited Condensed Consolidated Financial Statements and related notes.

**Gogo Inc. and Subsidiaries**
**Unaudited Condensed Consolidated Statements of Operations**
*(in thousands)*

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2023 | 2022 | 2023 | 2022 |
| **Revenue:** | | | | |
| Service revenue | $ 79,546 | $ 75,252 | $ 237,107 | $ 218,983 |
| Equipment revenue | 18,403 | 30,066 | 62,660 | 76,921 |
| **Total revenue** | 97,949 | 105,318 | 299,767 | 295,904 |
| **Operating expenses:** | | | | |
| Cost of service revenue (exclusive of amounts shown below) | 18,116 | 17,297 | 51,732 | 47,683 |
| Cost of equipment revenue (exclusive of amounts shown below) | 12,320 | 19,261 | 47,983 | 50,410 |
| Engineering, design and development | 9,154 | 7,988 | 26,259 | 21,346 |
| Sales and marketing | 7,015 | 6,240 | 21,748 | 18,539 |
| General and administrative | 13,336 | 15,474 | 40,734 | 44,289 |
| Depreciation and amortization | 4,692 | 2,716 | 12,022 | 10,006 |
| **Total operating expenses** | 64,633 | 68,976 | 200,478 | 192,273 |
| **Operating income** | 33,316 | 36,342 | 99,289 | 103,631 |
| **Other expense (income):** | | | | |
| Interest income | (1,622) | (690) | (5,509) | (931) |
| Interest expense | 8,025 | 8,781 | 24,807 | 29,442 |
| Loss on extinguishment of debt | — | — | 2,224 | — |
| Other (income) expense, net | (728) | 95 | (733) | 112 |
| **Total other expense** | 5,675 | 8,186 | 20,789 | 28,623 |
| **Income before income taxes** | 27,641 | 28,156 | 78,500 | 75,008 |
| Income tax (benefit) provision | 6,728 | 7,980 | (52,711) | 10,619 |
| **Net income** | $ 20,913 | $ 20,176 | $ 131,211 | $ 64,389 |

30

**Three and Nine Months Ended September 30, 2023 and 2022**

*Revenue:*

Revenue and percent change for the three- and nine-month periods ended September 30, 2023 and 2022 were as follows *(in thousands, except for percent change)*:

| | For the Three Months Ended September 30, | | % Change | For the Nine Months Ended September 30, | | % Change |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | 2023 over 2022 | 2023 | 2022 | 2023 over 2022 |
| Service revenue | $ 79,546 | $ 75,252 | 5.7 % | $ 237,107 | $ 218,983 | 8.3 % |
| Equipment revenue | 18,403 | 30,066 | (38.8)% | 62,660 | 76,921 | (18.5)% |
| Total revenue | $ 97,949 | $ 105,318 | (7.0)% | $ 299,767 | $ 295,904 | 1.3 % |

Total revenue decreased to $97.9 million for the three-month period ended September 30, 2023 as compared with $105.3 million for the prior-year period, due to a decrease in equipment revenue, partially offset by an increase in service revenue. Total revenue increased to $299.8 million for the nine-month period ended September 30, 2023 as compared with $295.9 million for the prior-year period due to an increase in service revenue, partially offset by a decrease in equipment revenue.

Service revenue increased to $79.5 million and $237.1 million, respectively, for the three- and nine-month periods ended September 30, 2023, as compared with $75.3 million and $219.0 million, respectively, for the prior-year periods, primarily due to increases in ATG aircraft online.

Equipment revenue decreased to $18.4 million and $62.7 million, respectively, for the three- and nine-month periods ended September 30, 2023, as compared with $30.1 million and $76.9 million, respectively, for the prior-year periods, primarily due to decreases in the number of ATG units sold, with 192 units and 692 units, respectively, sold during the three- and nine-month periods ended September 30, 2023 as compared with 388 units and 944 units, respectively, sold during the prior-year periods.

We expect service revenue to increase in the future as additional aircraft come online, including the expected impact of the launch of Gogo 5G and Gogo Galileo. We expect equipment revenue to increase in the future driven by additional sales of ATG units, including Gogo 5G and Gogo Galileo units.

*Cost of Revenue:*

Cost of revenue and percent change for the three- and nine-month periods ended September 30, 2023 and 2022 were as follows *(in thousands, except for percent change)*:

| | For the Three Months Ended September 30, | | % Change | For the Nine Months Ended September 30, | | % Change |
|---|---|---|---|---|---|---|
| | 2023 | 2022 | 2023 over 2022 | 2023 | 2022 | 2023 over 2022 |
| Cost of service revenue | $ 18,116 | $ 17,297 | 4.7 % | $ 51,732 | $ 47,683 | 8.5 % |
| Cost of equipment revenue | $ 12,320 | $ 19,261 | (36.0)% | $ 47,983 | $ 50,410 | (4.8)% |

Cost of service revenue increased to $18.1 million and $51.7 million, respectively, for the three- and nine-month periods ended September 30, 2023, as compared with $17.3 million and $47.7 million, respectively, for the prior-year periods, primarily due to an increase in personnel costs and ATG network costs.

We expect cost of service revenue to increase over time, primarily due to service revenue growth and increasing ATG network costs, including Gogo 5G, and Gogo Galileo network costs.

Cost of equipment revenue decreased to $12.3 million for the three-month period ended September 30, 2023 as compared with $19.3 million for the prior-year period, primarily due to a decrease in ATG units sold and a reduction in current-period expense related to an accrued receivable from the FCC Reimbursement Program for certain prior period expenditures. Cost of equipment revenue decreased to $48.0 million for the nine-month period ended September 30, 2023 as compared with $50.4 million for the prior-year period, primarily due to a decrease in ATG units sold, partially offset by an increase in production costs and the write down of inventory related to the FCC Reimbursement Program. For more information on the FCC Reimbursement Program, see Note 16, "Government Assistance," to our Unaudited Condensed Consolidated Financial Statements.

We expect that our cost of equipment revenue will increase with growth in ATG units sold, including Gogo 5G, and Gogo Galileo units following the launch of those products. Additionally, we expect to incur additional costs associated with the FCC Reimbursement Program which we expect to be partially offset by the reimbursements from the FCC.

***Engineering, Design and Development Expenses:***

Engineering, design and development expenses increased to $9.2 million and $26.3 million, respectively, for the three- and nine-month periods ended September 30, 2023, as compared with $8.0 million and $21.3 million, respectively, for the prior-year periods, primarily due to the Gogo Galileo development program and increased personnel costs.

We expect engineering, design and development expenses as a percentage of service revenue to increase through 2024, driven by Gogo Galileo development costs and Gogo 5G program spend, and decrease thereafter as the level of investment decreases and revenue increases.

***Sales and Marketing Expenses:***

Sales and marketing expenses increased to $7.0 million and $21.7 million, respectively, for the three- and nine-month periods ended September 30, 2023, as compared with $6.2 million and $18.5 million, respectively, for the prior-year periods, primarily due to increased personnel costs.

We expect sales and marketing expenses as a percentage of service revenue to remain relatively flat in the future.

***General and Administrative Expenses:***

General and administrative expenses decreased to $13.3 million and $40.7 million, respectively, for the three- and nine-month periods ended September 30, 2023, as compared with $15.5 million and $44.3 million, respectively, for the prior-year periods, primarily due to decreased personnel costs tied to a reduction in bonus expense.

We expect general and administrative expenses as a percentage of service revenue to decrease over time.

***Depreciation and Amortization:***

Depreciation and amortization expense increased to $4.7 million and $12.0 million, respectively, for three- and nine-month periods ended September 30, 2023, as compared with $2.7 million and $10.0 million, respectively, for the prior-year periods, primarily due to accelerated depreciation expense for certain network equipment related to the FCC Reimbursement Program, partially offset by decreased amortization expense for capitalized software. See Note 1, "Basis of Presentation," to our Unaudited Condensed Consolidated Financial Statements for additional information on the accelerated depreciation expense.

We expect that our depreciation and amortization expense will increase in the future as we launch our Gogo 5G network.

***Other Expense (Income):***

Other expense (income) and percent change for the three- and nine-month periods ended September 30, 2023 and 2022 were as follows *(in thousands, except for percent change)*:

| | For the Three Months Ended September 30, | | | % Change |
| --- | --- | --- | --- | --- |
| | **2023** | | **2022** | **2023 over 2022** |
| Interest income | $ | (1,622 ) | $ | (690 ) | 135.1 % |
| Interest expense | | 8,025 | | 8,781 | (8.6 )% |
| Other (income) expense, net | | (728 ) | | 95 | (866.3 )% |
| Total | $ | 5,675 | $ | 8,186 | (30.7 )% |

| | For the Nine Months Ended September 30, | | | % Change |
| --- | --- | --- | --- | --- |
| | **2023** | | **2022** | **2023 over 2022** |
| Interest income | $ | (5,509 ) | $ | (931 ) | 491.7 % |
| Interest expense | | 24,807 | | 29,442 | (15.7 )% |
| Loss on extinguishment of debt | | 2,224 | | — | nm |
| Other (income) expense, net | | (733 ) | | 112 | (754.5 )% |
| Total | $ | 20,789 | $ | 28,623 | (27.4 )% |

Percentage changes that are considered not meaningful are denoted with nm.

32

Total other expense decreased to $5.7 million for the three-month period ended September 30, 2023 as compared with $8.2 million for the prior-year period, primarily due to an increase in interest income, an unrealized holding gain in an equity investment, an increase in capitalized interest and the benefit from the interest rate caps, partially offset by an increase in interest expense related to the Term Loan Facility. Total other expense decreased to $20.8 million for the nine-month period ended September 30, 2023 as compared with $28.6 million for the prior-year period, primarily due to an increase in interest income, a decrease in interest expense as a result of the 2022 Convertible Notes no longer being outstanding during the current-year period, an increase in capitalized interest, an unrealized holding gain in an equity investment and the benefit from the interest rate caps, partially offset by an increase in interest expense related to the Term Loan Facility and the loss on extinguishment of debt resulting from the $100 million prepayment of the outstanding principal amount of the Term Loan Facility on May 3, 2023.

We expect our interest expense to fluctuate in the future based on changes in the variable rates associated with the Facilities, partially offset by the impact of the interest rate caps. We expect these fluctuations to be impacted by the decrease in the hedge benefit as our hedge notional amount decreases and the strike rate increases. See Note 6, "Long-Term Debt and Other Liabilities," to our Unaudited Condensed Consolidated Financial Statements for additional information.

***Income Taxes:***

The effective income tax rates for the three- and nine-month periods ended September 30, 2023 were 24.3% and (67.1)%, respectively, as compared to 28.3% and 14.2%, respectively, for the prior-year periods. For the three-month period ended September 30, 2023, our income tax provision was $6.7 million due to pre-tax income and for the nine-month period ended September 30, 2023, our income tax benefit of $52.7 million was primarily due to a partial release of the valuation allowance on our deferred income tax assets, partially offset by pre-tax income. For the three- and nine-month periods ended September 30, 2022, our income tax provision was $8.0 million and $10.6 million, respectively, primarily due to pre-tax income, partially offset by the partial release of the valuation allowance against our deferred income tax assets and the tax benefits for stock-based compensation. See Note 12, "Income Tax," to our Unaudited Condensed Consolidated Financial Statements for additional information.

We expect our income tax provision to increase in the long term as we continue to generate positive pre-tax income. We expect cash tax payments to be immaterial for an extended period of time, subject to the availability of our net operating loss carryforward amounts.

**Non-GAAP Measures**

In our discussion below, we discuss Adjusted EBITDA and Free Cash Flow, as defined below, which are non-GAAP financial measures. Management uses Adjusted EBITDA and Free Cash Flow for business planning purposes, including managing our business against internally projected results of operations and measuring our performance and liquidity. These supplemental performance measures also provide another basis for comparing period-to-period results by excluding potential differences caused by non-operational and unusual or non-recurring items. These supplemental performance measures may vary from and may not be comparable to similarly titled measures used by other companies. Adjusted EBITDA and Free Cash Flow are not recognized measurements under GAAP; when analyzing our performance with Adjusted EBITDA or liquidity with Free Cash Flow, as applicable, investors should (i) evaluate each adjustment in our reconciliation to the corresponding GAAP measure, and the explanatory footnotes regarding those adjustments, (ii) use Adjusted EBITDA in addition to, and not as an alternative to, net income attributable to common stock as a measure of operating results and (iii) use Free Cash Flow in addition to, and not as an alternative to, consolidated net cash provided by operating activities when evaluating our liquidity.

*Definition and Reconciliation of Non-GAAP Measures*

EBITDA represents net income attributable to common stock before interest expense, interest income, income taxes and depreciation and amortization expense.

Adjusted EBITDA represents EBITDA adjusted for (i) stock-based compensation expense, (ii) changes in fair value of an equity investment and (iii) loss on extinguishment of debt. Our management believes that the use of Adjusted EBITDA eliminates items that management believes have less bearing on our operating performance, thereby highlighting trends in our core business which may not otherwise be apparent. It also provides an assessment of controllable expenses, which are indicators management uses to determine whether current spending decisions need to be adjusted in order to meet financial goals and achieve optimal financial performance.

We believe that the exclusion of stock-based compensation expense from Adjusted EBITDA provides a clearer view of the operating performance of our business and is appropriate given that grants made at a certain price and point in time do not necessarily reflect how our business is performing at any particular time. While we believe that investors should have information about any dilutive effect of outstanding options and the cost of that compensation, we also believe that stockholders should have the ability to consider our performance using a non-GAAP financial measure that excludes these costs and that management uses to evaluate our business.

We believe it is useful for an understanding of our operating performance to exclude the changes in fair value of an equity investment from Adjusted EBITDA because this activity is not related to our operating performance.

We believe it is useful for an understanding of our operating performance to exclude the loss on extinguishment of debt from Adjusted EBITDA because of the infrequently occurring nature of this activity.

We also present Adjusted EBITDA as a supplemental performance measure because we believe that this measure provides investors, securities analysts and other users of our consolidated financial statements with important supplemental information with which to evaluate our performance and to enable them to assess our performance on the same basis as management.

Free Cash Flow represents net cash provided by operating activities, plus the proceeds received from the FCC Reimbursement Program and the interest rate caps, less purchases of property and equipment. We believe that Free Cash Flow provides meaningful information regarding our liquidity. Management believes that Free Cash Flow is useful for investors because it provides them with an important perspective on the cash available for strategic measures, after making necessary capital investments in property and equipment to support the Company's ongoing business operations and provides them with the same measures that management uses as the basis of making capital allocation decisions.

**Gogo Inc. and Subsidiaries**
**Reconciliation of GAAP to Non-GAAP Measures**
*(in thousands, unaudited)*

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2023 | 2022 | 2023 | 2022 |
| **Adjusted EBITDA:** | | | | |
| Net income attributable to common stock (GAAP) | $ 20,913 | $ 20,176 | $ 131,211 | $ 64,389 |
| Interest expense | 8,025 | 8,781 | 24,807 | 29,442 |
| Interest income | (1,622) | (690) | (5,509) | (931) |
| Income tax (benefit) provision | 6,728 | 7,980 | (52,711) | 10,619 |
| Depreciation and amortization | 4,692 | 2,716 | 12,022 | 10,006 |
| EBITDA | 38,736 | 38,963 | 109,820 | 113,525 |
| Stock-based compensation expense | 5,235 | 4,690 | 15,729 | 14,101 |
| Change in fair value of equity investment | (773) | — | (773) | — |
| Loss on extinguishment of debt | — | — | 2,224 | — |
| Adjusted EBITDA | $ 43,198 | $ 43,653 | $ 127,000 | $ 127,626 |
| | | | | |
| **Free Cash Flow:** | | | | |
| Net cash provided by operating activities (GAAP) | $ 18,677 | $ 27,699 | $ 52,818 | $ 71,939 |
| Consolidated capital expenditures | (5,355) | (19,982) | (18,717) | (39,932) |
| Proceeds from FCC Reimbursement Program | 3 | — | 3 | — |
| Proceeds from interest rate caps | 7,676 | 803 | 20,165 | 803 |
| Free cash flow | $ 21,001 | $ 8,520 | $ 54,269 | $ 32,810 |

*Material limitations of Non-GAAP measures*

Although EBITDA, Adjusted EBITDA and Free Cash Flow are measurements frequently used by investors and securities analysts in their evaluations of companies, EBITDA, Adjusted EBITDA and Free Cash Flow each have limitations as an analytical tool, and you should not consider them in isolation or as a substitute for, or more meaningful than, amounts determined in accordance with GAAP.

Some of these limitations include:

- EBITDA and Adjusted EBITDA do not reflect interest income or expense;

· EBITDA and Adjusted EBITDA do not reflect cash requirements for our income taxes;

· EBITDA and Adjusted EBITDA do not reflect depreciation and amortization, which are significant and unavoidable operating costs given the level of capital expenditures needed to maintain our business;

· Adjusted EBITDA does not reflect non-cash components of employee compensation;

· Adjusted EBITDA does not reflect unrealized holding gains or losses on equity investments;

· Adjusted EBITDA does not reflect the loss on extinguishment of debt;

· Free Cash Flow does not represent the total increase or decrease in our cash balance for the period; and

· since other companies in our or related industries may calculate these measures differently from the way we do, their usefulness as comparative measures may be limited.

**Liquidity and Capital Resources**

The following table presents a summary of our cash flow activity for the periods set forth below *(in thousands)*:

| | For the Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2023 | 2022 |
| Net cash provided by operating activities | $ 52,818 | $ 71,939 |
| Net cash used in investing activities | (3,408) | (39,129) |
| Net cash used in financing activities | (113,881) | (26,652) |
| Effect of foreign exchange rate changes on cash | 78 | 65 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (64,393) | 6,223 |
| Cash, cash equivalents and restricted cash at the beginning of period | 150,880 | 146,268 |
| Cash, cash equivalents and restricted cash at the end of period | $ 86,487 | $ 152,491 |
| Supplemental information: | | |
| Cash, cash equivalents and restricted cash at the end of period | $ 86,487 | $ 152,491 |
| Less: non-current restricted cash | 330 | 330 |
| Cash and cash equivalents at the end of the period | $ 86,157 | $ 152,161 |

We have historically financed our growth and cash needs primarily through the issuance of common stock, debt and cash from operating activities. We continually evaluate our ongoing capital needs in light of increasing demand for our services, capacity requirements, evolving user expectations regarding the in-flight connectivity experience, evolving technologies in our industry and related strategic, operational and technological opportunities. Our capital management activities include the assessment of opportunities to raise additional capital in the public and private markets, utilizing one or more of the types of capital raising transactions through which we have historically financed our growth and cash needs, as well as other means of capital raising not previously used by us.

*Liquidity:*

Based on our current plans, we expect our cash and cash equivalents, cash flows provided by operating activities and access to capital markets will be sufficient to meet the cash requirements of our business, including capital expenditure requirements, share repurchases, if any, and debt maturities, for at least the next twelve months and thereafter for the foreseeable future.

On September 5, 2023, we announced a share repurchase program that grants the Company authority to repurchase up to $50 million of shares of the Company's common stock. Repurchases may be made at management's discretion from time to time on the open market, through privately negotiated transactions, or by other means, including through the use of trading plans intended to qualify under Rule 10b5-1 under the Securities Exchange Act, as amended, in accordance with applicable securities laws and other restrictions. The repurchase program has no time limit and may be suspended for periods or discontinued at any time and does not obligate us to purchase any shares of our common stock. The timing and total amount of stock repurchases will depend upon business, economic and market conditions, corporate and regulatory requirements, prevailing stock prices, and other considerations. We do not expect to incur debt to fund the share repurchase program. As of September 30, 2023, no share repurchases have been made under the repurchase program.

As detailed in Note 6, "Long-Term Debt and Other Liabilities," to our Unaudited Condensed Consolidated Financial Statements, on April 30, 2021, GIH entered into the 2021 Credit Agreement with Gogo, the lenders and issuing banks party thereto and Morgan Stanley Senior Funding, Inc., as administrative agent, which provides for the Term Loan Facility in an aggregate principal amount of $725.0 million, issued with a discount of 0.5%, and the Revolving Facility, which includes a letter of credit sub-facility.

On February 2, 2023, Gogo and GIH entered into an amendment to the Original 2021 Credit Agreement with Morgan Stanley Senior Funding, Inc., as administrative agent, which replaced all references in the Original 2021 Credit Agreement to LIBOR in respect of the applicable interest rates for the Facilities with an adjusted term SOFR rate, plus a credit spread adjustment recommended by the Alternative Reference Rates Committee.

The Term Loan Facility amortizes in nominal quarterly installments equal to 1% of the aggregate initial principal amount thereof per annum, with the remaining balance payable upon final maturity on April 30, 2028. There are no amortization payments under the Revolving Facility, and all borrowings under the Revolving Facility mature on April 30, 2026.

The Term Loan Facility bears annual interest at a floating rate measured by reference to, at GIH's option, either (i) an adjusted term SOFR rate (subject to a floor of 0.75%) plus an applicable margin of 3.75% and a credit spread adjustment recommended by the

36

Alternative Reference Rates Committee of 0.11%, 0.26% or 0.43% per annum based on 1-month, 3-month or 6-month term SOFR, respectively or (ii) an alternate base rate plus an applicable margin of 2.75%.

Loans outstanding under the Revolving Facility bear annual interest at a floating rate measured by reference to, at GIH's option, either (i) an adjusted term SOFR rate (subject to a floor of 0.00%) plus an applicable margin ranging from 3.25% to 3.75% per annum depending on GIH's senior secured first lien net leverage ratio and a credit spread adjustment recommended by the Alternative Reference Rates Committee of 0.11%, 0.26% or 0.43% per annum based on 1-month, 3-month or 6-month term SOFR, respectively or (ii) an alternate base rate plus an applicable margin ranging from 2.25% to 2.75% per annum depending on GIH's senior secured first lien net leverage ratio. Additionally, unused commitments under the Revolving Facility are subject to a fee ranging from 0.25% to 0.50% per annum depending on GIH's senior secured first lien net leverage ratio. As of September 30, 2023, the fee for unused commitments under the Revolving Facility was 0.25% and the applicable margin was 3.25%.

The Facilities may be prepaid at GIH's option at any time without premium or penalty (other than customary breakage costs), subject to minimum principal payment amount requirements. On May 3, 2023, the Company prepaid $100 million of the outstanding principal amount of the Term Loan Facility.

Subject to certain exceptions and de minimis thresholds, the Term Loan Facility is subject to mandatory prepayments in an amount equal to: (i) 100% of the net cash proceeds of certain asset sales, insurance recovery and condemnation events, subject to reduction to 50% and 0% if specified senior secured first lien net leverage ratio targets are met; (ii) 100% of the net cash proceeds of certain debt offerings; and (iii) 50% of annual excess cash flow (as defined in the 2021 Credit Agreement), subject to reduction to 25% and 0% if specified senior secured first lien net leverage ratio targets are met.

The Revolving Facility includes a financial covenant set at a maximum senior secured first lien net leverage ratio of 7.50:1.00, which will apply if the outstanding amount of loans and unreimbursed letter of credit drawings thereunder at the end of any fiscal quarter exceeds 35% of the aggregate of all commitments thereunder.

The 2021 Credit Agreement contains customary events of default, which, if any of them occurred, would permit or require the principal, premium, if any, and interest on all of the then outstanding obligations under the Facilities to be due and payable immediately and the commitments under the Revolving Facility to be terminated.

The 2021 Credit Agreement contains covenants that limit the ability of GIH and its subsidiaries to incur additional indebtedness. Further, market conditions and/or our financial performance may limit our access to additional sources of equity or debt financing, or our ability to pursue potential strategic alternatives. As a result, we may be unable to finance the growth of our business to the extent that our cash, cash equivalents and short-term investments and cash generated through operating activities prove insufficient or we are unable to raise additional financing through the issuance of equity, permitted incurrences of debt (by us or by GIH and its subsidiaries), or the pursuit of potential strategic alternatives.

The proceeds of the Term Loan Facility were used, together with cash on hand, (i) to redeem in full and pay the outstanding principal amount of the 2024 Senior Secured Notes together with accrued and unpaid interest and redemption premiums and to pay fees associated with the termination of the ABL Credit Agreement (together with the redemption of the 2024 Senior Secured Notes, the "Refinancing"), and (ii) to pay the other fees and expenses incurred in connection with the Refinancing and the Facilities. The Revolving Facility is available for working capital and general corporate purposes of GIH and its subsidiaries and was undrawn as of September 30, 2023 and December 31, 2022.

For additional information on the 2021 Credit Agreement, see Note 6, "Long-Term Debt and Other Liabilities," to our Unaudited Condensed Consolidated Financial Statements.

In May 2021, we purchased interest rate caps with an aggregate notional amount of $650.0 million for $8.6 million. We receive payments in the amount calculated pursuant to the caps for any period in which the daily compounded SOFR rate plus a credit spread adjustment recommended by the Alternative Reference Rates Committee of 0.26% increases beyond the applicable strike rate. The termination date of the cap agreements is July 31, 2027. The notional amounts of the interest rate caps periodically decrease over the life of the caps with the first reduction of $125.0 million having occurred on July 31, 2023. The aggregate notional amount of the interest rate caps as of September 30, 2023 is $525.0 million. While the interest rate caps are intended to limit our interest rate exposure under our variable rate indebtedness, which includes the Facilities, if our variable rate indebtedness does not decrease in proportion to the periodic decreases in the notional amount hedged under the interest rate caps, then the portion of such indebtedness that will be effectively hedged against possible increases in interest rates will decrease. In addition, the strike prices periodically increase over the life of the caps. As a result, the extent to which the interest rate caps will limit our interest rate exposure will decrease in the future.

For additional information on the interest rate caps, see Note 7, "Derivative Instruments and Hedging Activities," to our Unaudited Condensed Consolidated Financial Statements.

*Cash flows provided by Operating Activities:*

The following table presents a summary of our cash flows from operating activities for the periods set forth below *(in thousands)*:

| | For the Nine Months Ended September 30, | | | |
| | 2023 | | 2022 | |
|---|---|---|---|---|
| Net income | $ | 131,211 | $ | 64,389 |
| Non-cash charges and credits | | (20,252) | | 38,429 |
| Changes in operating assets and liabilities | | (58,141) | | (30,879) |
| Net cash provided by operating activities | $ | 52,818 | $ | 71,939 |

For the nine-month period ended September 30, 2023, net cash provided by operating activities was $52.8 million as compared with $71.9 million in the prior-year period. The principal contributors to the year-over-year change in operating cash flows were:

• A $8.1 million improvement in net income and non-cash charges and credits, as noted above under "—Results of Operations."

• A $27.3 million decrease in cash flows related to operating assets and liabilities resulting from:

o A decrease in cash flows primarily due to the following:

▪ Changes in prepaid expenses and other current assets primarily due to an interest rate caps receivable and receivables related to the FCC Reimbursement Program; and

▪ Changes in accrued interest due to the change in timing of payments.

o Partially offset by an increase in cash flows primarily due to changes in accounts receivable due to the timing of collections.

*Cash flows used in Investing Activities:*

Cash used in investing activities is primarily for capital expenditures related to cell site construction, software development, and data center upgrades. See "— Capital Expenditures" below. Additionally, cash used in investing activities for the nine-month period ended September 30, 2023 included a $5.0 million equity investment. Cash used in investing activities was partially offset by $20.2 million of proceeds from interest rate caps, net proceeds from our short-term investments of $0.1 million and an immaterial amount of proceeds received from the FCC Reimbursement Program associated with the reimbursement of capital expenditures.

*Cash flows used in Financing Activities:*

Cash used in financing activities for the nine-month period ended September 30, 2023 was $113.9 million primarily due to principal payments on the Term Loan Facility and stock-based compensation activities.

Cash used in financing activities for the nine-month period ended September 30, 2022 was $26.7 million, primarily due to the repurchase of 1.5 million shares of common stock in a private transaction and principal payments on the Term Loan Facility.

**Capital Expenditures**

Our operations require capital expenditures associated with our ATG network and data centers. We capitalize software development costs related to network technology solutions. We also capitalize costs related to the build out of our office locations.

Capital expenditures for the nine-month periods ended September 30, 2023 and 2022 were $18.7 million and $39.9 million, respectively. The expected decrease in capital expenditures was primarily due to the build out of the Gogo 5G network during the prior-year period.

We expect that our capital expenditures will increase in the near term due to Gogo 5G and the build out of the LTE network related to the FCC Reimbursement Program. This increase may be partially offset by reimbursements from the FCC. We expect that our capital expenditures will decrease starting in 2025 as these programs are completed. Capital expenditures associated with Gogo Galileo are not expected to be material.

**Other**

*Contractual Commitments:*  We have agreements with various vendors under which we have remaining commitments to purchase hardware components and development services. Such commitments will become payable as we receive the hardware components or as development services are provided. See Note 11, "Commitments and Contingencies," to our Unaudited Condensed Consolidated Financial Statements for additional information.

*Leases and Cell Site Contracts:* We have lease agreements relating to certain facilities and equipment, which are considered operating leases. See Note 10, "Leases," to our Unaudited Condensed Consolidated Financial Statements for additional information.

Our exposure to market risk is currently confined to our cash and cash equivalents, short-term investments, equity investments and debt. We have not used derivative financial instruments for speculation or trading purposes. The primary objectives of our investment activities are to preserve our capital for the purpose of funding operations while maximizing the income we receive from our investments without significantly increasing risk. To achieve these objectives, our investment policy allows us to maintain a portfolio of cash equivalents and short-term investments through a variety of securities, including U.S. Treasury securities, U.S. government agency securities, and money market funds. Our cash, cash equivalents and short-term investments as of both September 30, 2023 and December 31, 2022 included amounts in bank deposit accounts, U.S. Treasury securities and money market funds with U.S. Government and U.S. Treasury securities. The primary objective of our investment policy is to preserve capital and maintain liquidity while limiting concentration and counterparty risk. We believe that a change in average interest rates would not affect our interest income and results of operations by a material amount. However, a change in interest rates could impact our interest income and results of operations to the extent that we invest in a material amount of interest-bearing securities.

The risk inherent in our market risk sensitive instruments and positions is the potential loss arising from interest rates as discussed below. The sensitivity analyses presented do not consider the effects that such adverse changes may have on the overall economic activity, nor do they consider additional actions we may take to mitigate our exposure to such changes. Actual results may differ.

*Interest Rate Risk:* We are exposed to interest rate risk on our variable rate indebtedness, which includes borrowings under the Term Loan Facility and Revolving Facility (if any). We assess our market risks based on changes in interest rates utilizing a sensitivity analysis that measures the potential impact on earnings and cash flows based on a hypothetical one percentage point change in interest rates. As of September 30, 2023, we had interest rate cap agreements to hedge a portion of our exposure to interest rate movements of our variable rate debt and to manage our interest expense. Currently, we receive payments in the amounts calculated pursuant to the caps for any period in which the daily compounded SOFR rate plus a credit spread adjustment recommended by the Alternative Reference Rates Committee of 0.26% increases beyond the applicable strike rate. The termination date of the cap agreements is July 31, 2027. Over the life of the interest rate caps, the notional amounts of the caps periodically decrease, while the applicable strike prices increase.

The notional amount of outstanding debt associated with interest rate cap agreements as of September 30, 2023 was $525.0 million. Based on our September 30, 2023 outstanding variable rate debt balance, a hypothetical one percentage point change in the applicable interest rate would impact our annual interest expense by approximately $1.1 million for the next twelve-month period, which includes the impact of our interest rate caps at a strike rate of 0.75% and the $175 million reduction in the notional amount and an increase of the strike rate to 1.25% that will occur on July 31, 2024. Excluding the impact of our interest rate caps, a hypothetical one percentage point change in the applicable interest rate would impact our annual interest expense by approximately $6.1 million for the next twelve-month period.

Our earnings are affected by changes in interest rates due to the impact those changes have on interest income generated from our cash, cash equivalents and short-term investments. We believe we have minimal interest rate risk as a 10% decrease in the average interest rate on our portfolio would have reduced interest income for the three- and nine-month periods ended September 30, 2023 and 2022 by immaterial amounts.

*Inflation:* We do not believe that inflation has had a material effect on our results of operations. However, there can be no assurance that our business will not be affected by inflation in the future.

## ITEM 4. Controls and Procedures

(a)     Evaluation of Disclosure Controls and Procedures

Management, with the participation of our Chief Executive Officer and the Chief Financial Officer, evaluated the effectiveness of the design and operation of the Company's disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) of the Securities Exchange Act of 1934, as amended) as of September 30, 2023. Based upon this evaluation, our Chief Executive Officer and the Chief Financial Officer have concluded that our disclosure controls and procedures were effective as of September 30, 2023.

(b)     Changes in Internal Control over Financial Reporting

There have been no changes to our internal control over financial reporting in connection with the evaluation required by Rules 13a-15(f) and 15d-15(f) under the Exchange Act during the most recent fiscal quarter that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**PART II. OTHER INFORMATION**

**ITEM 1. Legal Proceedings**

We are subject to lawsuits arising out of the conduct of our business. See Note 11, "Commitments and Contingencies," to our Unaudited Condensed Consolidated Financial Statements for a discussion of litigation matters.

From time to time we may become involved in legal proceedings arising in the ordinary course of our business. We cannot predict with certainty the outcome of any litigation or the potential for future litigation. Regardless of the outcome of any particular litigation and the merits of any particular claim, litigation can have a material adverse impact on our company due to, among other reasons, any injunctive relief granted, which could inhibit our ability to operate our business, amounts paid as damages or in settlement of any such matter, diversion of management resources and defense costs.

**ITEM 1A.     Risk Factors**

"Item 1A. Risk Factors" of our 2022 10-K includes a discussion of our risk factors. Except as set forth below, there have been no material changes to the risk factors previously disclosed in our 2022 10-K.

***We are currently delayed in deploying Gogo 5G, and may be unsuccessful or delayed in developing and deploying this or other next generation technologies.***

We are currently developing a next generation ATG network using 5G technology, unlicensed spectrum, and licensed spectrum. Gogo 5G will be capable of working with different spectrum and supporting different next generation technologies. As previously disclosed, we are delayed in our commercial, nationwide launch of Gogo 5G due to a design error in a non-5G component of our chip, which was designed by a third-party subcontractor of our 5G solution provider. We expect the launch of Gogo 5G to occur in the third quarter of 2024.

There can be no assurance that, during the current delay of our 5G launch, our customers will not seek alternative technologies of competitors. The launch of 5G is also expected to coincide in time with the launch of our Gogo Galileo service, which could impede our marketing and sales efforts with respect to either offering, due to possible customer confusion among the offerings or lack of sufficient customer focus on either one during launch. Additionally, while we expect to launch Gogo 5G in the third quarter of 2024, we cannot assure you that the 5G launch or our launch of other next generation technologies will in fact occur in sufficient time to meet growing user expectations regarding the in-flight connectivity experience and to effectively compete in the business aviation market. Historically, we have experienced longer lead times and encountered delays in obtaining certain electronic components used in our business, such as in the second half of 2022, when we announced a prior delay in our 5G launch due to manufacturing and late-stage testing issues with respect to the 5G chip. For more information on historical delays, see *"—Risks Related to Our Business—Global supply chain challenges and logistics issues as well as increasing inflation have had, and may continue to have, an adverse effect on our business, financial condition and results of operations*" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2022. The current delay and any future delays could also decrease customer confidence, including from current or prospective customers, in our offerings, and negatively impact our financial position. For example, as previously disclosed, the delay in our Gogo 5G launch is anticipated to negatively impact year-end revenues in 2023 and 2024, while also deferring certain operating and capital expense from 2023 into 2024.

If Gogo 5G or any other next generation technology fails to perform as expected, our ability to meet users' expectations regarding our systems' performance and to effectively compete in our market may be impaired and our business, financial condition and results of operations may be materially adversely affected. Factors heightening the risk of future delays in our 5G network or other next generation technologies, or a failure of such technologies to perform once commercialized, include: (i) our failure to design and develop a technology that provides the features and performance we require; (ii) integrating the solution with our existing ATG network; (iii) the availability of adequate spectrum; (iv) the failure of spectrum to perform as expected; (v) the failure of equipment and software to perform as expected; (vi) problems arising in the manufacturing process; (vii) our ability to negotiate contracts with suppliers on acceptable commercial and other terms; (viii) our reliance on single-source suppliers for the development and manufacturing of the core elements of the network and on other suppliers to provide certain components and services; and (ix) delays in obtaining or failures to obtain the required regulatory approvals for installation and operation of such equipment and the provision of service to passengers.

***Participation in the FCC Reimbursement Program could adversely affect our results of operations and financial condition.***

On July 15, 2022, the FCC notified the Company that it was approved for participation in the FCC Reimbursement Program, a program designed by the FCC at the direction of Congress to reimburse providers of advanced communications services for reasonable costs incurred in the required removal, replacement and disposal of covered communications equipment or services from their networks that have been deemed to pose a national security risk. Pursuant to the FCC Reimbursement Program, the FCC approved up to approximately $334 million in reimbursements to the Company to cover incurred and documented costs to (i) remove and securely destroy all ZTE communications equipment and services in the Company's terrestrial U.S. networks and replace such

equipment and (ii) remove and replace certain equipment installed on aircraft operated by the Company's ATG customers that is not compatible with the terrestrial equipment that will replace ZTE equipment. Due to a shortfall in the amount appropriated by Congress to fund the FCC Reimbursement Program, approximately $132 million of the approved amount is currently allocated to the Company under the program. In July 2023, the Company elected to participate in the partially funded FCC Reimbursement Program and submitted its first reimbursement claim.

Congress is considering appropriating additional funding to meet the total demand for reimbursement, but we cannot predict whether, how much, or when such additional funding will be allocated. There can be no assurance that there will be sufficient available funding to reimburse us for all of our costs in participating in the program. Any shortfall in available funding would require the Company to fund the portion of program costs that exceeds the Company's allocation. In addition, companies that were awarded a funding allocation are not guaranteed to receive that funding. Once funds are allocated, recipients can draw down funds upon proof of actual expenses incurred by filing a request for the reimbursement of specific expenses. We cannot predict whether and to what extent the FCC or the administrator on which it relies to administer the Reimbursement Program will approve our requests for the specific reimbursement of costs, or the time frames for any reimbursement. If we are not successful in receiving the amount of funds necessary to remove, replace and dispose of the applicable equipment and services, or if we have underestimated the associated costs, our results of operations and financial condition could be adversely affected. Also, the process for seeking reimbursements under the FCC Reimbursement Program is complex, and the FCC or program administrator may seek revisions to our reimbursement requests or delay approval of some or all of the requested amounts while evaluating our submissions. Any delay in reimbursements under the program could have a material negative effect on our cash flows and working capital.

In order to participate in the program, we must comply with various conditions and requirements established by the FCC, including a requirement that we complete the removal, replacement and disposal of applicable equipment within one year of receiving our first funding disbursement (i.e., by July 21, 2024). The FCC may issue a single, general extension to all reimbursement recipients if it determines that the supply of replacement communications equipment or services needed by the recipients to achieve the purposes of the Reimbursement Program is inadequate to meet the needs of the recipients. The FCC may also grant one or more six-month extensions to a participant where it finds that due to factors beyond its control, the participant cannot complete the project by the deadline. Due to a number of factors including supply chain disruptions, the current insufficiency of FCC funding and the operational and logistical complexity of replacing airborne equipment, we do not believe that we will complete the project within one year of receiving the Company's first funding disbursement, and we intend to seek extensions as outlined in our initial FCC application. If the FCC does not grant the necessary extensions and the project is not completed by the FCC's deadline, we could face penalties or other sanctions.

In addition, if any of the Company's customers do not replace their airborne equipment with equipment that is compatible with the replacement terrestrial network equipment prior to the date on which the replacement terrestrial network equipment goes into effect, the Company will be unable to provide service to these legacy-equipment customers until the airborne equipment is replaced. Such service disruptions could have a material adverse effect on our results of operations and financial condition. The requirement that customers replace their airborne equipment may also damage the Company's relationships with its customers, leading some customers to switch to other service providers or forgo service altogether, which could have a material adverse effect on our market share, results of operations and financial condition.

42

**ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds**

    *a)*   ***Sales of Unregistered Securities***

        None.

    *b)*   ***Use of Proceeds from Public Offering of Common Stock***

        Not applicable.

    *c)*   ***Purchases of Equity Securities by the Issuer and Affiliated Purchasers***

        None.

**ITEM 3. Defaults Upon Senior Securities**

    None.

**ITEM 4. Mine Safety Disclosures**

    None.

**ITEM 5. Other Information**

    During the fiscal quarter ended September 30, 2023, none of our directors or officers adopted, modified or terminated a "Rule 10b5-1 trading arrangement" or "non-Rule 10b5-1 trading arrangement" as such terms are defined in Item 408 of Regulation S-K.

**ITEM 6. Exhibits**

| Exhibit Number | Description of Exhibits |
|---|---|
| 3.1 | Third Amended and Restated Certificate of Incorporation (incorporated by reference to Exhibit 3.1 to Form 10-Q filed on August 7, 2013 (File No. 001-35975)) |
| 3.2 | Amended and Restated Bylaws (incorporated by reference to Exhibit 3.2 to Form 10-Q filed on August 7, 2013 (File No. 001-35975)) |
| 31.1 | Certification of Chief Executive Officer pursuant to Exchange Act Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2 | Certification of Chief Financial Officer pursuant to Exchange Act Rules 13a-14(a) and 15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1 * | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2 * | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101.INS | Inline XBRL Instance Document – The instance document does not appear in the interactive data file because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.LAB | Inline XBRL Taxonomy Extension Labels Linkbase Document |
| 101.PRE | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 101.DEF | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101) |

* This certification accompanies the Form 10-Q to which it relates, is not deemed filed with the Securities and Exchange Commission and is not to be incorporated by reference into any filing of the Registrant under the Securities Act of 1933, as amended, or the Securities Exchange Act of 1934, as amended (whether made before or after the date of the Form 10-Q), irrespective of any general incorporation language contained in such filing.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Gogo Inc.

Date: November 7, 2023

/s/ Oakleigh Thorne
Oakleigh Thorne
Chief Executive Officer and Chair of the Board
(Principal Executive Officer)

/s/ Jessica G. Betjemann
Jessica G. Betjemann
Executive Vice President and Chief Financial Officer
(Principal Financial Officer)

**Exhibit 31.1**

**Gogo Inc.**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER
PURSUANT TO RULE 13a-14(a) OF THE EXCHANGE ACT, AS AMENDED,
AS ADOPTED PURSUANT TO
SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

**I, Oakleigh Thorne, certify that:**

1.  I have reviewed this Quarterly Report on Form 10-Q of Gogo Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:     November 7, 2023

/s/ Oakleigh Thorne
_____
Oakleigh Thorne
Chief Executive Officer and Chair of the Board
(Principal Executive Officer)

**Gogo Inc.**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER
PURSUANT TO RULE 13a-14(a) OF THE EXCHANGE ACT, AS AMENDED,
AS ADOPTED PURSUANT TO
SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

**I, Jessica G. Betjemann, certify that:**

1. I have reviewed this Quarterly Report on Form 10-Q of Gogo Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:    November 7, 2023

/s/  Jessica G. Betjemann
_____
Jessica G. Betjemann
Executive Vice President and Chief Financial Officer
(Principal Financial Officer)

**Gogo Inc.**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO SECTION 906**
**OF THE SARBANES-OXLEY ACT OF 2002**

I, Oakleigh Thorne, Chief Executive Officer and Chair of the Board of Gogo Inc. (the "Company"), do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

(1)   the Quarterly Report on Form 10-Q of the Company for the quarter ended September 30, 2023 (the "Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

(2)   the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:      November 7, 2023

/s/ Oakleigh Thorne
Oakleigh Thorne
Chief Executive Officer and Chair of the Board
(Principal Executive Officer)

**Gogo Inc.**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO SECTION 906**
**OF THE SARBANES-OXLEY ACT OF 2002**

I, Jessica G. Betjemann, Executive Vice President and Chief Financial Officer of Gogo Inc. (the "Company"), do hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to the best of my knowledge:

    (1)   the Quarterly Report on Form 10-Q of the Company for the quarter ended September 30, 2023 (the "Report") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

    (2)   the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:    November 7, 2023

/s/  Jessica G. Betjemann
_____
Jessica G. Betjemann
Executive Vice President and Chief Financial Officer
(Principal Financial Officer)

# EXHIBIT D



About Us     Careers     SmartShield Login

Connectivity ▾     Solutions ▾     Entertainment ▾     Resources ▾     Support ▾     Buy ▾

# Gogo 5G Selected by Largest Canadian Fractional Operator AirSprint

October 17, 2023

## Agreement Signifies First Canadian Customer to Commit to Gogo 5G Fleetwide with Options to Upgrade Midsize Aircraft with Gogo Galileo HDX

**LAS VEGAS (NBAA-BACE, booth C9608) –** Gogo Business Aviation (NASDAQ: GOGO) today announced AirSprint Private Aviation, a leading Canadian fractional operator, will begin upgrading its Cessna Citation CJ3+ and Embraer aircraft to Gogo 5G—making it Gogo's first Canadian fleet customer.

"We strive to provide the highest level of service, and we are always looking for new and innovative ways to enhance our fractional owners' experience—seamless inflight connectivity (IFC) from Gogo was an easy decision," said James Elian, President & CEO of AirSprint. "Gogo's 5G system will allow us to provide the best-in-class IFC our owners expect."

Gogo 5G is expected to deliver speeds five to 10 times faster than current speeds, at approximately 25 Mbps on average, and 75-80 Mbps at its peak. Expansion of the Gogo 5G network in Canada will add significantly more time for inflight connectivity for operators flying in or through the country. Gogo is the only air-to-ground (ATG) company in business aviation with coverage in Canada and Alaska.

"AirSprint's selection of Gogo 5G reinforces the value of ATG connectivity for aircraft flying in North America that demand exceptional speeds," said Sergio Aguirre, president and chief operating officer of Gogo. "Coupled with Gogo's award-winning customer support, AirSprint customers will realize the superior performance of Gogo 5G on the industry's most reliable ATG network."

The agreement also includes options for AirSprint to upgrade its midsize aircraft with Gogo Galileo HDX, Gogo's Low Earth Orbit (LEO) global broadband solution, expected to launch in the second half of 2024. The Gogo Galileo product line is designed as an extension of the AVANCE platform to provide easy upgrade paths to new technologies and networks.

Any aircraft with an AVANCE product installed (L3, L5, LX5 or SCS), will only need to add the HDX antenna to the fuselage to access the benefits of LEO network technology. When coupled with Gogo 5G, customers will realize increased capacity and redundancy of coverage.

### About Gogo

Gogo is the world's largest provider of broadband connectivity services for the business aviation market. We offer a customizable suite of smart cabin systems for highly integrated connectivity, inflight entertainment and voice solutions. Gogo's products and services are installed on thousands of business aircraft of all sizes and mission types from turboprops to the largest global jets, and are utilized by the largest fractional ownership operators, charter operators, corporate flight departments and individuals.

As of June 30, 2023, Gogo reported 7,064 business aircraft flying with its ATG systems onboard, 3,598 of which are flying with a Gogo AVANCE L5 or L3 system; and 4,433 aircraft with narrowband satellite connectivity installed. Connect with us at www.gogoair.com.

### About AirSprint

AirSprint Private Aviation is a privately-held company with offices in Toronto, Montréal and Calgary. AirSprint maintains the largest fractional fleet of private aircraft in Canada, a jet collection of Embraer Praetor 500, Embraer Legacy 450/500, Cessna Citation CJ3+ and Cessna Citation CJ2+ aircraft. AirSprint proudly flies Canadians from coast-to-coast, including service from Vancouver, Calgary, Edmonton, Winnipeg, Toronto, Ottawa, Montréal and the Maritimes. AirSprint provides discerning Canadians with a better choice for optimizing their time by enhancing the private jet ownership experience with industry-leading safety standards, exceptional turn-key service and increased

Gogo 5G is expected to deliver speeds five to 10 times faster than current speeds, at approximately 25 Mbps on average, and 75-80 Mbps at its peak. Expansion of the Gogo 5G network in Canada will add significantly more time for inflight connectivity for operators flying in or through the country. Gogo is the only air-to-ground (ATG) company in business aviation with coverage in Canada and Alaska.

"AirSprint's selection of Gogo 5G reinforces the value of ATG connectivity for aircraft flying in North America that demand exceptional speeds," said Sergio Aguirre, president and chief operating officer of Gogo. "Coupled with Gogo's award-winning customer support, AirSprint customers will realize the superior performance of Gogo 5G on the industry's most reliable ATG network."

The agreement also includes options for AirSprint to upgrade its midsize aircraft with Gogo Galileo HDX, Gogo's Low Earth Orbit (LEO) global broadband solution, expected to launch in the second half of 2024. The Gogo Galileo product line is designed as an extension of the AVANCE platform to provide easy upgrade paths to new technologies and networks.

Any aircraft with an AVANCE product installed (L3, L5, LX5 or SCS), will only need to add the HDX antenna to the fuselage to access the benefits of LEO network technology. When coupled with Gogo 5G, customers will realize increased capacity and redundancy of coverage.

## About Gogo

Gogo is the world's largest provider of broadband connectivity services for the business aviation market. We offer a customizable suite of smart cabin systems for highly integrated connectivity, inflight entertainment and voice solutions. Gogo's products and services are installed on thousands of business aircraft of all sizes and mission types from turboprops to the largest global jets, and are utilized by the largest fractional ownership operators, charter operators, corporate flight departments and individuals.

As of June 30, 2023, Gogo reported 7,064 business aircraft flying with its ATG systems onboard, 3,598 of which are flying with a Gogo AVANCE L5 or L3 system; and 4,433 aircraft with narrowband satellite connectivity installed. Connect with us at www.gogoair.com.

## About AirSprint

AirSprint Private Aviation is a privately-held company with offices in Toronto, Montréal and Calgary. AirSprint maintains the largest fractional fleet of private aircraft in Canada, a jet collection of Embraer Praetor 500, Embraer Legacy 450/500, Cessna Citation CJ3+ and Cessna Citation CJ2+ aircraft. AirSprint proudly flies Canadians from coast-to-coast, including service from Vancouver, Calgary, Edmonton, Winnipeg, Toronto, Ottawa, Montréal and the Maritimes. AirSprint provides discerning Canadians with a better choice for optimizing their time by enhancing the private jet ownership experience with industry-leading safety standards, exceptional turn-key service and increased flexibility; everything personalized for the Owners' individual travel needs. All at a fraction of the cost. AirSprint.com



Talk to a connectivity consultant

Toll-free:
+1 888.328.0200

Worldwide:
+1 303.301.3271

Email:
basales@gogoair.com

**gogo** BUSINESS AVIATION

Solutions
Connectivity
Buy
Support
Resources
Entertainment
Products

About
News & events
Careers
Contact us
Leadership
Investor Relations

Policies
Preferences
Quality
Sitemap
Employee Benefits:
Transparency in Coverage

Stay connected

© 2023 Gogo Business Aviation LLC. All rights reserved.

^ Back to top

Page Vault

| | |
|---|---|
| Document title: | News Releases | Gogo Business Aviation |
| Capture URL: | https://www.gogoair.com/2023/10/gogo-5g-selected-by-airsprint/ |
| Page loaded at (UTC): | Tue, 07 Nov 2023 19:28:22 GMT |
| Capture timestamp (UTC): | Tue, 07 Nov 2023 19:29:12 GMT |
| Capture tool: | 10.34.2 |
| Collection server IP: | 54.225.230.20 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 3 |
| Capture ID: | r4xvRf5fbWwRupVr3wQrKe |
| User: | bf-joed |